**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Marchey Group, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **TA  ForeverPRO**<br>**TA  EVERICA**<br>**TA  YesParts**<br>**TA  MaksPRO**<br>**TA  SUPPLYZ** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4312124** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **8421 Canoga Ave**<br>**Canoga Park, CA 91304**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://www.marcheygroup.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Marchey Group, Inc.**                                   Case number (*if known*) _____
            Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best descr bes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
                            4552

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

| Debtor | **Marchey Group, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Marchey Group, Inc.**                                           Case number (if known)
Name

 **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 1, 2024**
MM / DD / YYYY

X _____          **Maruf Bakhramov**
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**      X **/s/ Keith Patrick Banner**              Date  **March 1, 2024**
Signature of attorney for debtor              MM / DD / YYYY

**Keith Patrick Banner**
Printed name

**Greenberg Glusker Fields Claman & Machtinger**
Firm name

**2049 Century Park East
Suite 2600
Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone   **310-553-3610**      Email address   **kbanner@greenbergglusker.com**

**259502 CA**
Bar number and State

# MARCHEY GROUP INC
## Balance Sheet

|  | March 1, 2024 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| BANK Checking | 18,502 |
| **Total Checking/Savings** | 18,502 |
| **Other Current Assets** | |
| Inventory Asset | 148,573 |
| **Total Other Current Assets** | 148,573 |
| **Account Receivable** | |
| Amazon | 194,641 |
| eBay | 1,329 |
| Walmart | 832 |
| **Total Account Receivable** | 196,802 |
| **Total Current Assets** | 363,878 |
| **Fixed Assets** | |
| Furniture and Equipment | 49,857 |
| **Total Fixed Assets** | 49,857 |
| **TOTAL ASSETS** | **413,735** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Credit Cards** | |
| AmEx-1008 | 30,953 |
| BLUE-1005 | 30,211 |
| BofA-CASH-2572 | 82,363 |
| BofA-Cust-7228 | 17,193 |
| BofA-Travel-3240 | 42,591 |
| BofA-UnlCASH-8376 | 48,969 |
| CapitalOne-4766 | 198,476 |
| CHASE-9173 | 11,301 |
| Costco-6914 | 29,247 |
| WellsFargo-3961 | 4,964 |
| **Total Credit Cards** | 496,268 |
| **Loans** | |
| Marcus Goldman Sachs | 792,000 |
| SellersFunding | 375,000 |
| Kabbage by AmEx | 220,000 |
| LG Capital Investment | 156,800 |
| New Capital Group | 141,675 |
| AFG WC LLC | 127,186 |
| FundingCircle | 77,641 |
| LoanBuilder-PayPal | 40,398 |
| Fundation | 39,595 |
| PayPal-ebay | 21,690 |
| AMZN Capital Store 1 | 60,103 |
| AMZN Capital Store 2 | 109,998 |
| AMZN Capital Store 3 | 14,725 |
| **Total Loans** | 2,176,811 |
| **Other Current Liabilities** | |
| Vendor Open Balance | 333,972 |
| **Total Other Current Liabilities** | 333,972 |
| **Total Current Liabilities** | 3,007,050 |
| **Total Liabilities** | 3,007,050 |

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2022**

For calendar year 2022 or tax year beginning _____, ending _____

| | |
|---|---|
| **A** S election effective date  6/5/2015 | **Name** MARCHEY GROUP, INC. |
| **B** Business activity code number (see instructions)  455210 | **Number, street, and room or suite no. If a P.O. box, see instructions.** 8421 CANOGA AVE |
| | **City or town** CANOGA PARK   **State** CA   **ZIP code** 91304 |
| **C** Check if Sch. M-3 attached ☐ | **Foreign country name**   **Foreign province/state/county**   **Foreign postal code** |

TYPE
OR
PRINT

**D** Employer identification number
47-4312124

**E** Date incorporated
6/5/2015

**F** Total assets (see instructions)
$ 1,338,663

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☐ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☒ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | |
|---|---|---|---:|
| 1a | Gross receipts or sales | **1a** 8,378,814 | |
| b | Returns and allowances | **1b** 741,595 | |
| c | Balance. Subtract line 1b from line 1a | **1c** | 7,637,219 |
| 2 | Cost of goods sold (attach Form 1125-A) | **2** | 4,042,483 |
| 3 | Gross profit. Subtract line 2 from line 1c | **3** | 3,594,736 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | **4** | |
| 5 | Other income (loss) (see instructions—attach statement) | **5** | |
| 6 | Total income (loss). Add lines 3 through 5 | **6** | 3,594,736 |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---:|
| 7 | Compensation of officers (see instructions — attach Form 1125-E) | **7** | 100,000 |
| 8 | Salaries and wages (less employment credits) | **8** | 126,960 |
| 9 | Repairs and maintenance | **9** | 4,111 |
| 10 | Bad debts | **10** | 53,502 |
| 11 | Rents | **11** | 76,904 |
| 12 | Taxes and licenses | **12** | 40,677 |
| 13 | Interest (see instructions) | **13** | |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | **14** | 13,969 |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | **15** | |
| 16 | Advertising | **16** | 154,574 |
| 17 | Pension, profit-sharing, etc., plans | **17** | |
| 18 | Employee benefit programs | **18** | |
| 19 | Other deductions (attach statement) | **19** | 2,815,730 |
| 20 | **Total deductions.** Add lines 7 through 19 | **20** | 3,386,427 |
| 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | **21** | 208,309 |

### Tax and Payments

| | | | |
|---|---|---|---:|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | **22a** | |
| b | Tax from Schedule D (Form 1120-S) | **22b** | |
| c | Add lines 22a and 22b (see instructions for additional taxes) | **22c** | 0 |
| 23a | 2022 estimated tax payments and 2021 overpayment credited to 2022 | **23a** | |
| b | Tax deposited with Form 7004 | **23b** | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | **23c** | |
| d | Add lines 23a through 23c | **23d** | 0 |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | **24** | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | **25** | 0 |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | **26** | 0 |
| 27 | Enter amount from line 26: Credited to 2023 estimated tax _____ Refunded | **27** | 0 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title: CEO

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | |
|---|---|---|---|
| Print/Type preparer's name ELEN ZOLOTOV | Preparer's signature | Date 12/28/2023 | Check ☐ if self-employed   PTIN P00366362 |
| Firm's name ELZO ENTERPRISES, INC. | | | Firm's EIN 20-2987497 |
| Firm's address 19730 VENTURA BLVD STE 16 | | | Phone no. (323) 632-7575 |
| City WOODLAND HILLS | State CA | | ZIP code 91364 |

For Paperwork Reduction Act Notice, see separate instructions.

HTA

Form **1120-S** (2022)

Form 1120-S (2022)   MARCHEY GROUP, INC.   47-4312124   **Page 2**

## Schedule B   Other Information (see instructions)

|  |  |  | Yes | No |
|---|---|---|---|---|
| **1** | Check accounting method: | **a** ☐ Cash   **b** ☐ Accrual | | |
|  |  | **c** ☒ Other (specify) ▶ HYBRID | | |
| **2** | See the instructions and enter the: | | | |
|  | **a** Business activity ▶ APPLIANCE PARTS SALES   **b** Product or service ▶ PARTS SALES | | | |
| **3** | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . | | | | X |
| **4** | At the end of the tax year, did the corporation: | | | | |
|  | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . [X]

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

|  |  | Yes | No |
|---|---|---|---|
| **5a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . | | X |
|  | If "Yes," complete lines (i) and (ii) below. | | |
|  | **(i)** Total shares of restricted stock . . . . . . . ▶ _____ | | |
|  | **(ii)** Total shares of non-restricted stock . . . . . . . ▶ _____ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . | | X |
|  | If "Yes," complete lines (i) and (ii) below. | | |
|  | **(i)** Total shares of stock outstanding at the end of the tax year . . . ▶ _____ | | |
|  | **(ii)** Total shares of stock outstanding if all instruments were executed . . . ▶ _____ | | |
| **6** | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . | | X |
| **7** | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . ▶ ☐ | | |
|  | If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| **8** | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . . $ _____ | | |
| **9** | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . | | |
| **10** | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . | | |
|  | **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
|  | **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
|  | **c** The corporation is a tax shelter and the corporation has business interest expense. | | |
|  | If "Yes," complete and attach **Form 8990,** Limitation on Business Interest Expense Under Section 163(j). | | |
| **11** | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . | | X |
|  | **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
|  | **b** The corporation's total assets at the end of the tax year were less than $250,000. | | |
|  | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form **1120-S** (2022)

Form 1120-S (2022)    MARCHEY GROUP, INC.                                      47-4312124    Page **3**

| Schedule B | Other Information (see instructions) (continued) | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . | | | X |
| 14a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . | | | X |
| b | If "Yes," did or will the corporation file required Form(s) 1099? . . . . . . . . . . | | | X |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . $ | | | |

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . | **1** | 208,309 |
| | **2** Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . | **2** | |
| | **3a** Other gross rental income (loss) . . . . . . . **3a** | | |
| | **b** Expenses from other rental activities (attach statement) . . . . **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a . . . . . . | **3c** | 0 |
| | **4** Interest income . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| | **5** Dividends: **a** Ordinary dividends . . . . . . . . . . . . . . | **5a** | |
| | **b** Qualified dividends . . . . . **5b** | | |
| | **6** Royalties. . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . . | **8a** | |
| | **b** Collectibles (28%) gain (loss) . . . . . . . **8b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) . . . . **8c** | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . | **9** | |
| | **10** Other income (loss) (see instructions) . . . . . Type: | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . | **11** | |
| | **12a** Charitable contributions . . . . . . . . . . . . . . . . . | **12a** | |
| | **b** Investment interest expense . . . . . . . . . . . . . . . . | **12b** | |
| | **c** Section 59(e)(2) expenditures . . . . . Type: | **12c** | |
| | **d** Other deductions (see instructions) . . . . . Type: | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . | **13a** | |
| | **b** Low-income housing credit (other) . . . . . . . . . . . . . . | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . . | **13c** | |
| | **d** Other rental real estate credits (see instructions) . . Type: | **13d** | |
| | **e** Other rental credits (see instructions) . . . . . Type: | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) . . . . . . . . . . | **13f** | |
| | **g** Other credits (see instructions) . . . . . . Type: | **13g** | |
| **Inter-national** | **14** Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance . . . . . ☐ | | |
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment . . . . . . . . . . . . . . | **15a** | |
| | **b** Adjusted gain or loss . . . . . . . . . . . . . . . . . . | **15b** | |
| | **c** Depletion (other than oil and gas) . . . . . . . . . . . . . . | **15c** | |
| | **d** Oil, gas, and geothermal properties—gross income . . . . . . . . | **15d** | |
| | **e** Oil, gas, and geothermal properties—deductions . . . . . . . . . | **15e** | |
| | **f** Other AMT items (attach statement) . . . . . . . . . . . . . | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income . . . . . . . . . . . . . . . . | **16a** | |
| | **b** Other tax-exempt income . . . . . . . . . . . . . . . . . | **16b** | |
| | **c** Nondeductible expenses . . . . . . . . . . . . . . . . . | **16c** | 2,054 |
| | **d** Distributions (attach statement if required) (see instructions) . . . . . . . | **16d** | |
| | **e** Repayment of loans from shareholders . . . . . . . . . . . . | **16e** | 8,949 |
| | **f** Foreign taxes paid or accrued . . . . . . . . . . . . . . . | **16f** | |

Form **1120-S** (2022)

Form 1120-S (2022)    MARCHEY GROUP, INC.                                              47-4312124   Page **4**

| Schedule K | | Shareholders' Pro Rata Share Items *(continued)* | | Total amount | |
|---|---|---|---|---|---|
| **Other Information** | **17a** | Investment income . . . . . . . . . . . . . . . . . . | **17a** | | |
| | **b** | Investment expenses . . . . . . . . . . . . . . . . | **17b** | | |
| | **c** | Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . | **17c** | | |
| | **d** | Other items and amounts (attach statement) | | | |
| **Reconciliation** | **18** | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f . . | **18** | 208,309 | |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | Cash . . . . . . . . . . . . . | | 50,289 | | 93,506 |
| **2a** | Trade notes and accounts receivable . . . . . | | | | |
| **b** | Less allowance for bad debts . . . . . . . . | | 0 | | 0 |
| **3** | Inventories . . . . . . . . . . . | | 599,304 | | 1,211,860 |
| **4** | U.S. government obligations . . . . . . . . | | | | |
| **5** | Tax-exempt securities (see instructions) . . . . | | | | |
| **6** | Other current assets (attach statement) . . . . | | | | |
| **7** | Loans to shareholders . . . . . . . . . | | | | |
| **8** | Mortgage and real estate loans . . . . . . . | | | | |
| **9** | Other investments (attach statement) . . . . . | | | | |
| **10a** | Buildings and other depreciable assets . . . . | 205,525 | | 205,525 | |
| **b** | Less accumulated depreciation . . . . . . . | 158,258 | 47,267 | 172,228 | 33,297 |
| **11a** | Depletable assets . . . . . . . . . . | | | | |
| **b** | Less accumulated depletion . . . . . . . . | | 0 | | 0 |
| **12** | Land (net of any amortization) . . . . . . . | | | | |
| **13a** | Intangible assets (amortizable only) . . . . . | | | | |
| **b** | Less accumulated amortization . . . . . . . | | 0 | | 0 |
| **14** | Other assets (attach statement) . . . . . . . | | | | |
| **15** | Total assets . . . . . . . . . | | 696,860 | | 1,338,663 |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable . . . . . . . . . . . | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year . . . | | | | 444,497 |
| **18** | Other current liabilities (attach statement) . . . . | | 40,465 | | 40,465 |
| **19** | Loans from shareholders . . . . . . . . | | 8,949 | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more . . . . | | | | |
| **21** | Other liabilities (attach statement) . . . . . . | | | | |
| **22** | Capital stock . . . . . . . . . . . | | 1,000 | | 1,000 |
| **23** | Additional paid-in capital . . . . . . . . | | | | |
| **24** | Retained earnings . . . . . . . . . . | | 646,446 | | 852,701 |
| **25** | Adjustments to shareholders' equity (attach statement) | | | | |
| **26** | Less cost of treasury stock . . . . . . . . | | | | |
| **27** | Total liabilities and shareholders' equity . . . . | | 696,860 | | 1,338,663 |

Form **1120-S** (2022)

Form 1120-S (2022)     MARCHEY GROUP, INC.                                                                    47-4312124     Page **5**

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | Net income (loss) per books . . . . . . | 206,255 | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) _ _ _ _ _ _ _ _ _ _ | | **a** | Tax-exempt interest       $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | 0 |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 16f (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12, and 16f, not charged against book income this year (itemize): | | |
| **a** | Depreciation   $ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | **a** | Depreciation        $ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | | | 0 |
| **b** | Travel and entertainment   $ _ _ _ _ _ _ 2,054 | | **7** | Add lines 5 and 6 . . . . . . . . . | | 0 |
| | | 2,054 | **8** | Income (loss) (Schedule K, line 18). | | |
| **4** | Add lines 1 through 3 . . . . . . . . . | 208,309 | | Subtract line 7 from line 4 . . . . . . . . | | 208,309 |

## Schedule M-2 — Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account

(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year . . . . . . | 646,446 | | | |
| **2** | Ordinary income from page 1, line 21 . . . . | 208,309 | | | |
| **3** | Other additions . . . . . . . . . . . | | | | |
| **4** | Loss from page 1, line 21 . . . . . . . . | | | | |
| **5** | Other reductions . . . . . . . . . . | 2,054 | | | |
| **6** | Combine lines 1 through 5 . . . . . . . . | 852,701 | 0 | 0 | 0 |
| **7** | Distributions . . . . . . . . . . . | | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . . . | 852,701 | 0 | 0 | 0 |

Form **1120-S** (2022)

671121

☐ Final K-1       ☐ Amended K-1        OMB No. 1545-0123

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2022**

For calendar year 2022, or tax year

beginning [          ]   ending [          ]

**Shareholder's Share of Income, Deductions,**
**Credits, etc.**        See separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| # | | # | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 208,309 | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked . . . . . ☐ |
| 6 | Royalties | 15 | Alternative minimum tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 | Items affecting shareholder basis |
| | | | C  2,054 |
| 10 | Other income (loss) | | E  8,949 |
| | | 17 | Other information |
| | | V*  See Attached Stmt |
| 11 | Section 179 deduction | AA  208,309 |
| 12 | Other deductions | AC  6,407,904 |

**Part I**    Information About the Corporation

**A**  Corporation's employer identification number
47-4312124

**B**  Corporation's name, address, city, state, and ZIP code

MARCHEY GROUP, INC.
8421 CANOGA AVE
CANOGA PARK, CA 91304

**C**  IRS Center where corporation filed return
e-file

**D**  Corporation's total number of shares
Beginning of tax year . . . . . . . . .    100
End of tax year . . . . . . . . . .    100

**Part II**    Information About the Shareholder

**E**  Shareholder's identifying number        Shareholder: 1
██████

**F**  Shareholder's name, address, city, state, and ZIP code

MARUF BAKHRAMOV
6027 LINDLEY AVE UNIT 20
TARZANA, CA 91356

**G**  Current year allocation percentage . . . . .    100.000000 %

**H**  Shareholder's number of shares
Beginning of tax year . . . . . . . . .    100
End of tax year . . . . . . . . . .    100

**I**  Loans from shareholder
Beginning of tax year . . . . . . . . $    -7,458
End of tax year . . . . . . . . . . $    -16,407

For IRS Use Only

| 18 | ☐ | More than one activity for at-risk purposes* |
| 19 | ☐ | More than one activity for passive activity purposes* |

* See attached statement for additional information.

MARUF BAKHRAMOV                                                                          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

## K-1 Statement (Sch K-1, Form 1120S)

### Line 16 - Items affecting shareholder basis

| | | | |
|---|---|---:|---:|
| **C** | Code C - Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **C** | 2,054 |
| **E** | Code E - Repayment of loans from shareholders . . . . . . . . . . . . . . . . . . . . | **E** | 8,949 |

### Line 17 - Other Information

| | | | |
|---|---|---|---:|
| **AA** | Code AA - Excess taxable income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **AA** | 208,309 |
| **AC** | Code AC - Gross receipts for section 448(c) . . . . . . . . . . . . . . . . . . . . . . | **AC** | 6,407,904 |

### Section 199A Information (Code V)

| Income Items | Non-SSTB | SSTB |
|---|---:|---:|
| Ordinary Income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 208,309 | 0 |
| **Additional Information** | | |
| Section 199A W-2 wages . . . . . . . . . . . . . . . . . . . . . . . . | 226,960 | 0 |
| Section 199A unadjusted basis . . . . . . . . . . . . . . . . . . . . . | 205,525 | 0 |

Form **1125-A**
(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| MARCHEY GROUP, INC. | 47-4312124 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | **1** | 599,304 |
| 2 | Purchases | **2** | 4,655,039 |
| 3 | Cost of labor | **3** | |
| 4 | Additional section 263A costs (attach schedule) | **4** | |
| 5 | Other costs (attach schedule) | **5** | |
| 6 | **Total.** Add lines 1 through 5 | **6** | 5,254,343 |
| 7 | Inventory at end of year | **7** | 1,211,860 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 4,042,483 |

**9a** Check all methods used for valuing closing inventory:

    *(i)* ☐ Cost

    *(ii)* ☐ Lower of cost or market

    *(iii)* ☐ Other (Specify method used and attach explanation.) ▶ --------------------------------

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory
computed under LIFO . . . . . . . . . . . . . . . . . . . . . | **9d** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . ☐ Yes  ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If
"Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

For Paperwork Reduction Act Notice, see instructions.
HTA

Form **1125-A** (Rev. 11-2018)

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S**
▶ **Information about Form 1125-E and its separate instructions is at** *www.irs.gov/form1125e.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| MARCHEY GROUP, INC. | 47-4312124 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| 1 | MARUF BAKHRAMOV | ▬▬▬ | 100.00% | 100.00% | 100.00% | 100,000 |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . | **2** | 100,000 |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . | **4** | 100,000 |

**For Paperwork Reduction Act Notice, see separate instructions.**

HTA

Form **1125-E** (Rev. 10-2016)

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
## (Including Information on Listed Property)

**Attach to your tax return.**

**Go to www.irs.gov/Form4562 for instructions and the latest information.**

OMB No. 1545-0172

**2022**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| MARCHEY GROUP, INC. | 1120S - APPLIANCE PARTS SALES | 47-4312124 |

## Part I  Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 0 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | 0 |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 . . . **13** | 0 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II  Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

## Part III  MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 . . . . . . . . . | **17** | 13,969 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▢ | | |

**Section B - Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

## Part IV  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . . . . . . . . . | **22** | 13,969 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . **23** | | |

**For Paperwork Reduction Act Notice, see separate instructions.**

HTA

Form **4562** (2022)

Form **8990**

(Rev. December 2022)

Department of the Treasury
Internal Revenue Service

## Limitation on Business Interest Expense Under Section 163(j)

**Attach to your tax return.**
**Go to *www.irs.gov/Form8990* for instructions and the latest information.**

OMB No. 1545-0123

| Taxpayer name(s) shown on tax return | Identification number |
|---|---|
| MARCHEY GROUP, INC. | 47-4312124 |

**A**  If Form 8990 relates to an information return for a foreign entity (for example, Form 5471), enter:

Name of foreign entity

Employer identification number, if any

Reference ID number

**B**  Is the foreign entity a CFC group member? See instructions . . . . . . . . . . . . . . . ☐ Yes ☐ No

**C**  Is this Form 8990 filed by the specified group parent for an entire CFC group? See instructions . . . . . ☐ Yes ☐ No

**D**  Has a CFC or a CFC group made a safe harbor election? If yes, see instructions for which lines of Form 8990
to complete . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**Part I**     **Computation of Allowable Business Interest Expense**

*Part I is completed by all taxpayers subject to section 163(j). Schedule A and Schedule B need to be completed before Part I when the taxpayer is a partner or shareholder of a pass-through entity subject to section 163(j).*

## Section I - Business Interest Expense

| | | | | |
|---|---|---|---|---|
| 1 | Current year business interest expense (not including floor plan financing interest expense), before the section 163(j) limitation . . . . . | **1** | | |
| 2 | Disallowed business interest expense carryforwards from prior years. (Does not apply to a partnership) . . . . . . . . . . | **2** | | |
| 3 | Partner's excess business interest expense treated as paid or accrued in current year (Schedule A, line 44, column (h)) . . . . . | **3** | | |
| 4 | Floor plan financing interest expense. See instructions . . . . . . . | **4** | | |
| 5 | **Total business interest expense.** Add lines 1 through 4 . . . . . . . | | **5** | 0 |

## Section II - Adjusted Taxable Income

### Tentative Taxable Income

| | | | | |
|---|---|---|---|---|
| 6 | Tentative taxable income. See instructions . . . . . . . . . . . . . . . | | **6** | 208,309 |

### Additions (adjustments to be made if amounts are taken into account on line 6)

| | | | | |
|---|---|---|---|---|
| 7 | Any item of loss or deduction that is not properly allocable to a trade or business of the taxpayer. See instructions . . . . . . . . | **7** | | |
| 8 | Any business interest expense not from a pass-through entity. See instructions . . | **8** | | |
| 9 | Amount of any net operating loss deduction under section 172 . . . . . . . | **9** | | |
| 10 | Amount of any qualified business income deduction allowed under section 199A . | **10** | | |
| 11 | Reserved for future use . . . . . . . . . . . . . . . . . . . . . | **11** | | |
| 12 | Amount of any loss or deduction items from a pass-through entity. See instructions . . . . . . . . . . . . . . . . . . . . . . | **12** | | |
| 13 | Other additions. See instructions . . . . . . . . . . . . . . . | **13** | | |
| 14 | Total current year partner's excess taxable income (Schedule A, line 44, column (f)) . . . . . . . . . . . . . . . . | **14** | | |
| 15 | Total current year S corporation shareholder's excess taxable income (Schedule B, line 46, column (c)) . . . . . . . . . . | **15** | | |
| 16 | **Total.** Add lines 7 through 15 . . . . . . . . . . . . . . . . . | | **16** | 0 |

### Reductions (adjustments to be made if amounts are taken into account on line 6)

| | | | | |
|---|---|---|---|---|
| 17 | Any item of income or gain that is not properly allocable to a trade or business of the taxpayer. See instructions . . . . . . . . | **17** ( ) | | |
| 18 | Any business interest income not from a pass-through entity. See instructions . . | **18** ( ) | | |
| 19 | Amount of any income or gain items from a pass-through entity. See instructions . | **19** ( ) | | |
| 20 | Other reductions. See instructions . . . . . . . . . . . . | **20** ( ) | | |
| 21 | **Total.** Combine lines 17 through 20 . . . . . . . . . . | | **21** ( 0 ) |
| 22 | **Adjusted taxable income.** Combine lines 6, 16, and 21. See instructions . . . . . . . . . . . | | **22** | 208,309 |

**For Paperwork Reduction Act Notice, see the instructions.**

HTA

Form **8990** (Rev. 12-2022)

MARCHEY GROUP, INC.     47-4312124

Form 8990 (Rev. 12-2022)                              Page **2**

## Section III - Business Interest Income

| | | | | |
|---|---|---|---|---|
| 23 | Current year business interest income. See instructions . . . . . . . . . . . | 23 | | |
| 24 | Excess business interest income from pass-through entities (total of | | | |
| | Schedule A, line 44, column (g), and Schedule B, line 46, column (d)) . . . . . | 24 | | |
| 25 | **Total.** Add lines 23 and 24 . . . . . . . . . . . . . . . . . . . . . . | 25 | | 0 |

## Section IV—163(j) Limitation Calculations

### Limitation on Business Interest Expense

| | | | | |
|---|---|---|---|---|
| 26 | Multiply the adjusted taxable income from line 22 by the applicable percentage. | | | |
| | See instructions . . . . . . . . . . . . . . . . . . . . . . . . . | 26 | 62,493 | |
| 27 | Business interest income (line 25) . . . . . . . . . . . . . . . . . . | 27 | | |
| 28 | Floor plan financing interest expense (line 4) . . . . . . . . . . . . . . | 28 | | |
| 29 | **Total.** Add lines 26, 27, and 28 . . . . . . . . . . . . . . . . . . | 29 | | 62,493 |

### Allowable Business Interest Expense

| | | | |
|---|---|---|---|
| 30 | **Total current year business interest expense deduction.** See instructions . . . . . . . . . . . . . . | 30 | |

### Carryforward

| | | | |
|---|---|---|---|
| 31 | **Disallowed business interest expense.** Subtract line 29 from line 5. (If zero or less, enter -0-.) . . . . . | 31 | 0 |

## Part II  Partnership Pass-Through Items

*Part II is only completed by a partnership that is subject to section 163(j). The partnership items below are allocated to the partners and are not carried forward by the partnership. See the instructions for more information.*

### Excess Business Interest Expense

| | | | |
|---|---|---|---|
| 32 | **Excess business interest expense.** Enter amount from line 31 . . . . . . . . . . . . . . . . | 32 | |

### Excess Taxable Income (If you entered an amount on line 32, skip lines 33 through 37.)

| | | | |
|---|---|---|---|
| 33 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) . . . . . . . . . . . | 33 | 0 |
| 34 | Subtract line 33 from line 26. (If zero or less, enter -0-.) . . . . . . . . . . . . . . . . | 34 | 0 |
| 35 | Divide line 34 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) . . . . . . . . | 35 | 0.0000 |
| 36 | **Excess taxable income.** Multiply line 35 by line 22 . . . . . . . . . . . . . . . . . . | 36 | 0 |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 37 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, | | |
| | enter -0-.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37 | 0 |

## Part III  S Corporation Pass-Through Items

*Part III is only completed by S corporations that are subject to section 163(j). The S corporation items below are allocated to the shareholders. See the instructions for more information.*

### Excess Taxable Income

| | | | |
|---|---|---|---|
| 38 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) . . . . . . . . . . . | 38 | 0 |
| 39 | Subtract line 38 from line 26. (If zero or less, enter -0-.) . . . . . . . . . . . . . . . . | 39 | 62,493 |
| 40 | Divide line 39 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) . . . . . . . . | 40 | 1.0000 |
| 41 | **Excess taxable income.** Multiply line 40 by line 22 . . . . . . . . . . . . . . . . . . | 41 | 208,309 |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 42 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or | | |
| | less, enter -0-.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 42 | 0 |

Form **8990** (Rev. 12-2022)

MARCHEY GROUP, INC.                                                          47-4312124

Form 8990 (Rev. 12-2022)                                                          Page **3**

## SCHEDULE A     Summary of Partner's Section 163(j) Excess Items

*Any taxpayer that owns an interest in a partnership subject to section 163(j) should complete Schedule A before completing Part I.*

| (a) Name of partnership | (b) EIN | Excess Business Interest Expense | | | (f) Current year excess taxable income | (g) Current year excess business interest income | (h) Excess business interest expense treated as paid or accrued (see instructions) | (i) Current year excess business interest expense carryforward (see instructions) |
| | | (c) Current year | (d) Prior year carryforward | (e) Total ((c) plus (d)) | | | | |
|---|---|---|---|---|---|---|---|---|
| **43** | | | | 0 | | | 0 | 0 |
| | | | | 0 | | | 0 | 0 |
| | | | | 0 | | | 0 | 0 |
| | | | | 0 | | | 0 | 0 |
| | | | | 0 | | | 0 | 0 |
| | | | | 0 | | | 0 | 0 |
| **44 Total** . . . . . . . . | | | | | 0 | 0 | 0 | |

## SCHEDULE B     Summary of S Corporation Shareholder's Excess Taxable Income and Excess Business Interest Income

*Any taxpayer that is required to complete Part I and is a shareholder in an S corporation that has excess taxable income or excess business interest income should complete Schedule B before completing Part I.*

| (a) Name of S corporation | (b) EIN | (c) Current year excess taxable income | (d) Current year excess business interest income |
|---|---|---|---|
| **45** | | | |
| | | | |
| | | | |
| | | | |
| **46 Total** . . . . . . . . . . . . . . . . . . . . . . | | 0 | 0 |

Form **8990** (Rev. 12-2022)

## Line 19 (1120S) - Other Deductions

| | | | | |
|---|---|---|---:|---:|
| 1 | Travel, Meals and Entertainment | | | |
| | a | Travel | **1a** | 10,148 |
| | c | Meals, subject to 50% limit | **1c** 4,107 | |
| | f | Less disallowed | **1f** 2,054 | |
| | g | Subtract line f from lines b, c, d and e | **1g** | 2,053 |
| 2 | Auto and Truck Expenses | | **2** | 12,694 |
| 3 | Domain Name | | **3** | 4,500 |
| 4 | Dues and Subscription | | **4** | 39,643 |
| 5 | Computer and Internet Expenses | | **5** | 9,405 |
| 6 | Bank Charges | | **6** | 18,506 |
| 7 | Insurance Expenses | | **7** | 10,472 |
| 8 | Janitorial Expenses | | **8** | 3,051 |
| 9 | Marketplace Fees | | **9** | 1,120,199 |
| 10 | Office Expenses | | **10** | 1,378 |
| 11 | Postage and Delivery | | **11** | 463,104 |
| 12 | Marketplace facilitator tax | | **12** | 523,893 |
| 13 | Custom Import Fees | | **13** | 38,752 |
| 14 | Cargo Freight Fee | | **14** | 13,380 |
| 15 | Amazon FBA Fullfilment Fees | | **15** | 388,474 |
| 16 | Printing and Reproduction | | **16** | 7,931 |
| 17 | Professional Fees | | **17** | 8,667 |
| 18 | Donation | | **18** | 150 |
| 19 | Shipping Supplies | | **19** | 88,014 |
| 20 | Software Development | | **20** | 31,139 |
| 21 | Utilities | | **21** | 11,649 |
| 22 | Telephone | | **22** | 8,528 |
| 23 | Total other deductions | | **23** | 2,815,730 |

## Line 17d, Sch K (1120S) - Other Items and Amounts

| | | |
|---|---|---:|
| **AA** | Code AA - Excess taxable income | **AA** 208,309 |
| **AC** | Code AC - Gross receipts for section 448(c) | **AC** 6,407,904 |

### Section 199A Information

| Income Items | Non-SSTB | SSTB |
|---|---:|---:|
| Ordinary Income | 208,309 | 0 |
| **Additional Information** | | |
| Section 199A W-2 wages | 226,960 | 0 |
| Section 199A unadjusted basis | 205,525 | 0 |

## Line 18, Sch L (1120S) - Other Current Liabilities

| | | Beginning | End |
|---|---|---:|---:|
| 1 | PPP LOAN | 40,465 | 40,465 |
| 2 | Total other current liabilities | 40,465 | 40,465 |

© 2023 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

**Summary of Unadjusted Basis of Qualified Property (4562)**                            12/31/2022

**Summary of Qualified Property by Activity**

| | Activity | Unadjusted Cost or Basis |
|---|---|---|
| 1 | 1120S . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 205,525 |

**Detail of Qualified Property**

| | Activity | Asset Description | Date In Service | Recovery Period | Years in Service | Total Cost or Basis | Business/Time Use Percent | Unadjusted Cost or Basis |
|---|---|---|---|---|---|---|---|---|
| 2 | 1120S | OFFICE EQUIPMENT | 7/1/2015 | 7.0 | 8 | 8,136 | 100.00% | 8,136 |
| 3 | 1120S | OFFICE FURNITURE | 7/1/2015 | 7.0 | 8 | 2,685 | 100.00% | 2,685 |
| 4 | 1120S | AUTOMATION EQUIPMENT | 8/2/2017 | 7.0 | 6 | 17,500 | 100.00% | 17,500 |
| 5 | 1120S | OFFICE EQUIPMENT | 2/21/2018 | 7.0 | 5 | 23,954 | 100.00% | 23,954 |
| 6 | 1120S | OFFICE FURNITURE AND EQ | 3/29/2019 | 7.0 | 4 | 78,285 | 100.00% | 78,285 |
| 7 | 1120S | OFFICE FURNITURE AND EQ | 2/21/2021 | 7.0 | 2 | 74,965 | 100.00% | 74,965 |

© 2023 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Marchey Group, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
☐ *Schedule H: Codebtors (Official Form 206H)*
☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐ *Amended Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 1, 2024___        X _____
                                          Signature of individual signing on behalf of debtor

                                          **Maruf Bakhramov**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Marchey Group, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alliance Funding Group 17542 17th Street Suite 200 Tustin, CA 92780** | | **Merchant Cash Advance Loan** | | | | **$127,186.00** |
| **American Express (Blue Business) PO BOX 981535 El Paso, TX 79998-1535** | | **Credit Card** | | | | **$30,211.00** |
| **American Express (Plum Card) PO BOX 981535 El Paso, TX 79998-1535** | | **Credit Card** | | | | **$25,000.00** |
| **American Express National Bank PO Box 570622 Atlanta, GA 30357** | | **Monies Loaned / Advanced** | | | | **$220,000.00** |
| **Bank of America NA PO BOX 660441 Dallas, TX 75266-0441** | | **Credit Card** | | | | **$80,000.00** |
| **Bank of America NA PO BOX 660441 Dallas, TX 75266-0441** | | **Credit Card** | | | | **$50,000.00** |
| **Bank of America NA PO BOX 660441 Dallas, TX 75266-0441** | | **Credit Card** | | | | **$41,000.00** |
| **BMW Financial Services PO Box 3608 Dublin, OH 43016** | | **Vehicle Loan** | | **$137,000.00** | **$97,000.00** | **$40,000.00** |

| Debtor | **Marchey Group, Inc.** | | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Capital One Financial Corporation** PO BOX 30285 Salt Lake City, UT 84130-0285 | | **Credit Card** | | | | **$200,000.00** |
| **Encompass Supply Chain Solutions** 775 Tipton Industrial Drive Lawrenceville, GA 30046 | | **Suppliers or Vendors** | | | | **$63,951.46** |
| **FC MARKETPLACE LLC** 707 17th Street Suite 2200 Denver, CO 80202 | | **Monies Loaned / Advanced** | | | | **$77,641.00** |
| **Fundation Group LLC** 11501 Sunset Hills Road Suite 100 Reston, VA 20190 | | **Monies Loaned / Advanced** | | | | **$39,595.00** |
| **Goldman Sachs Bank USA** PO BOX 45400 Salt Lake City, UT 84145-0400 | | **Monies Loaned / Advanced** | | | | **$792,000.00** |
| **LG Funding LLC** 1218 Union Street Brooklyn, NY 11225 | | **Merchant Cash Advance Loan** | | | | **$156,800.00** |
| **Marcone Supply** One City Place Suite 400 Saint Louis, MO 63141 | | **Suppliers or Vendors** | | | | **$152,783.60** |
| **NewCo Capital Group LLC** 90 BROAD STREET Suite 903 New York, NY 10004 | | **Merchant Cash Advance Loan** | | | | **$141,675.00** |
| **Reliable Parts Inc** 19111 N. Dallas Parkway Interchange Office Center Suite 240 Dallas, TX 75284 | | **Suppliers or Vendors** | | | | **$94,127.54** |

| Debtor | **Marchey Group, Inc.** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Robertshaw Controls Company 1222 Hamilton Parkway Itasca, IL 60143** | | **Suppliers or Vendors** | | | | **$23,109.05** |
| **SellersFunding International Portfo 1290 Weston Road Suite 306 Weston, FL 33326** | | **Merchant Cash Advance Loan** | | **$375,000.00** | **$179,411.36** | **$195,588.64** |
| **WebBank 3505 Silverside Rd. Wilmington, DE 19810** | | **Monies Loaned / Advanced** | | | | **$40,398.00** |

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles, California**          , California.

Date:          **March 1, 2024**

**Maruf Bakhramov, President**
Signature of Debtor 1

Signature of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1          **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Keith Patrick Banner**<br>**2049 Century Park East**<br>**Suite 2600**<br>**Los Angeles, CA 90067**<br>**310-553-3610**<br>California State Bar Number: **259502 CA**<br>kbanner@greenbergglusker.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **Marchey Group, Inc.** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **March 1, 2024**

**Maruf Bakhramov, President**
Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Marchey Group, Inc.
8421 Canoga Ave
Canoga Park, CA 91304


Keith Patrick Banner
Greenberg Glusker Fields Claman & Machtinger
2049 Century Park East
Suite 2600
Los Angeles, CA 90067


Alliance Funding Group
17542 17th Street
Suite 200
Tustin, CA 92780


Amazon Capital Services Inc
410 Terry Avenue North
Seattle, WA 98109


American Express (Blue Business)
PO BOX 981535
El Paso, TX 79998-1535


American Express (Plum Card)
PO BOX 981535
El Paso, TX 79998-1535


American Express National Bank
PO Box 570622
Atlanta, GA 30357


Ariel Bouskila Esq
Berkovitch & Bouskila PLLC
1545 U.S. 202, Suite 101
Pomona, NY 10970

Bank of America NA
PO BOX 660441
Dallas, TX 75266-0441


BMW Financial Services
PO Box 3608
Dublin, OH 43016


C & E Investment
41606 Date St
Suite 203A
Murrieta, CA 92562


Capital One Financial Corporation
PO BOX 30285
Salt Lake City, UT 84130-0285


Citi Bank NA
PO Box 790046
Saint Louis, MO 63179-0046


COGENCY GLOBAL INC
1325 J ST.
SUITE 1550
Sacramento, CA 95814


CSC - LAWYERS INCORPORATING SERVICE
2710 GATEWAY OAKS DRIVE
Suite 150N
Sacramento, CA 95833-3505


Encompass Supply Chain Solutions
775 Tipton Industrial Drive
Lawrenceville, GA 30046

Fabric of the Universe, Inc
5755 Valentine Road
Suite 215
Ventura, CA 93003


FC MARKETPLACE LLC
707 17th Street
Suite 2200
Denver, CO 80202


Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952


Fundation Group LLC
11501 Sunset Hills Road
Suite 100
Reston, VA 20190


Goldman Sachs Bank USA
PO BOX 45400
Salt Lake City, UT 84145-0400


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-0001


Joe Lieberman Esq
Lieberman and Klestzick LLP
PO Box 356
Cedarhurst, NY 11516


JP Morgan Chase Bank NA
PO BOX 15298
Wilmington, DE 19850-5298

LG Funding LLC
1218 Union Street
Brooklyn, NY 11225


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


Marcone Supply
One City Place
Suite 400
Saint Louis, MO 63141


Maruf Bakhramov
8421 Canoga Ave
Canoga Park, CA 91304


Maxville Group Inc
17783 Merridy St
Northridge, CA 91325


NewCo Capital Group LLC
90 BROAD STREET
Suite 903
New York, NY 10004


NewCo Capital Group LLC
One WhiteHall Street
Suite 200
New York, NY 10004


Randall Hall Senter
8431 Canoga Ave
Suite C
Canoga Park, CA 91304

Reliable Parts Inc
19111 N. Dallas Parkway
 Interchange Office Center
Suite 240
Dallas, TX 75284


Robertshaw Controls Company
1222 Hamilton Parkway
Itasca, IL 60143


SellersFunding International Portfo
1290 Weston Road
Suite 306
Weston, FL 33326


VCORP AGENT SERVICES INC
330 N BRAND BLVD
Glendale, CA 91203


WebBank
3505 Silverside Rd.
Wilmington, DE 19810


WebBank
2211 North First Street
San Jose, CA 95131


Wells Fargo Bank NA
PO Box 29482
Phoenix, AZ 85038-8650

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Keith Patrick Banner**<br>**2049 Century Park East**<br>**Suite 2600**<br>**Los Angeles, CA 90067**<br>**310-553-3610**<br>California State Bar Number: **259502 CA**<br>kbanner@greenbergglusker.com | |

☑ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Marchey Group, Inc.**<br><br><br>                                    Debtor(s),<br><br>                                    Plaintiff(s),<br><br><br><br><br>                                    Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:     **11**<br><br>### CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Maruf Bakhramov**                                            , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

Case 1:24-bk-10326-MB   Doc 1   Filed 03/01/24   Entered 03/01/24 15:24:08   Desc
Main Document   Page 33 of 36

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.     ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**March 1, 2024**
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:   **Maruf Bakhramov, President**
Printed name of Debtor, or attorney for Debtor

# UNANIMOUS WRITTEN CONSENT
## OF THE
## BOARD OF DIRECTORS
## OF MARCHEY GROUP, INC.
### a California corporation

Effective as of March 1, 2024

The undersigned, constituting all the members of the Board of Directors ("Board") of Marchey Group, Inc. (the "Corporation"), do hereby adopt the following resolutions by written consent without a meeting acting pursuant to, and in accordance with the provisions of Section 307(b) of the Corporations Code of California, as amended, and the Bylaws of the Corporation, and direct that this written consent (this "Consent") be filed with the minutes of the proceedings of the Corporation:

WHEREAS, the Board has considered the current financial condition and operational aspects of the Corporation's business; and

WHEREAS, the Board has explored the strategic alternatives available to the Corporation and the impact of the foregoing on the Corporation's business and its stakeholders.

NOW, THEREFORE, BE IT RESOLVED that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, employees, and other stakeholders that a petition be filed by the Corporation seeking relief under the provisions of subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

RESOLVED FURTHER, that Maruf Bakhramov, President (the "Authorized Signatory"), be, and hereby is, authorized on behalf of the Corporation to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that such Authorized Signatory deems necessary, desirable and proper in connection with the Corporation's chapter 11 case (the "Bankruptcy Case"), with a view to the successful prosecution of such case.

RESOLVED FURTHER, that the Authorized Signatory, on behalf of the Corporation, is authorized, empowered and directed to retain the law firm of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker") as bankruptcy counsel to represent and assist the Corporation in the Bankruptcy Case in carrying out its duties under the Bankruptcy Code, and the Authorized Signatory is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to, and immediately upon the filing of the Bankruptcy Petition, and to cause to be filed in the Bankruptcy Case an appropriate application for authority to retain the services of Greenberg Glusker and any further documents, as appropriate, regarding the retention of Greenberg Glusker's services.

RESOLVED FURTHER, that the Authorized Signatory of the Corporation be, and hereby is, authorized and directed to employ any other professionals necessary to assist the Corporation in carrying out its duties under the Bankruptcy Code.

RESOLVED FURTHER, that the Authorized Signatory be, and hereby is, authorized on behalf of the Corporation to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by the Authorized Signatory to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Bankruptcy Case.

RESOLVED, that any and all actions heretofore taken by any Authorized Signatory or the Board in the name and on behalf of the Corporation in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*(Signature page follows.)*

54814-00002/5094894.1

IN WITNESS WHEREOF, the undersigned have duly executed this instrument as of the date first above written.

**BOARD OF DIRECTORS:**

Maruf Bakhramov

Acknowledged and Accepted:

**AUTHORIZED SIGNATORY:**

Maruf Bakhramov