1   BRIAN L. DAVIDOFF (SBN 102654)
    BDavidoff@GreenbergGlusker.com
2   KEITH PATRICK BANNER (SBN 259502)
    KBanner@GreenbergGlusker.com
3   GREENBERG GLUSKER FIELDS CLAMAN
    & MACHTINGER LLP
4   2049 Century Park East, Suite 2600
    Los Angeles, California 90067
5   Telephone:  310.553.3610
    Fax:  310.553.0687
6
    Proposed General Bankruptcy Counsel for
7   Debtor and Debtor in Possession

8

9

10

11

12

13  In re:

14  MARCHEY GROUP, INC.,

15         Debtor and Debtor in Possession.

16

17

18

19

20

21

22

23

24

25

26         On the above captioned date and time, the court considered the *Emergency Motion for*

27  *Entry of Interim and Final Orders: (I) Authorizing the Debtor to Use Cash Collateral; and (II)*

28  *Granting Related Relief* [Docket No. 6] (the "Motion") filed by Debtor and Debtor in Possession

---

**FILED & ENTERED**

**MAR 08 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia    DEPUTY CLERK**

---

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

Case No. 1:24-bk-10326-MB

Chapter 11

**INTERIM ORDER:**

**(I) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL; AND**

**(II) GRANTING RELATED RELIEF**

Emergency Hearing
Date:    March 7, 2024
Time:    1:30 p.m.
Place:   Courtroom 303
         21041 Burbank Boulevard
         Woodland Hills, CA 91367

Final Hearing
Date:    April 9, 2024
Time:    1:30 p.m.
Place:   Courtroom 303
         21041 Burbank Boulevard
         Woodland Hills, CA 91367

*(sidebar, left margin)* GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

Marchey Group, Inc. (the "Debtor") pursuant to sections 105(a), 361 and 363 of title 11 of the United States Code (the "Bankruptcy Code") and rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Motion.

Based upon the Court's review of the Motion, the First Day Declaration, the evidentiary record, and argument of counsel; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; and after due deliberation and good cause appearing therefor, based upon findings of fact and conclusions of law stated in open court pursuant to Rule 52(a) of the Federal Rules of Civil Procedure, as incorporated into Bankruptcy Rule 7052 and applied to contested matters by Bankruptcy Rule 9014(c),

**IT IS ORDERED THAT:**

1. The Motion is **GRANTED** on an interim basis as set forth herein.

2. Except as provided herein, the Debtor is authorized to use cash collateral as defined under section 363 of the Bankruptcy Code to pay the expenditures set forth in the Budget.

3. In accordance with the Budget, the Debtor is authorized to make the following adequate protection payments to the Lenders:

| Priority | Lender | Adequate Protections |
|---|---|---|
| 1 | Amazon (three loans) | Per agreement; in amounts as set forth in the Budget |
| 2 | SellersFunding | $1,000 per week |

4. The Court does not authorize the Debtor to make any adequate protection payments except those set forth in paragraph 3 hereof.   Specifically, the Court does not authorize any adequate protection payments to creditors FundingCircle, NewCo Capital Group LLC, or LG Capital Investment.

5. Any proposed payment by the Debtor's account debtors directly to any Lender (except for Amazon as permitted pursuant to the pre-petition agreement between the Debtor and Amazon),  on account of any pre-petition actions taken by any Lender to exercise control over the Debtor's receivables, including but not limited to letters and demands to the Debtor's various

INTERIM ORDER ON
CASH COLLATERAL MOTION

account debtors demanding that they direct any payment due to the Debtor be redirected to them, are hereby deemed void and unenforceable and such counterparties and account debtors are hereby directed to remit their payments to the Debtor in the ordinary course.

6.    As of the Petition Date, no Lender, including but not limited to CMA Lenders (but excluding Amazon as permitted pursuant to the pre-petition agreement between the Debtor and Amazon), may seek to exercise control over the Debtor's assets including but not limited to the Debtor's receivables, bank accounts and cash, including but not limited to sending letters and demands to the Debtor's various account debtors and contract counterparties demanding that they direct any payment due to the Debtor be redirected to them, or any other actions whereby such Lenders, including CMA Lenders, seek to execute on or otherwise obtain possessions of the Debtor's receivables, bank accounts and cash, and all such actions shall be stayed pursuant to Bankruptcy Code Section 362.

7.    Nothing in the Motion or this Interim Order, nor the Debtor's implementation of the relief granted in this Interim Order, shall be construed as: (i) an admission as to the validity of any claim against the Debtor or the existence and/or avoidability of any lien against the Debtor's assets; (ii) a waiver of the Debtor's rights to dispute any claim or lien on any grounds; (iii) a promise to pay any claim; (iv) an implication or admission that any particular claim would constitute an allowed claim; (v) an assumption or rejection of any executory contract or unexpired lease pursuant to section 365 of the Bankruptcy Code; or (vi) a limitation on the Debtor's right under section 365 of the Bankruptcy Code to assume or reject any executory contract with any party subject to the Interim and Final Orders.

8.    Nothing contained in this Interim Order shall be deemed to increase, decrease, reclassify, elevate to an administrative expense status, or otherwise affect the priority or validity of any claim in this chapter 11 bankruptcy case.

9.    The Court finds and determines that the requirements of Bankruptcy Rule 6003 are satisfied and that the relief requested is necessary to avoid immediate and irreparable harm.

10.    Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and enforceable immediately upon entry hereof.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

INTERIM ORDER ON
CASH COLLATERAL MOTION

11.     The Debtor is authorized to take all actions necessary to implement the relief granted in this Order.

12.     A hearing to consider entry of an order granting the Motion on a final basis (the "Final Hearing") shall be held on **April 9, 2024, at 1:30 p.m.** (prevailing Pacific time).  Any objections or responses to the entry of such an order must be filed on or before 4:00 p.m. (prevailing Pacific time) on **April 2, 2024**, and served on (a) proposed counsel to the Debtor, Greenberg Glusker LLP, 2049 Century Park East, Suite 2600, Los Angeles, CA 90067 Attn: Brian L. Davidoff (bdavidoff@greenbergglusker.com) and Keith Patrick Banner (kbanner@greenbergglusker.com) and (b) the Office of the United States Trustee for the Central District of California, 915 Wilshire Blvd., Suite 1850. Los Angeles, California 90017.  If no objections or responses are filed and served, this Court may enter a final order without further notice or hearing.

13.     The Debtor shall file a notice of the Final Hearing no later than March 26, 2024 and serve such notice on (a) the Office of the United States Trustee; (b) all known secured creditors; (c) the largest twenty unsecured creditors appearing on the list filed in accordance with Bankruptcy Rule 1007(d) by the Debtor; and (d) parties that file with the Court and serve upon the Debtor requests for notice of all matters in accordance with Bankruptcy Rule 2002.

\\\\
\\\\
\\\\
\\\\
\\\\
\\\\
\\\\
\\\\
\\\\
\\\\
\\\\

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

INTERIM ORDER ON
CASH COLLATERAL MOTION

54814-00002/5096631.3

1    14.    This Court shall retain jurisdiction with respect to all matters arising from or

2    related to the implementation, interpretation, or enforcement of this Interim Order.

3                                        ###

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

23    

24    Date: March 8, 2024

*Martin R. Barash*

Martin R Barash
United States Bankruptcy Judge

INTERIM ORDER ON
CASH COLLATERAL MOTION