BRIAN L. DAVIDOFF (SBN 354027)
BDavidoff@ggfirm.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Proposed General Counsel for Debtor and Debtor-in-Possession
Marchey Group, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY

In re:

MARCHEY GROUP, INC.,

Debtor and Debtor-in-Possession.

Case No. 1:24-bk-10326-MB

Chapter 11

**NOTICE OF FINAL HEARING ON (1) CASH MANAGEMENT MOTION; AND (2) CASH COLLATERAL MOTION**

Date: April 9, 2024
Time: 1:30 p.m.
Place: Courtroom 303
21041 Burbank Boulevard
Woodland Hills, CA 91367

-Or by ZoomGov:

Meeeting URL: https://cacb.zoomgov.com/j/1604414603
Meeting ID: 160 441 4603
Password: 681700
Telephone: 1 (669) 254 5252 or 1 (646) 828 7666

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, ALL PARTIES-IN-INTEREST HEREIN, AND THEIR RESPECTIVE COUNSEL:**



GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

**PLEASE TAKE NOTICE** that on March 1, 2024, the Debtor and Debtor-in-Possession Marchey Group, Inc., (the "Debtor") filed a voluntary petition for relief pursuant to subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that on March 7, 2024 at 1:30 p.m. the Court held an emergency hearing on the following "first day" motions (collectively, the "Motions") filed by the Debtor:

- *Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Continued Use of Cash Management System and Accounts; and (II) Related Relief* [Docket No. 4]; and
- *Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtor to Use Cash Collateral; and (II) Granting Related Relief* [Docket No. 6].

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a final hearing to consider the relief requested in the Motions on **April 9, 2024 at 1:30 p.m.** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any parties not otherwise served with a copy of the Motions or the declarations in support thereof wishing to obtain copies should contact proposed counsel for the Debtor, Greenberg Glusker Fields Claman & Machtinger LLP, 2049 Century Park E #2600, Los Angeles, CA 90067, Attention: Keith Patrick Banner, Esq., Telephone (310) 201-7469; e-mail: kbanner@greenbergglusker.com

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motions must be filed with the Court and served on proposed counsel to the Debtor, Greenberg Glusker LLP, 2049 Century Park East, Suite 2600, Los Angeles, CA 90067 Attn: Brian L. Davidoff (bdavidoff@greenbergglusker.com) and Keith Patrick Banner (kbanner@greenbergglusker.com) and (b) the Office of the United States Trustee for the Central District of California, 915 Wilshire Blvd., Suite 1850. Los Angeles, California 90017 on or before **4:00 p.m.** (prevailing Pacific time) on **April 2, 2024**.

**PLEASE TAKE FURTHER NOTICE** that your failure to object or oppose the Motions may be deemed by the Court to constitute consent to the relief requested therein.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

**PLEASE TAKE FURTHER NOTICE** that the Court will conduct the Hearing from Courtroom 303, located at 21041 Burbank Boulevard, Woodland Hills, CA 91367.

**PLEASE TAKE FURTHER NOTICE** that in addition to appearing in person, parties in interest (and their counsel) may appear remotely using ZoomGov audio and video. Information on how to appear at the Hearing remotely using ZoomGov is provided below:

(1) Parties in interest (and their counsel) may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).

(2) The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.

(3) Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited. In the case of a trial or evidentiary hearing, no audio access will be provided. However, members of the public and the press may observe all proceedings in person.

(4) Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the Hearing, and no pre-registration is required. The use of ZoomGov is free of charge to participants.

(5) The audio portion of the Hearing will be recorded electronically by the Court and constitute its official record.

(6) All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

(7) Any party in interest or counsel that elects to appear remotely by ZoomGov bears the risk of malfunction or disconnection from the Hearing.

(8) The following is the unique ZoomGov connection information for the above referenced Hearing:

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

Meeting URL: https://cacb.zoomgov.com/j/1604414603

Meeting ID: 160 441 4603

Password: 681700

Telephone: 1 (669) 254 5252 or 1 (646) 828 7666

(9) More information on using ZoomGov to participate in this Hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants

DATED: March 13, 2024

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Keith Patrick Banner*
BRIAN L. DAVIDOFF (SBN 354027)
KEITH PATRICK BANNER (SBN 259502)
Proposed General Counsel for Debtor and Debtor-in-Possession
Marchey Group, Inc.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF FINAL HEARING ON (1) CASH MANAGEMENT MOTION; AND (2) CASH COLLATERAL MOTION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 13, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com**
- **Russell Clementson russell.clementson@usdoj.gov**
- **John-Patrick McGinnis Fritz (TR) jpftrustee@lnbyg.com, jpf@trustesolutions.net**
- **Amitkumar Sharma amit.sharma@aisinfo.com**
- **United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov**
- **Larry D Webb Webblaw@gmail.com, larry@webblaw.onmicrosoft.com**

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) March 13, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

American Express
PO BOX 981535
El Paso, TX 79998-1535

American Express National Bank
PO Box 570622
Atlanta, GA 30357

Bank of America NA
PO BOX 660441
Dallas, TX 75266-0441

BMW Financial Services
PO Box 3608
Dublin, OH 43016

Capital One Financial Corporation
PO BOX 30285
Salt Lake City, UT 84130-0285

Goldman Sachs Bank USA
PO BOX 45400
Salt Lake City, UT 84145-0400

Citi Bank NA
PO Box 790046
Saint Louis, MO 63179-0046

Alliance Funding Group
17542 17th Street
Suite 200
Tustin, CA 92780

Encompass Supply
Chain Solutions
775 Tipton Industrial Drive
Lawrenceville, GA 30046

FC MARKETPLACE LLC
707 17th Street, Suite 2200
Denver, CO 80202

Fundation Group LLC
11501 Sunset Hills Road, Suite 100
Reston, VA 20190

LG Funding LLC
1218 Union Street
Brooklyn, NY 11225

Marcone Supply
One City Place
Suite 400,
Saint Louis, MO 63141

NewCo Capital Group LLC
1545 Route 202
Suite 101
Pomona, NY 10970

Reliable Parts Inc
19111 N. Dallas Parkway
Interchange Office Center
Suite 240
Dallas, TX 75284

Robertshaw Controls Company
1222 Hamilton Parkway
Itasca, IL 60143

SellersFunding International Portfo
1290 Weston Road, Suite 306
Weston, FL 33326

WebBank
3505 Silverside Rd.
Wilmington, DE 19810

Amazon Capital Services Inc
410 Terry Avenue North
Seattle, WA 98109-5210

Amazon
Amazon Legal Department
c/o General Counsel
2021 7th Avenue
Seattle, WA 98121

Ebay
c/o CT Corporation
818 W. 7th Street, Ste. 930
Los Angeles, CA 90017

WebBank
2211 North First Street
San Jose, CA 95131-2021

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 13, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Email**

| Lender Name | Email Address |
|---|---|
| FundingCircle | Deana Lopez us-collections@fundingcircle.com |
| SellersFunding: | Fawad Khan fawad@sellersfi.com |

| | |
|---|---|
| Alliance Funding Group: | Brian Knox bknox@afg.com |
| NewCo Capital Group LLC: | Ariel Bouskila, Esq. ari@bblawpllc.com |
| LG Funding LLC: | Joe Lieberman joe@landklegal.com |
| Amazon: | Ramie O'Neill Snodgrass RamieSnodgrass@dwt.com |
| | Alex Rivera AlexRivera@dwt.com |
| | Jailyn Bunton JailynBunton@dwt.com |

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/13/2024 | Cynthia Miller Watkins | */s/ Cynthia Miller Watkins* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |