1  BRIAN L. DAVIDOFF (SBN 102654)
   BDavidoff@GreenbergGlusker.com
2  KEITH PATRICK BANNER (SBN 259502)
   KBanner@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN
   & MACHTINGER LLP
4  2049 Century Park East, Suite 2600
   Los Angeles, California 90067
5  Telephone:  310.553.3610
   Fax:  310.553.0687
6
   Proposed General Bankruptcy Counsel for
7  Debtor and Debtor in Possession

8

9                UNITED STATES BANKRUPTCY COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11               SAN FERNANDO VALLEY DIVISION

12

13  In re:                                    Case No. 1:24-bk-10326-MB

14  MARCHEY GROUP, INC.,                      Chapter 11

15        Debtor and Debtor in Possession.    **DEBTOR'S SUBMISSION OF: (1)
                                              SCHEDULES OF ASSETS AND
16                                            LIABILITIES; AND (2) STATEMENT OF
                                              FINANCIAL AFFAIRS**
17
                                              [No Hearing Required]
18

19

20        Debtor and Debtor in Possession Marchey Group, Inc. hereby submits its Schedules of

21  Assets and Liabilities and Statement of Financial Affairs.

22        DATED:  March 15, 2024             GREENBERG GLUSKER FIELDS CLAMAN &
                                              MACHTINGER LLP
23

24

25                                           By: */s/Keith Patrick Banner*
                                                 BRIAN L. DAVIDOFF
26                                               KEITH PATRICK BANNER
                                                 Proposed General Bankruptcy Counsel for Debtor
27                                               and Debtor in Possession

28

54814-00002/5108672.1

*(Left margin, vertical text:)* GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP / 2049 Century Park East, Suite 2600 / Los Angeles, California 90067

## GENERAL NOTES TO SCHEDULES OF ASSETS
## AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS FOR
## MARCHEY GROUP, INC.

Marchey Group, Inc. (the "Debtor"), submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the " Statement") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each a "Bankruptcy Rule").

The Schedules and the Statement have been prepared by the Debtor's current management with the assistance of certain of its professionals and are unaudited. While management of the Debtor has endeavored to ensure that the Schedules and Statement are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in changes in data contained in the Schedules and Statement that would warrant amendment of same. If this occurs, the Debtor will make appropriate amendments to the Schedules and the Statement. Additionally, while the Debtor has endeavored to file complete and accurate Schedules and Statement, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend its Schedules and Statement as necessary or appropriate.

Unless otherwise stated, the asset and liability data contained in the Schedules and Statement reflect book values as of March 1, 2024, the date the Order for Relief was entered in this chapter 11 subchapter V case (the "Petition Date"). Actual fair market values may differ materially from book values.

It would be prohibitively expensive, unduly burdensome, and extremely time-consuming to obtain current market valuations of the Debtor's assets. Accordingly, in certain instances, values are stated as unknown and in other instances, book values rather than current market values are reflected on the Statement and Schedules. The current book values may not reflect a comprehensive review of accounting adjustments, including asset impairments and write-downs, which may be required and conducted in relation to the Debtor's bankruptcy. The reader therefore should not place undue reliance upon the book values associated with the assets listed.

Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to subsequently designate any claim as "disputed," "contingent" or "unliquidated." The Debtor further reserves the rights to dispute, object to, assert counterclaims, rights of setoff, rights of recoupment, or defenses to, subordinate, avoid, and/or obtain reclassification of any claim or any interest in property securing such claim.

The claims of creditors for, among other things, merchandise, goods, services, or taxes may be listed at the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

The identity of some of the holders of claims might have changed over time due to trading and/or transfer of certain of these claims.  It is the Debtor's belief that the claims against the Debtor were as of the Petition Date held by the entities identified in these Schedules (or affiliates of such entities or beneficial holders for which such entities are nominees or asset managers), in the principal amounts set forth herein, without inclusion of accrued and unpaid interest (unless expressly noted that interest is included).

There may be instances where certain information was left blank or redacted due to the nature of an agreement between the Debtor and a third party, the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual.  The omissions or redactions will be limited to only what is necessary to protect the Debtor or a third party and will provide interested parties with sufficient information to discern the nature of the listing.

Each Schedule and the Statement is subject to further amendment by the Debtor. The descriptions provided are intended only to be a summary.

## SCHEDULE A/B DISCLAIMER

Unless otherwise noted, the amounts listed on Schedule B represent the value of the Debtor's assets as reflected in the Debtor's books and records as of the Petition Date. The Debtor has performed no independent review of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in the Debtor's books and records.

## GENERAL NOTES REGARDING SCHEDULE D

Subject to the terms of any cash collateral order, the Debtor reserves the right to dispute or challenge the validity of any lien purported to be granted and/or perfected by a secured creditor listed on this Schedule D.  The Debtor reserves the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.  Moreover, although the Debtor has scheduled secured claims on its Schedule D, the Debtor reserves all rights to dispute or challenge any secured nature of any creditors' claim or the characterization of the structure of any such transaction, or any document or instruments related to such creditor's claim.

The Debtor's failure to designate a claim on this Schedule D as "contingent," "unliquidated" or "disputed" does not constitute an admission by the Debtor that such claim is not contingent, unliquidated, or disputed, and the Debtor reserves the right to dispute, or to assert offsets or defenses to, any claims reflected on this Schedule D as to amount, liability, classification or otherwise and to subsequently designate any such claim as disputed, contingent or unliquidated.

Schedule D is subject to further amendment by the Debtor.  The description provided is intended only to be a summary.  Reference to the applicable agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing herein shall be deemed a modification or interpretation of the terms of such agreements.

## <u>GENERAL NOTES REGARDING SCHEDULE E/F (PART 1)</u>

Holders of certain priority tax claims may have statutory liens on property of the Debtor that may give rise to a secured claim and/or a deficiency claim (depending on the value of the property); such claims are listed on Schedule E and not on Schedule D. The Debtor makes no admission regarding the secured status or priority of any such claims. The Debtor's characterization of the taxing authority claims listed in Schedule E as priority claims is preliminary in nature and the Debtor reserves its rights to amend Schedule E, and/or dispute and challenge whether, and to what extent, such claims are entitled to priority.

The claims listed on Schedule E/F do not identify any administrative priority claims arising under section 503(b)(9) of the Bankruptcy Code. To the extent any creditor asserts a claim arising under 503(b)(9) of the Bankruptcy Code, they may file the appropriate request with the bankruptcy court.

The claims of the Debtor's critical vendors listed on Schedule E/F may have been, or will be partially or fully satisfied pursuant to the Court's *Amended Interim Order: (I) Authorizing the Debtor To Pay Certain Pre-Petition Claims Of Critical Vendors; (II) Authorizing Financial Institutions To Honor And Process Related Checks And Transfers; And (III) Granting Related Relief* [Docket No. 23] entered on March 8, 2024, or any subsequent order of the Court relating to the Debtor's motion seeking payment of critical vendor claims [Docket No. 7].

The amounts stated in Schedule E/F for the claims of any parties to contracts with the Debtor do not include any claims for breach of contract or other damages; the stated amount is the amount of the account payable owing to the contract party as of the March 1, 2024 according to the Debtor's books and records.

The claims listed in Schedule E/F arose or were incurred on various dates. A determination of each date upon which each claim in Schedule E/F was incurred or arose may be costly and unduly burdensome and, therefore, such dates are not listed.

The claims listed on Schedule E/F are subject to further review, reconciliation, and amendment by the Debtor.

## GENERAL NOTES REGARDING SCHEDULE G

While effort has been made to ensure the accuracy of the Schedule of Executory Contracts and Unexpired Leases, inadvertent errors or omissions may have occurred. The Debtor does not make, and specifically disclaims, any representation or warranty as to the completeness or accuracy of the information set forth herein, or the validity or enforceability of any such contracts, agreements or documents listed herein.  The Debtor hereby reserves the right to dispute the validity, status, characterization, or enforceability of any such contracts, agreements or leases set forth herein and to amend or supplement this Schedule.  By listing a contract or lease on Schedule G, the Debtor is not admitting that such contract or lease is an executory contract or lease pursuant to section 365 of the Bankruptcy Code and reserves the right to dispute any such classification.

Certain of the contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed herein.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Schedule G does not include all equipment and inventory purchase orders.

Certain of the real property leases listed on this Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on this Schedule G.  Additionally, the Debtor may be a party to various other agreements concerning real property, such as easements, rights of way, subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements.  Such agreements are not set forth on this Schedule G.

**Fill in this information to identify the case:**

Debtor name  **Marchey Group, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  **1:24-bk-10326**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

████  **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■   Other document that requires a declaration  **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 15, 2024**           X _____
                                              Signature of individual signing on behalf of debtor

                                              **Maruf Bakhramov**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

# United States Bankruptcy Court
## Central District of California

In re  **Marchey Group, Inc.** _____

_____ Debtor(s)

Case No.  **1:24-bk-10326** _____

Chapter  **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Maruf Bakhramov**<br>**8421 Canoga Ave**<br>**Canoga Park, CA 91304** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **March 15, 2024** _____

Signature _____
**Maruf Bakhramov**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**Fill in this information to identify the case:**

Debtor name      **Marchey Group, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **1:24-bk-10326**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $ _____702,941.84

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $ _____702,941.84

---

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____1,072,582.64

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$ _____2,595,511.65

4.   Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b    $ _____3,668,094.29

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Marchey Group, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **1:24-bk-10326** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Bank of America** | **Main Account & Primary Seller's Portals Account** | **5737** | $13,054.00 |
| 3.2. | **Bank of America** | **Seller's Portal Account** | **7413** | $143.00 |
| 3.3. | **Bank of America** | **Seller's Portal Account** | **7455** | $124.00 |
| 3.4. | **Bank of America** | **Seller's Portal Account** | **7439** | $153.00 |
| 3.5. | **Bank of America** | **Seller's Portal Account** | **2232** | $174.00 |
| 3.6. | **Wells Fargo** | **Seller's Portal Account** | **8200** | $2,860.00 |

| Debtor | **Marchey Group, Inc.** | | Case number *(If known)* | **1:24-bk-10326** |
|---|---|---|---|---|
| | Name | | | |

| | 3.7. | **Citibank** | **Seller's Portal Account** | **8387** | **$1,994.00** |
|---|---|---|---|---|---|

**4.**      **Other cash equivalents** *(Identify all)*

**5.**      **Total of Part 1.**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$18,502.00**

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

**7.**      **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

     7.1.   **Security Deposit - 8421 Canoga Ave., Canoga Park, CA 91304**        **$12,600.00**

     7.2.   **Security Deposit - 754 Calle Plano, Camarillo, CA 93012**        **$5,300.00**

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
         Description, including name of holder of prepayment

**9.**      **Total of Part 2.**
         Add lines 7 through 8. Copy the total to line 81.

**$17,900.00**

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.**      **Accounts receivable**

| 11a. 90 days old or less: | **363,878.00** | - | **0.00** | = .... | **$363,878.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.**      **Total of Part 3.**
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$363,878.00**

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

| Debtor | **Marchey Group, Inc.** | | Case number *(If known)* | **1:24-bk-10326** |
|---|---|---|---|---|
| | Name | | | |

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** **Inventory** | | | | $148,573.00 |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | $148,573.00 |
|---|---|

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office Furniture, Fixtures and Equipment** | | **Book Value** | $49,857.00 |
| 40. **Office fixtures** **See No. 39** | | | |
| **See No. 39** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |

| Debtor | **Marchey Group, Inc.** | Case number *(if known)* | **1:24-bk-10326** |
|---|---|---|---|
| | Name | | |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$49,857.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2023 BMW XM** | | **Online Offer** | **$97,000.00** |
| 47.2.  **2023 BMW M8 (leased)** | | | **$0.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$97,000.00** |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Debtor | **Marchey Group, Inc.** | Case number *(If known)* **1:24-bk-10326** |
|---|---|---|
| | Name | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **The Debtor leases space located at 754 Calle Plano, Camarillo CA 93012, which is subleased to subtenant Fabric of the Universe, Inc.**<br><br>**See Schedule G** | **Leasehold** | | | **Unknown** |
| 55.2. **The Debtor leases space located at 8421 Canoga Ave., Canoga Park, CA 91304**<br><br>**See Schedule G** | **Leasehold** | | | **Unknown** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

| | **$0.00** |
|---|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest *(Where available)* | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**"EVERICA" Trademark - USPTO Registration No. 6365321** | | | **Unknown** |
| **"EVERICA" Trademark - USPTO Registration No. 6381973** | | | **Unknown** |

| Debtor | **Marchey Group, Inc.** | Case number *(If known)* | **1:24-bk-10326** |
|---|---|---|---|
| | Name | | |

| | | | | Unknown |
|---|---|---|---|---|
| | **"MAKSPRO" Trademark - USPTO Registration No. 6835429** | | | **Unknown** |
| | **"SUPPLYZ" Trademark - USPTO Serial No. 97560756** | | | **Unknown** |
| | **"YESPARTS" Trademark - USPTO Registration No. 6835430** | | | **Unknown** |
| 61. | **Internet domain names and websites** https://www.marcheygroup.com | | | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** Customer list from online orders, which may contain identifiable information | | | **Unknown** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** Goodwill | | | **Unknown** |

| 66. | **Total of Part 10.** | **$0.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Debtor    **Marchey Group, Inc.**                                    Case number *(If known)*  **1:24-bk-10326**
_____
Name

| | | |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Deposit from subleasee relating to 754 Calle Plano, Camarillo, CA 93010** | $7,231.84 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | $7,231.84 |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    **Marchey Group, Inc.**                                    Case number *(If known)*  **1:24-bk-10326**
_____
Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$18,502.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$17,900.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$363,878.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$148,573.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$49,857.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$97,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$7,231.84** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$702,941.84** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$702,941.84** |

**Fill in this information to identify the case:**

Debtor name __**Marchey Group, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**1:24-bk-10326**__

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Amazon Capital Services Inc** | | |
|---|---|---|---|

**Amazon Capital Services Inc**
Creditor's Name

Describe debtor's property that is subject to a lien | $60,000.00 | $363,878.00
**All assets**

**410 Terry Avenue North**
**Seattle, WA 98109**
Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No

Creditor's email address, if known
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Amazon Capital Services Inc**
**2. Amazon Capital Services Inc**
**3. Amazon Capital Services Inc**
**4. SellersFunding International Portfo**

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Amazon Capital Services Inc** | | |
|---|---|---|---|

**Amazon Capital Services Inc**
Creditor's Name

Describe debtor's property that is subject to a lien | $109,779.88 | $363,878.00
**All assets**

**410 Terry Avenue North**
**Seattle, WA 98109**
Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No

| Debtor | **Marchey Group, Inc.** | Case number (if known) | **1:24-bk-10326** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

□ Yes

**Is anyone else liable on this claim?**

□ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
□ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

---

| 2.3 | **Amazon Capital Services Inc** | Describe debtor's property that is subject to a lien | **$14,686.76** | **$363,878.00** |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |

**410 Terry Avenue North
Seattle, WA 98109**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
□ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

---

| 2.4 | **BMW Financial Services** | Describe debtor's property that is subject to a lien | **$137,000.00** | **$97,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2023 BMW XM** | | |

**PO Box 3608
Dublin, OH 43016**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

□ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

□ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

---

| 2.5 | **BMW Financial Services** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

| Debtor | **Marchey Group, Inc.** | | Case number (if known) | **1:24-bk-10326** |
|---|---|---|---|---|
| | Name | | | |

| Creditor's Name | **Lease of 2022 BMW M8 (Expires April 2024)** |

**PO Box 3608**
**Dublin, OH 43016**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **FC MARKETPLACE LLC** | **Describe debtor's property that is subject to a lien** | **$77,641.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |

**707 17th Street**
**Suite 2200**
**Denver, CO 80202**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **LG Funding LLC** | **Describe debtor's property that is subject to a lien** | **$156,800.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Receivables (Merchant Cash Advance Loan)** | | |

**1218 Union Street**
**Brooklyn, NY 11225**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Marchey Group, Inc.** | | Case number (if known) | **1:24-bk-10326** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **NewCo Capital Group LLC** | **Describe debtor's property that is subject to a lien** | **$141,675.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Receivables (Merchant Cash Advance Loan)** | | |
| | **90 BROAD STREET** | | | |
| | **Suite 903** | | | |
| | **New York, NY 10004** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC-1** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| | | ☐ No | | |
| | **Last 4 digits of account number** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ☑ No | Check all that apply | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 2.9 | **SellersFunding International Portfo** | **Describe debtor's property that is subject to a lien** | **$375,000.00** | **$363,878.00** |
|---|---|---|---|---|
| | Creditor's Name | **Receivables (Merchant Cash Advance Loan)** | | |
| | **1290 Weston Road** | | | |
| | **Suite 306** | | | |
| | **Weston, FL 33326** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC-1** | | |
| | | **Is the creditor an insider or related party?** | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| | | ☐ No | | |
| | **Last 4 digits of account number** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | ☐ No | Check all that apply | | |
| | ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent | | |
| | **Specified on line 2.1** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,072,582.64** |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **Marchey Group, Inc.** | Case number (if known) | **1:24-bk-10326** |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ariel Bouskila Esq**<br>**Berkovitch & Bouskila PLLC**<br>**1545 U.S. 202, Suite 101**<br>**Pomona, NY 10970** | Line **2.8** | |
| **COGENCY GLOBAL INC**<br>**1325 J ST.**<br>**SUITE 1550**<br>**Sacramento, CA 95814** | Line **2.8** | |
| **CSC - LAWYERS INCORPORATING SERVICE**<br>**2710 GATEWAY OAKS DRIVE**<br>**Suite 150N**<br>**Sacramento, CA 95833-3505** | Line **2.1** | |
| **CSC - LAWYERS INCORPORATING SERVICE**<br>**2710 Gateway Oaks Drive**<br>**Suite 150N**<br>**Sacramento, CA 95833-3505** | Line **2.2** | |
| **CSC - LAWYERS INCORPORATING SERVICE**<br>**2710 Gateway Oaks Drive**<br>**Suite 150N**<br>**Sacramento, CA 95833-3505** | Line **2.3** | |
| **Joe Lieberman Esq**<br>**Lieberman and Klestzick LLP**<br>**PO Box 356**<br>**Cedarhurst, NY 11516** | Line **2.7** | |
| **NewCo Capital Group LLC**<br>**One WhiteHall Street**<br>**Suite 200**<br>**New York, NY 10004** | Line **2.8** | |
| **VCORP AGENT SERVICES INC**<br>**330 N BRAND BLVD**<br>**Glendale, CA 91203** | Line **2.9** | |

**Fill in this information to identify the case:**

Debtor name __**Marchey Group, Inc.**__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) __**1:24-bk-10326**__

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-0001** | **Unknown** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☒ No
☐ Yes

| Debtor | **Marchey Group, Inc.** | Case number (if known) | **1:24-bk-10326** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Los Angeles County Tax Collector**
**PO Box 54110**
**Los Angeles, CA 90054-0110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$127,186.00** |
|---|---|---|---|

**Alliance Funding Group**
**17542 17th Street**
**Suite 200**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Monies Loaned / Advanced**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,211.00** |
|---|---|---|---|

**American Express (Blue Business)**
**PO BOX 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **1005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**American Express (Plum Card)**
**PO BOX 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **1008**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$220,000.00** |
|---|---|---|---|

**American Express National Bank**
**PO Box 570622**
**Atlanta, GA 30357**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Monies Loaned / Advanced**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,000.00** |
|---|---|---|---|

**Bank of America NA**
**PO BOX 660441**
**Dallas, TX 75266-0441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **2572**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Marchey Group, Inc.** | | Case number (if known) | **1:24-bk-10326** |
|---|---|---|---|---|

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|---|---|---|---|

**Bank of America NA**
**PO BOX 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred _

Last 4 digits of account number  **7228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,000.00 |
|---|---|---|---|

**Bank of America NA**
**PO BOX 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred _

Last 4 digits of account number  **3240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Bank of America NA**
**PO BOX 660441**
**Dallas, TX 75266-0441**

Date(s) debt was incurred _

Last 4 digits of account number  **8376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Capital One Financial Corporation**
**PO BOX 30285**
**Salt Lake City, UT 84130-0285**

Date(s) debt was incurred _

Last 4 digits of account number  **4766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Citi Bank NA**
**PO Box 790046**
**Saint Louis, MO 63179-0046**

Date(s) debt was incurred _

Last 4 digits of account number  **6914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,951.46 |
|---|---|---|---|

**Encompass Supply Chain Solutions**
**775 Tipton Industrial Drive**
**Lawrenceville, GA 30046**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Suppliers or Vendors**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $115,140.00 |
|---|---|---|---|

**Fred Doctorovich**
**21451 Salamanca Ave**
**Woodland Hills, CA 91364**

Date(s) debt was incurred _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monies Loaned / Advanced**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Marchey Group, Inc.** | Case number (if known) | **1:24-bk-10326** |
|---|---|---|---|
| | Name | | |

---

**3.13**

**Nonpriority creditor's name and mailing address**

**Fundation Group LLC**
**11501 Sunset Hills Road**
**Suite 100**
**Reston, VA 20190**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monies Loaned / Advanced**

Is the claim subject to offset? ■ No ☐ Yes

**$39,595.00**

---

**3.14**

**Nonpriority creditor's name and mailing address**

**Goldman Sachs Bank USA**
**PO BOX 45400**
**Salt Lake City, UT 84145-0400**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Monies Loaned / Advanced**

Is the claim subject to offset? ■ No ☐ Yes

**$792,000.00**

---

**3.15**

**Nonpriority creditor's name and mailing address**

**JP Morgan Chase Bank NA**
**PO BOX 15298**
**Wilmington, DE 19850-5298**

Date(s) debt was incurred _

Last 4 digits of account number  **9173**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$7,200.00**

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Marcone Supply**
**One City Place**
**Suite 400**
**Saint Louis, MO 63141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Suppliers or Vendors**

Is the claim subject to offset? ■ No ☐ Yes

**$152,783.60**

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Maruf Bakhramov**
**8421 Canoga Ave**
**Canoga Park, CA 91304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shareholder Loans**

Is the claim subject to offset? ■ No ☐ Yes

**$350,000.00**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Reliable Parts Inc**
**19111 N. Dallas Parkway**
** Interchange Office Center**
**Suite 240**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Suppliers or Vendors**

Is the claim subject to offset? ■ No ☐ Yes

**$94,127.54**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**Robertshaw Controls Company**
**1222 Hamilton Parkway**
**Itasca, IL 60143**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Suppliers or Vendors**

Is the claim subject to offset? ■ No ☐ Yes

**$23,109.05**

---

| Debtor | **Marchey Group, Inc.** | Case number (if known) | **1:24-bk-10326** |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$91,520.00** |
|---|---|---|---|

**Vladislav Fedorenko**
**20877 Plummer Street**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Monies Loaned / Advanced**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,398.00** |
|---|---|---|---|

**WebBank**
**3505 Silverside Rd.**
**Wilmington, DE 19810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Monies Loaned / Advanced**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,690.00** |
|---|---|---|---|

**WebBank**
**2211 North First Street**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Monies Loaned / Advanced**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
|---|---|---|---|

**Wells Fargo Bank NA**
**PO Box 29482**
**Phoenix, AZ 85038-8650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3961**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,595,511.65 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,595,511.65 |

**Fill in this information to identify the case:**

Debtor name __**Marchey Group, Inc.**__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) __**1:24-bk-10326**__

☐ Check if this is an
    amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of Debtor's former warehouse - 754 Calle Plano, Camarillo, CA 93012.  Premises is sublet until expiration of the term.** | |
| State the term remaining | **May 31, 2024** | **C & E Investment 41606 Date St Suite 203A Murrieta, CA 92562** |
| List the contract number of any government contract | | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Sublease of Debtor's former warehouse - 754 Calle Plano, Camarillo, CA 93010** | |
| State the term remaining | | **Fabric of the Universe, Inc 5755 Valentine Road Suite 215 Ventura, CA 93003** |
| List the contract number of any government contract | | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Storage Service Agreement** | |
| State the term remaining | **June 30, 2026** | **Maxville Group Inc 17783 Merridy St Northridge, CA 91325** |
| List the contract number of any government contract | | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of Debtor's office/warehouse - 8421 Canoga Ave., Canoga Park, CA 91304** | |
| State the term remaining | **May 31, 2026** | **Randall Hall Senter 8431 Canoga Ave Suite C Canoga Park, CA 91304** |
| List the contract number of any government contract | | |

Debtor 1  **Marchey Group, Inc.**
   First Name        Middle Name        Last Name

Case number (*if known*)  **1:24-bk-10326**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name   **Marchey Group, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   **1:24-bk-10326**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Maruf Bakhramov** | **8421 Canoga Ave Canoga Park, CA 91304** | **Amazon Capital Services Inc** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Maruf Bakhramov** | **8421 Canoga Ave Canoga Park, CA 91304** | **Alliance Funding Group** | ☐ D _____<br>■ E/F   **3.1**<br>☐ G _____ |
| 2.3 | **Maruf Bakhramov** | **8421 Canoga Ave Canoga Park, CA 91304** | **Fundation Group LLC** | ☐ D _____<br>■ E/F   **3.13**<br>☐ G _____ |
| 2.4 | **Maruf Bakhramov** | **8421 Canoga Ave Canoga Park, CA 91304** | **FC MARKETPLACE LLC** | ■ D   **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Maruf Bakhramov** | **8421 Canoga Ave Canoga Park, CA 91304** | **WebBank** | ☐ D _____<br>■ E/F   **3.21**<br>☐ G _____ |

| Debtor | **Marchey Group, Inc.** | | Case number *(if known)* | **1:24-bk-10326** |

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Maruf Bakhramov** | **8421 Canoga Ave** **Canoga Park, CA 91304** | **LG Funding LLC** | ■ D  __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Maruf Bakhramov** | **8421 Canoga Ave** **Canoga Park, CA 91304** | **NewCo Capital Group LLC** | ■ D  __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Maruf Bakhramov** | **8421 Canoga Ave** **Canoga Park, CA 91304** | **SellersFunding International Portfo** | ■ D  __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.9 | **Maruf Bakhramov** | **8421 Canoga Ave** **Canoga Park, CA 91304** | **BMW Financial Services** | ■ D  __2.4__ ☐ E/F _____ ☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name __**Marchey Group, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __**1:24-bk-10326**__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$1,464,240.00** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$9,676,450.00** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | **$8,378,814.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |

| Debtor | **Marchey Group, Inc.** | | Case number *(if known)* | **1:24-bk-10326** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached SOFA: Part 2, Question 3** | | $1,522,980.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Payments in the Ordinary Course** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Attached SOFA: Part 2, Question 4** | | $704,815.48 | **Compensation and Distributions.  See attached** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **NewCo Capital Group LLC v. Marchey Group, Inc., et al. 802659/2024** | **Breach of Contract** | **Supreme Court County of Erie** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | **Marchey Group, Inc.** | Case number *(if known)* | **1:24-bk-10326** |
|---|---|---|---|

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Greenberg Glusker Fields Claman & Machti 2049 Century Park East Suite 2600 Los Angeles, CA 90067** | **Attorney Fees** | **2/16/24 ($10,000); 2/21/24 ($24,000); 2/23/24 ($26,000); 2/29/24 ($15,000)** | **$75,000.00** |
| | Email or website address<br>**kbanner@greenbergglusker.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | **Marchey Group, Inc.** | | Case number *(if known)*   **1:24-bk-10326** |
|---|---|---|---|

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **754 Calle Plano<br>Camarillo, CA 93012** | **April 1, 2019 - June 30, 2023** |

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Name and address.  Email and phone numbers are encrypted by
   Amazon.  No other customer information collected.**

   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | **Marchey Group, Inc.** | Case number *(if known)* | **1:24-bk-10326** |

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
| --- | --- |

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Fabric of the Universe, Inc**<br>**5755 Valentine Road**<br>**Suite 215**<br>**Ventura, CA 93003** | | **Security Deposit Relating to Sublease of 754 Calle Plano, Camarillo, CA 93012** | **$5,300.00** |

| Part 12: | Details About Environment Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Debtor | **Marchey Group, Inc.** | | Case number *(if known)* | **1:24-bk-10326** |

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **Maruf Bakhramov**<br>**8421 Canoga Ave**<br>**Canoga Park, CA 91304** | |
| 26c.2.  **Elen Zolotov**<br>**19730 Ventura Blvd STE 16**<br>**Woodland Hills, CA 91364** | **In possession of records relating to tax filings, only.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

| Debtor | **Marchey Group, Inc.** | Case number *(if known)* | **1:24-bk-10326** |
|---|---|---|---|

| Name and address | |
|---|---|
| 26d.1. | **SellersFunding International Portfo**<br>**1290 Weston Road**<br>**Suite 306**<br>**Weston, FL 33326** |
| 26d.2. | **Goldman Sachs Bank USA**<br>**PO BOX 45400**<br>**Salt Lake City, UT 84145-0400** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ■ No
- ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Maruf Bakhramov** | **8421 Canoga Ave**<br>**Canoga Park, CA 91304** | **Sole Office/Director and Shareholder** | **100** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **See Attached SOFA: Part 2, Question 4** | | | **Compensation and Distributions** |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Marchey Group, Inc.**                                            Case number (*if known*)  **1:24-bk-10326**

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                                **Employer Identification number of the pension fund**

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __March 15, 2024__

_____          **Maruf Bakhramov**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ Yes
☐ No

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

| | | | |
|---|---|---|---|
| In re | **Marchey Group, Inc.** | Case No. | **1:24-bk-10326** |
| | Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **N/A** |
| Prior to the filing of this statement I have received | $ | **$75,000** |
| Balance Due | $ | **Hourly - per engagement agreement** |

2. The source of the compensation paid to me was:

   [✓] Debtor    [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✓] Debtor    [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Assist Debtor in chapter 11, prepare subchapter V plan and assist in confirmation thereof**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service: **N/A**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 15, 2024** | **/s/ Keith Patrick Banner** |
| *Date* | **Keith Patrick Banner** |
| | *Signature of Attorney* |
| | **Greenberg Glusker Fields Claman & Machtinger** |
| | **2049 Century Park East** |
| | **Suite 2600** |
| | **Los Angeles, CA 90067** |
| | **310-553-3610** |
| | **kbanner@greenbergglusker.com** |
| | *Name of law firm* |

| Date | Recipient | Amount |
|---|---|---|
| | **SOFA: Part 2 Question 3** | |
| 12/12/2023 | CAPITAL ONE - CREDIT CARD IN NAME OF TATYANA LEPNUKHOVA | ($2,000.00) |
| 12/12/2023 | CITI CARD - COMPANY CREDIT CARD | ($5,000.00) |
| 12/13/2023 | AFG WC LLC | ($3,317.31) |
| 12/13/2023 | SELLERS FUNDING | ($2,142.86) |
| 12/14/2023 | CAPITAL ONE - COMPANY CREDIT CARD | ($25,000.00) |
| 12/14/2023 | NEWCO CAPITAL | ($5,667.00) |
| 12/14/2023 | FRED DOCTOROVICH | ($17,000.00) |
| 12/14/2023 | SURFACE IGNITER, LLC | ($3,712.89) |
| 12/15/2023 | LG FUNDING  LLC | ($4,480.00) |
| 12/15/2023 | PAYPAL - LOAN BUILDER | ($2,244.38) |
| 12/15/2023 | ROBERTSHAW CONTROLS COMPANY | ($19,014.04) |
| 12/18/2023 | SO CAL GAS | ($152.01) |
| 12/19/2023 | MARCUS BY GOLDMAN SACHS | ($15,101.93) |
| 12/20/2023 | AFG WC LLC | ($3,317.31) |
| 12/21/2023 | BMWFINANCIAL SERVICES | ($2,630.47) |
| 12/21/2023 | BMWFINANCIAL SERVICES | ($1,737.72) |
| 12/21/2023 | BMWFINANCIAL SERVICES | ($1,698.18) |
| 12/21/2023 | CAPITAL ONE | ($20,000.00) |
| 12/21/2023 | DISCOVER - CREDIT CARD IN NAME OF FEDORENKO VLADISLAV | ($2,000.00) |
| 12/21/2023 | NEWCO CAPITAL | ($5,667.00) |
| 12/21/2023 | FUNDING CIRCLE | ($1,989.13) |
| 12/21/2023 | SURFACE IGNITER, LLC | ($10,410.15) |
| 12/21/2023 | TUTCO, INC. | ($12,450.00) |
| 12/21/2023 | ROBERTSHAW CONTROLS COMPANY | ($7,753.47) |
| 12/22/2023 | LG FUNDING  LLC | ($4,480.00) |
| 12/22/2023 | PAYPAL - LOAN BUILDER | ($2,244.38) |
| 12/26/2023 | BARCLAYCARD  - CREDIT CARD IN NAME OF FRED DOCTOROVICH | ($3,000.00) |
| 12/26/2023 | BARCLAYCARD  - CREDIT CARD IN NAME OF FRED DOCTOROVICH | ($2,000.00) |
| 12/26/2023 | CHASE  - COMPANY CREDIT CARD | ($2,000.00) |
| 12/26/2023 | CITI CARD - COMPANY CREDIT CARD | ($5,000.00) |
| 12/27/2023 | AFG WC LLC | ($3,317.31) |
| 12/27/2023 | AMERICAN EXPRESS  - COMPANY CREDIT CARD | ($34,568.41) |
| 12/27/2023 | CAPITAL ONE - COMPANY CREDIT CARD | ($30,000.00) |
| 12/27/2023 | CITI CARD CREDIT CARD IN NAME OF FRED DOCTOROVICH | ($3,000.00) |
| 12/27/2023 | PAYPAL - Ebay | ($2,172.00) |
| 12/27/2023 | SELLERS FUNDING | ($2,307.69) |
| 12/28/2023 | AMERICAN EXPRESS  - COMPANY CREDIT CARD | ($32,000.00) |
| 12/28/2023 | BANK OF AMERICA – CREDIT CARD IN THE NAME OF FRED DOCTOROVICH | ($2,000.00) |
| 12/28/2023 | CAPITAL ONE  - COMPANY CREDIT CARD | ($65,619.64) |
| 12/28/2023 | NEWCO CAPITAL | ($5,667.00) |
| 12/29/2023 | LG FUNDING  LLC | ($4,480.00) |
| 12/29/2023 | PAYPAL - LOAN BUILDER | ($2,244.38) |
| 1/9/2024 | LADWP | ($469.91) |
| 1/18/2024 | LADWP | ($1,406.09) |
| 2/8/2024 | LADWP | ($501.57) |
| 1/4/2024 | NEWCO CAPITAL | ($5,667.00) |
| 1/5/2024 | LG FUNDING  LLC | ($4,480.00) |
| 1/8/2024 | FUNDATION GROUP | ($3,181.38) |
| 1/10/2024 | SELLERS FUNDING | ($2,307.69) |
| 1/11/2024 | NEWCO CAPITAL | ($5,667.00) |
| 1/12/2024 | LG FUNDING  LLC | ($4,480.00) |
| 1/18/2024 | NEWCO CAPITAL | ($5,667.00) |
| 1/19/2024 | LG FUNDING  LLC | ($4,480.00) |
| 1/23/2024 | Funding Circle | ($1,989.13) |

| SOFA: Part 2 Question 3 | | |
|---|---|---|
| Date | Recipient | Amount |
| 1/24/2024 | SELLERS FUNDING | ($2,307.69) |
| 1/25/2024 | NEWCO CAPITAL | ($5,667.00) |
| 1/26/2024 | LG FUNDING  LLC | ($4,480.00) |
| 1/26/2024 | PAYPAL - EBAY | ($2,172.00) |
| 2/1/2024 | NEWCO CAPITAL | ($5,667.00) |
| 2/2/2024 | LG FUNDING  LLC | ($4,480.00) |
| 2/7/2024 | SF INTERNATIONAL | ($15,651.92) |
| 2/7/2024 | FUNDATION GROUP | ($3,181.38) |
| 2/8/2024 | NEWCO CAPITAL | ($5,667.00) |
| 2/9/2024 | LG FUNDING  LLC | ($4,480.00) |
| 1/8/2024 | BANK OF AMERICA – CREDIT CARD IN THE NAME OF FEDORENKO VLADISLAV | ($2,000.00) |
| 1/10/2024 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($650.58) |
| 1/12/2024 | BANK OF AMERICA – CREDIT CARD IN THE NAME OF FRED DOCTOROVICH | ($2,000.00) |
| 1/22/2024 | DISCOVER - CREDIT CARD IN NAME OF FEDORENKO VLADISLAV | ($2,000.00) |
| 1/31/2024 | BANK OF AMERICA – CREDIT CARD IN THE NAME OF FRED DOCTOROVICH | ($2,000.00) |
| 2/6/2024 | BANK OF AMERICA – CREDIT CARD IN THE NAME OF FEDORENKO VLADISLAV | ($2,000.00) |
| 2/8/2024 | WELLS FARGO  - COMPANY CREDIT CARD | ($3,578.40) |
| 2/9/2024 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($249.46) |
| 2/12/2024 | BANK OF AMERICA – CREDIT CARD IN THE NAME OF FRED DOCTOROVICH | ($2,000.00) |
| 2/22/2024 | DISCOVER - CREDIT CARD IN NAME OF FEDORENKO VLADISLAV | ($2,000.00) |
| 1/2/2024 | CAPITAL ONE  - COMPANY CREDIT CARD | ($5,000.00) |
| 1/3/2024 | Bank of America - COMPANY CREDIT CARD | ($2,000.00) |
| 1/3/2024 | FRED DOCTOROVICH | ($20,000.00) |
| 1/3/2024 | MARCUS BY GOLDMAN SACHS | ($14,834.59) |
| 1/3/2024 | AFG WC LLC | ($3,317.31) |
| 1/4/2024 | ROBERTSHAW CONTROLS COMPANY | ($16,593.86) |
| 1/5/2024 | PAYPAL - LOAN BUILDER | ($2,244.38) |
| 1/5/2024 | AMERICAN EXPRESS  - COMPANY CREDIT CARD | ($2,000.00) |
| 1/5/2024 | CITI CARD - CREDIT CARD IN NAME OF SHAHRIYAR BOLANDIAN | ($2,000.00) |
| 1/8/2024 | ROBERTSHAW CONTROLS COMPANY | ($6,862.80) |
| 1/8/2024 | SURFACE IGNITER, LLC | ($4,256.00) |
| 1/8/2024 | CITI CARD - CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($29,000.00) |
| 1/8/2024 | U.S. BANK - CREDIT CARD IN NAME OF FEDORENKO VLADISLAV | ($3,000.00) |
| 1/9/2024 | BANK OF AMERICA - COMPANY CREDIT CARD | ($5,000.00) |
| 1/9/2024 | BANK OF AMERICA - COMPANY CREDIT CARD | ($2,000.00) |
| 1/9/2024 | BANK OF AMERICA - COMPANY CREDIT CARD | ($2,000.00) |
| 1/10/2024 | AFG WC LLC | ($3,317.31) |
| 1/11/2024 | ROBERTSHAW CONTROLS COMPANY | ($30,902.98) |
| 1/11/2024 | MAXVILLE GROUP, INC. | ($20,000.00) |
| 1/11/2024 | FRED DOCTOROVICH | ($22,000.00) |
| 1/12/2024 | CAPITAL ONE - COMPANY CREDIT CARD | ($90,000.00) |
| 1/12/2024 | CAPITAL ONE - CREDIT CARD IN NAME OF TATYANA LEPNUKHOVA | ($3,517.92) |
| 1/12/2024 | PAYPAL - LOAN BUILDER | ($2,244.38) |
| 1/16/2024 | CITI CARD - COMPANY CREDIT CARD | ($5,000.00) |
| 1/16/2024 | BMWFINANCIAL SERVICES | ($2,630.47) |
| 1/16/2024 | BMWFINANCIAL SERVICES | ($1,737.72) |
| 1/16/2024 | BMWFINANCIAL SERVICES | ($1,698.18) |
| 1/17/2024 | CAPITAL ONE - COMPANY CREDIT CARD | ($20,000.00) |
| 1/17/2024 | MARCUS BY GOLDMAN SACHS | ($14,571.98) |
| 1/17/2024 | AFG WC LLC | ($3,317.31) |
| 1/18/2024 | SO CAL GAS | ($177.50) |
| 1/19/2024 | CAPITAL ONE - COMPANY CREDIT CARD | ($45,000.00) |
| 1/19/2024 | PAYPAL - LOAN BUILDER | ($2,244.38) |
| 1/22/2024 | CITI CARD - COMPANY CREDIT CARD | ($5,000.00) |
| 1/22/2024 | WELLS FARGO - CREDIT CARD IN NAME OF FEDORENKO VLADISLAV | ($2,000.00) |

| SOFA: Part 2 Question 3 | | |
|---|---|---|
| Date | Recipient | Amount |
| 1/23/2024 | ROBERTSHAW CONTROLS COMPANY | ($9,034.40) |
| 1/23/2024 | SEALED UNIT PARTS CO. INC. | ($403.75) |
| 1/24/2024 | AFG WC LLC | ($3,317.31) |
| 1/24/2024 | BARCLAYCARD  - CREDIT CARD IN NAME OF FRED DOCTOROVICH | ($1,500.00) |
| 1/24/2024 | BARCLAYCARD  - CREDIT CARD IN NAME OF FRED DOCTOROVICH | ($1,500.00) |
| 1/25/2024 | CHASE - COMPANY CREDIT CARD | ($2,000.00) |
| 1/26/2024 | ROBERTSHAW CONTROLS COMPANY | ($7,785.44) |
| 1/26/2024 | AMERICAN EXPRESS - COMPANY CREDIT CARD | ($25,366.89) |
| 1/26/2024 | CAPITAL ONE - COMPANY CREDIT CARD | ($20,000.00) |
| 1/26/2024 | PAYPAL - LOAN BUILDER | ($2,244.38) |
| 1/29/2024 | AMERICAN EXPRESS - COMPANY CREDIT CARD | ($41,956.73) |
| 1/29/2024 | CAPITAL ONE - COMPANY CREDIT CARD | ($25,000.00) |
| 1/29/2024 | CITI CARD  - CREDIT CARD IN NAME OF FRED DOCTOROVICH | ($2,000.00) |
| 1/30/2024 | CAPITAL ONE - COMPANY CREDIT CARD | ($20,000.00) |
| 1/30/2024 | MARCUS BY GOLDMAN SACHS | ($14,313.93) |
| 1/31/2024 | AFG WC LLC | ($3,317.31) |
| 2/2/2024 | CITI CARD - CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($12,980.04) |
| 2/2/2024 | PAYPAL - LOAN BUILDER | ($2,244.38) |
| 2/2/2024 | AMERICAN EXPRESS - COMPANY CREDIT CARD | ($2,000.00) |
| 2/5/2024 | BANK OF AMERICA - COMPANY CREDIT CARD | ($2,000.00) |
| 2/5/2024 | CAPITAL ONE - COMPANY CREDIT CARD | ($25,000.00) |
| 2/5/2024 | CAPITAL ONE - COMPANY CREDIT CARD | ($5,000.00) |
| 2/5/2024 | AMERICAN EXPRESS - COMPANY CREDIT CARD | ($2,000.00) |
| 2/6/2024 | CAPITAL ONE - COMPANY CREDIT CARD | ($25,000.00) |
| 2/6/2024 | U.S. BANK - CREDIT CARD IN NAME OF FEDORENKO VLADISLAV | ($3,000.00) |
| 2/7/2024 | FRED DOCTOROVICH | ($30,000.00) |
| 2/7/2024 | AFG WC LLC | ($3,317.31) |
| 2/7/2024 | CITI CARD - CREDIT CARD IN NAME OF SHAHRIYAR BOLANDIAN | ($2,000.00) |
| 2/9/2024 | SURFACE IGNITER, LLC | ($515.90) |
| 2/9/2024 | PAYPAL - LOAN BUILDER | ($2,244.38) |
| 2/12/2024 | ROBERTSHAW CONTROLS COMPANY | ($7,284.03) |
| 2/12/2024 | FRED DOCTOROVICH | ($2,000.00) |
| 2/12/2024 | CAPITAL ONE - CREDIT CARD IN NAME OF TATYANA LEPNUKHOVA | ($66.42) |
| 2/13/2024 | CAPITAL ONE - COMPANY CREDIT CARD | ($65,000.00) |
| 2/14/2024 | BMWFINANCIAL SERVICES | ($2,630.47) |
| 2/14/2024 | BMWFINANCIAL SERVICES | ($1,737.72) |
| 2/14/2024 | BMWFINANCIAL SERVICES | ($1,698.18) |
| 2/15/2024 | CAPITAL ONE - COMPANY CREDIT CARD | ($40,000.00) |
| 2/16/2024 | SO CAL GAS | ($314.99) |
| 2/20/2024 | CAPITAL ONE - COMPANY CREDIT CARD | ($5,000.00) |
| 2/20/2024 | CITI CARD - COMPANY CREDIT CARD | ($2,000.00) |
| 2/22/2024 | CAPITAL ONE - COMPANY CREDIT CARD | ($70,000.00) |
| 2/22/2024 | DISCOVER - CREDIT CARD IN NAME OF FEDORENKO VLADISLAV | ($2,000.00) |
| 2/22/2024 | BMWFINANCIAL SERVICES | ($1,737.72) |
| 2/23/2024 | CITY OF LOS ANGELES | ($2,104.58) |
| 2/23/2024 | WELLS FARGO - CREDIT CARD IN NAME OF FEDORENKO VLADISLAV | ($2,000.00) |
| 2/23/2024 | BMWFINANCIAL SERVICES | ($1,259.47) |
| 2/26/2024 | SKYFALL PARTS INC. | ($25,000.00) |
| 2/28/2024 | MARCONE APPLIANCE PARTS | ($29,369.13) |
| 2/28/2024 | SKYFALL PARTS INC. | ($14,546.48) |
| 2/28/2024 | FRED DOCTOROVICH | ($14,000.00) |
| 2/29/2024 | ENCOMPASS PARTS | ($11,000.00) |
| 2/29/2024 | MARCONE APPLIANCE PARTS | ($19,900.08) |
| 2/29/2024 | MARCONE APPLIANCE PARTS | ($16,704.31) |

| Date | Recipient | Amount |
|---|---|---|
| | **SOFA: Part 2 Question 4** | |
| | **Payments To Or On Behalf Of Maruf Bakhramov (Non-Payroll)** | |
| 25-Jan-23 | LOGIX FCU - LOAN REPAYMENTS FOR LOAN HELD BY MARUF BAKHRAMOV | ($1,484.83) |
| 23-Feb-23 | LOGIX FCU - LOAN REPAYMENTS FOR LOAN HELD BY MARUF BAKHRAMOV | ($2,498.18) |
| 24-Mar-23 | LOGIX FCU - LOAN REPAYMENTS FOR LOAN HELD BY MARUF BAKHRAMOV | ($2,495.70) |
| 24-Apr-23 | LOGIX FCU - LOAN REPAYMENTS FOR LOAN HELD BY MARUF BAKHRAMOV | ($2,444.81) |
| 24-May-23 | LOGIX FCU - LOAN REPAYMENTS FOR LOAN HELD BY MARUF BAKHRAMOV | ($2,487.16) |
| 27-Jun-23 | LOGIX FCU - LOAN REPAYMENTS FOR LOAN HELD BY MARUF BAKHRAMOV | ($3,466.27) |
| 25-Jul-23 | LOGIX FCU - LOAN REPAYMENTS FOR LOAN HELD BY MARUF BAKHRAMOV | ($3,626.70) |
| 22-Aug-23 | LOGIX FCU - LOAN REPAYMENTS FOR LOAN HELD BY MARUF BAKHRAMOV | ($4,161.95) |
| 25-Sep-23 | LOGIX FCU - LOAN REPAYMENTS FOR LOAN HELD BY MARUF BAKHRAMOV | ($4,477.00) |
| 20-Oct-23 | LOGIX FCU - LOAN REPAYMENTS FOR LOAN HELD BY MARUF BAKHRAMOV | ($4,836.46) |
| 24-Nov-23 | LOGIX FCU - LOAN REPAYMENTS FOR LOAN HELD BY MARUF BAKHRAMOV | ($2,500.00) |
| 26-Dec-23 | LOGIX FCU - LOAN REPAYMENTS FOR LOAN HELD BY MARUF BAKHRAMOV | ($3,000.00) |
| 4-Jan-23 | UNITEDWHOLESALE - MORTGAGE PAYMENT FOR PROPERTY OWNED BY MARUF BAKHRAMOV AS TIC | ($7,933.94) |
| 2-Feb-23 | UNITEDWHOLESALE - MORTGAGE PAYMENT FOR PROPERTY OWNED BY MARUF BAKHRAMOV AS TIC | ($7,933.94) |
| 2-Mar-23 | UNITEDWHOLESALE - MORTGAGE PAYMENT FOR PROPERTY OWNED BY MARUF BAKHRAMOV AS TIC | ($7,933.94) |
| 4-Apr-23 | UNITEDWHOLESALE - MORTGAGE PAYMENT FOR PROPERTY OWNED BY MARUF BAKHRAMOV AS TIC | ($7,933.94) |
| 3-May-23 | UNITEDWHOLESALE - MORTGAGE PAYMENT FOR PROPERTY OWNED BY MARUF BAKHRAMOV AS TIC | ($7,933.94) |
| 2-Jun-23 | UNITEDWHOLESALE - MORTGAGE PAYMENT FOR PROPERTY OWNED BY MARUF BAKHRAMOV AS TIC | ($7,933.94) |
| 30-Jun-23 | UNITEDWHOLESALE - MORTGAGE PAYMENT FOR PROPERTY OWNED BY MARUF BAKHRAMOV AS TIC | ($7,933.94) |
| 2-Aug-23 | UNITEDWHOLESALE - MORTGAGE PAYMENT FOR PROPERTY OWNED BY MARUF BAKHRAMOV AS TIC | ($7,933.94) |
| 6-Sep-23 | UNITEDWHOLESALE - MORTGAGE PAYMENT FOR PROPERTY OWNED BY MARUF BAKHRAMOV AS TIC | ($7,933.94) |
| 3-Oct-23 | UNITEDWHOLESALE - MORTGAGE PAYMENT FOR PROPERTY OWNED BY MARUF BAKHRAMOV AS TIC | ($7,722.49) |
| 3-Nov-23 | UNITEDWHOLESALE - MORTGAGE PAYMENT FOR PROPERTY OWNED BY MARUF BAKHRAMOV AS TIC | ($7,722.49) |
| 5-Dec-23 | UNITEDWHOLESALE - MORTGAGE PAYMENT FOR PROPERTY OWNED BY MARUF BAKHRAMOV AS TIC | ($7,722.49) |
| 4-Jan-24 | UNITEDWHOLESALE - MORTGAGE PAYMENT FOR PROPERTY OWNED BY MARUF BAKHRAMOV AS TIC | ($7,722.49) |
| 5-Feb-24 | UNITEDWHOLESALE - MORTGAGE PAYMENT FOR PROPERTY OWNED BY MARUF BAKHRAMOV AS TIC | ($7,722.49) |
| 31-Jan-23 | MARUF BAKHRAMOV | ($7,000.00) |
| 3-Feb-23 | MARUF BAKHRAMOV | ($1,000.00) |
| 6-Feb-23 | MARUF BAKHRAMOV | ($25,000.00) |
| 9-Feb-23 | MARUF BAKHRAMOV | ($3,000.00) |
| 10-Feb-23 | MARUF BAKHRAMOV | ($9,000.00) |
| 28-Feb-23 | MARUF BAKHRAMOV | ($9,000.00) |
| 10-Mar-23 | MARUF BAKHRAMOV | ($1,000.00) |
| 17-Mar-23 | MARUF BAKHRAMOV | ($1,000.00) |
| 21-Apr-23 | MARUF BAKHRAMOV | ($1,500.00) |
| 28-Apr-23 | MARUF BAKHRAMOV | ($1,500.00) |
| 28-Apr-23 | MARUF BAKHRAMOV | ($9,000.00) |
| 1-May-23 | MARUF BAKHRAMOV | ($1,500.00) |
| 5-May-23 | MARUF BAKHRAMOV | ($1,500.00) |
| 12-May-23 | MARUF BAKHRAMOV | ($1,500.00) |
| 18-May-23 | MARUF BAKHRAMOV | ($9,000.00) |
| 19-May-23 | MARUF BAKHRAMOV | ($1,500.00) |
| 26-May-23 | MARUF BAKHRAMOV | ($1,500.00) |
| 14-Jun-23 | MARUF BAKHRAMOV | ($3,000.00) |
| 5-Jul-23 | MARUF BAKHRAMOV | ($3,500.00) |
| 18-Jul-23 | MARUF BAKHRAMOV | ($1,000.00) |
| 9-Aug-23 | MARUF BAKHRAMOV | ($1.00) |
| 12-Sep-23 | MARUF BAKHRAMOV | ($5,000.00) |
| 22-Sep-23 | MARUF BAKHRAMOV | ($5,000.00) |
| 25-Sep-23 | MARUF BAKHRAMOV | ($1,500.00) |
| 27-Sep-23 | MARUF BAKHRAMOV | ($1,500.00) |
| 29-Sep-23 | MARUF BAKHRAMOV | ($5,000.00) |
| 2-Oct-23 | MARUF BAKHRAMOV | ($3,000.00) |
| 17-Oct-23 | MARUF BAKHRAMOV | ($15,000.00) |
| 23-Oct-23 | MARUF BAKHRAMOV | ($3,000.00) |
| 8-Nov-23 | MARUF BAKHRAMOV | ($1,000.00) |
| 20-Nov-23 | MARUF BAKHRAMOV | ($1,000.00) |
| 20-Nov-23 | MARUF BAKHRAMOV | ($500.00) |
| 20-Nov-23 | MARUF BAKHRAMOV | ($5,000.00) |
| 30-Nov-23 | MARUF BAKHRAMOV | ($3,000.00) |
| 1-Dec-23 | MARUF BAKHRAMOV | ($8,000.00) |
| 11-Dec-23 | MARUF BAKHRAMOV | ($3,000.00) |
| 13-Dec-23 | MARUF BAKHRAMOV | ($1,000.00) |
| 15-Dec-23 | MARUF BAKHRAMOV | ($1,000.00) |
| 28-Dec-23 | MARUF BAKHRAMOV | ($9,900.00) |
| 29-Dec-23 | MARUF BAKHRAMOV | ($3,500.00) |
| 16-Jan-24 | MARUF BAKHRAMOV | ($1,000.00) |
| 2-Feb-24 | MARUF BAKHRAMOV | ($1,100.00) |
| 9-Feb-24 | MARUF BAKHRAMOV | ($25,000.00) |
| 5-Jan-24 | MARUF BAKHRAMOV | ($3,000.00) |

| | SOFA: Part 2 Question 4 | |
| | Payments To Or On Behalf Of Maruf Bakhramov (Payroll) | |
| Date | Recipient | Amount |
|---|---|---|
| 13-Jan-23 | Check 2889 MARUF BAKHRAMOV | ($3,992.91) |
| 27-Jan-23 | Check 2895 MARUF BAKHRAMOV | ($3,992.91) |
| 10-Feb-23 | Check 2902 MARUF BAKHRAMOV | ($3,992.91) |
| 24-Feb-23 | Check 2908 MARUF BAKHRAMOV | ($3,842.59) |
| 10-Mar-23 | Check 2915 MARUF BAKHRAMOV | ($3,842.59) |
| 24-Mar-23 | Check 2921 MARUF BAKHRAMOV | ($3,842.59) |
| 7-Apr-23 | Check 2933 MARUF BAKHRAMOV | ($3,842.59) |
| 21-Apr-23 | Check 2940 MARUF BAKHRAMOV | ($3,842.59) |
| 5-May-23 | Check 2948 MARUF BAKHRAMOV | ($3,842.59) |
| 19-May-23 | Check 2955 MARUF BAKHRAMOV | ($3,842.59) |
| 2-Jun-23 | Check 2963 MARUF BAKHRAMOV | ($3,842.59) |
| 16-Jun-23 | Check 2971 MARUF BAKHRAMOV | ($3,842.59) |
| 30-Jun-23 | Check 2979 MARUF BAKHRAMOV | ($3,842.59) |
| 14-Jul-23 | Check 2987 MARUF BAKHRAMOV | ($3,842.59) |
| 28-Jul-23 | Check 2994 MARUF BAKHRAMOV | ($3,842.59) |
| 11-Aug-23 | Check 3001 MARUF BAKHRAMOV | ($3,842.59) |
| 25-Aug-23 | Check 3008 MARUF BAKHRAMOV | ($3,842.59) |
| 8-Sep-23 | Check 3015 MARUF BAKHRAMOV | ($3,842.59) |
| 22-Sep-23 | Check 3022 MARUF BAKHRAMOV | ($3,842.59) |
| 6-Oct-23 | Check 3029 MARUF BAKHRAMOV | ($3,842.59) |
| 20-Oct-23 | Check 3036 MARUF BAKHRAMOV | ($3,842.59) |
| 3-Nov-23 | Check 3042 MARUF BAKHRAMOV | ($3,842.59) |
| 21-Feb-24 | Check 3092 MARUF BAKHRAMOV | ($3,875.14) |

| | SOFA: Part 2 Question 4 | |
|---|---|---|
| | Payments To Or On Behalf Of Maruf Bakhramov or Tatyana Lepnukhova (Credit Card Payments) | |
| Date | Description | Amount |
| 1/9/2023 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($2,000.00) |
| 2/1/2023 | CITI CARD - CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($2,000.00) |
| 2/6/2023 | CITI CARD - CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($22,590.38) |
| 2/10/2023 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($671.34) |
| 3/1/2023 | CITI CARD - CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($467.41) |
| 3/9/2023 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($411.98) |
| 4/10/2023 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($900.02) |
| 5/10/2023 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($318.08) |
| 6/9/2023 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($574.40) |
| 7/10/2023 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($1,669.18) |
| 8/7/2023 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($3,000.00) |
| 9/8/2023 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($1,836.78) |
| 9/12/2023 | CAPITAL ONE - CREDIT CARD IN NAME OF TATYANA LEPNUKHOVA | ($5,983.06) |
| 10/2/2023 | CITI CARD - CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($2,000.00) |
| 10/10/2023 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($1,116.40) |
| 11/3/2023 | CITI CARD - CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($25,938.69) |
| 11/8/2023 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($748.19) |
| 11/15/2023 | CAPITAL ONE - CREDIT CARD IN NAME OF TATYANA LEPNUKHOVA | ($500.00) |
| 12/4/2023 | CITI CARD - CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($29,622.23) |
| 12/11/2023 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($1,086.16) |
| 12/12/2023 | CAPITAL ONE - CREDIT CARD IN NAME OF TATYANA LEPNUKHOVA | ($2,000.00) |
| 1/8/2024 | CITI CARD - CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($29,000.00) |
| 1/10/2024 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($650.58) |
| 1/12/2024 | CAPITAL ONE - CREDIT CARD IN NAME OF TATYANA LEPNUKHOVA | ($3,517.92) |
| 2/2/2024 | CITI CARD - CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($12,980.04) |
| 2/9/2024 | AMAZON CARD -  CREDIT CARD IN NAME OF MARUF BAKHRAMOV | ($249.46) |
| 2/12/2024 | CAPITAL ONE - CREDIT CARD IN NAME OF TATYANA LEPNUKHOVA | ($66.42) |

| SOFA: Part 2 Question 4 Payments To Or On Behalf Of Other Insiders (Non-Payroll) | | |
|---|---|---|
| **Date** | **Recipient** | **Amount** |
| 21-Apr-23 | MEKHRIDIN BAKHRAMOV | ($25,000.00) |
| 24-Apr-23 | MEKHRIDIN BAKHRAMOV | ($25,000.00) |

| SOFA: Part 2 Question 4 | | |
| Payments To Or On Behalf Of Other Insiders (Payroll) | | |
| Date | Recipient | Amount |
|---|---|---|
| 01/13/2023 | Check 2887 DILBAR BAKHRAMOVA | ($526.59) |
| 01/13/2023 | Check 2890 MEKHRIDIN BAKHRAMOV | ($526.59) |
| 01/13/2023 | Check 2891 MUKHRIDDIN BAKHRAMOV | ($1,020.02) |
| 01/27/2023 | Check 2893 DILBAR BAKHRAMOVA | ($526.60) |
| 01/27/2023 | Check 2896 MEKHRIDIN BAKHRAMOV | ($526.60) |
| 01/27/2023 | Check 2897 MUKHRIDDIN BAKHRAMOV | ($1,020.00) |
| 02/10/2023 | Check 2900 DILBAR BAKHRAMOVA | ($526.58) |
| 02/10/2023 | Check 2903 MEKHRIDIN BAKHRAMOV | ($526.58) |
| 02/10/2023 | Check 2904 MUKHRIDDIN BAKHRAMOV | ($1,020.02) |
| 02/24/2023 | Check 2906 DILBAR BAKHRAMOVA | ($526.60) |
| 02/24/2023 | Check 2909 MEKHRIDIN BAKHRAMOV | ($526.60) |
| 02/24/2023 | Check 2910 MUKHRIDDIN BAKHRAMOV | ($955.01) |
| 03/10/2023 | Check 2913 DILBAR BAKHRAMOVA | ($526.59) |
| 03/10/2023 | Check 2916 MEKHRIDIN BAKHRAMOV | ($526.59) |
| 03/10/2023 | Check 2917 MUKHRIDDIN BAKHRAMOV | ($954.98) |
| 03/24/2023 | Check 2919 DILBAR BAKHRAMOVA | ($526.61) |
| 03/24/2023 | Check 2922 MEKHRIDIN BAKHRAMOV | ($526.61) |
| 03/24/2023 | Check 2923 MUKHRIDDIN BAKHRAMOV | ($955.00) |
| 04/07/2023 | Check 2931 DILBAR BAKHRAMOVA | ($526.58) |
| 04/07/2023 | Check 2934 MEKHRIDIN BAKHRAMOV | ($526.58) |
| 04/07/2023 | Check 2935 MUKHRIDDIN BAKHRAMOV | ($955.00) |
| 04/21/2023 | Check 2938 DILBAR BAKHRAMOVA | ($526.60) |
| 04/21/2023 | Check 2941 MEKHRIDIN BAKHRAMOV | ($526.60) |
| 04/21/2023 | Check 2942 MUKHRIDDIN BAKHRAMOV | ($954.99) |
| 05/05/2023 | Check 2946 DILBAR BAKHRAMOVA | ($526.59) |
| 05/05/2023 | Check 2949 MEKHRIDIN BAKHRAMOV | ($526.59) |
| 05/05/2023 | Check 2950 MUKHRIDDIN BAKHRAMOV | ($954.99) |
| 05/19/2023 | Check 2953 DILBAR BAKHRAMOVA | ($526.60) |
| 05/19/2023 | Check 2956 MEKHRIDIN BAKHRAMOV | ($526.60) |
| 05/19/2023 | Check 2957 MUKHRIDDIN BAKHRAMOV | ($955.00) |
| 06/02/2023 | Check 2961 DILBAR BAKHRAMOVA | ($526.58) |
| 06/02/2023 | Check 2964 MEKHRIDIN BAKHRAMOV | ($526.58) |
| 06/02/2023 | Check 2965 MUKHRIDDIN BAKHRAMOV | ($955.00) |
| 06/16/2023 | Check 2969 DILBAR BAKHRAMOVA | ($526.60) |
| 06/16/2023 | Check 2972 MEKHRIDIN BAKHRAMOV | ($526.60) |
| 06/16/2023 | Check 2973 MUKHRIDDIN BAKHRAMOV | ($954.99) |
| 06/30/2023 | Check 2977 DILBAR BAKHRAMOVA | ($526.59) |
| 06/30/2023 | Check 2980 MEKHRIDIN BAKHRAMOV | ($526.59) |
| 06/30/2023 | Check 2981 MUKHRIDDIN BAKHRAMOV | ($954.99) |
| 07/14/2023 | Check 2984 DILBAR BAKHRAMOVA | ($526.60) |
| 07/14/2023 | Check 2985 DURDONA ABDURAKHMONOVA | ($1,345.06) |
| 07/14/2023 | Check 2988 MEKHRIDIN BAKHRAMOV | ($526.60) |
| 07/14/2023 | Check 2989 MUKHRIDDIN BAKHRAMOV | ($955.00) |
| 07/28/2023 | Check 2992 DILBAR BAKHRAMOVA | ($526.59) |
| 07/28/2023 | Check 2995 MEKHRIDIN BAKHRAMOV | ($526.59) |
| 07/28/2023 | Check 2996 MUKHRIDDIN BAKHRAMOV | ($954.99) |
| 08/11/2023 | Check 2999 DILBAR BAKHRAMOVA | ($526.59) |

| | SOFA: Part 2 Question 4 | |
| | Payments To Or On Behalf Of Other Insiders (Payroll) | |
| Date | Recipient | Amount |
|---|---|---|
| 08/11/2023 | Check 3002 MEKHRIDIN BAKHRAMOV | ($526.59) |
| 08/11/2023 | Check 3003 MUKHRIDDIN BAKHRAMOV | ($955.00) |
| 08/25/2023 | Check 3006 DILBAR BAKHRAMOVA | ($526.60) |
| 08/25/2023 | Check 3009 MEKHRIDIN BAKHRAMOV | ($526.60) |
| 08/25/2023 | Check 3010 MUKHRIDDIN BAKHRAMOV | ($955.00) |
| 09/08/2023 | Check 3013 DILBAR BAKHRAMOVA | ($526.59) |
| 09/08/2023 | Check 3016 MEKHRIDIN BAKHRAMOV | ($526.59) |
| 09/08/2023 | Check 3017 MUKHRIDDIN BAKHRAMOV | ($955.00) |
| 09/22/2023 | Check 3020 DILBAR BAKHRAMOVA | ($526.60) |
| 09/22/2023 | Check 3023 MEKHRIDIN BAKHRAMOV | ($526.60) |
| 09/22/2023 | Check 3024 MUKHRIDDIN BAKHRAMOV | ($954.65) |
| 10/06/2023 | Check 3027 DILBAR BAKHRAMOVA | ($526.58) |
| 10/06/2023 | Check 3030 MEKHRIDIN BAKHRAMOV | ($526.58) |
| 10/06/2023 | Check 3031 MUKHRIDDIN BAKHRAMOV | ($955.00) |
| 10/20/2023 | Check 3035 DILBAR BAKHRAMOVA | ($526.60) |
| 10/20/2023 | Check 3037 MEKHRIDIN BAKHRAMOV | ($526.60) |
| 10/20/2023 | Check 3038 MUKHRIDDIN BAKHRAMOV | ($954.99) |
| 11/03/2023 | Check 3041 DILBAR BAKHRAMOVA | ($526.59) |
| 11/03/2023 | Check 3043 MEKHRIDIN BAKHRAMOV | ($526.59) |
| 11/03/2023 | Check 3044 MUKHRIDDIN BAKHRAMOV | ($955.00) |
| 11/20/2023 | Check 3047 DILBAR BAKHRAMOVA | ($526.60) |
| 11/20/2023 | Check 3048 MEKHRIDIN BAKHRAMOV | ($526.60) |
| 11/20/2023 | Check 3049 MUKHRIDDIN BAKHRAMOV | ($954.99) |
| 12/01/2023 | Check 3053 DILBAR BAKHRAMOVA | ($526.59) |
| 12/01/2023 | Check 3056 MEKHRIDIN BAKHRAMOV | ($526.59) |
| 12/01/2023 | Check 3057 MUKHRIDDIN BAKHRAMOV | ($954.99) |
| 12/15/2023 | Check 3061 DILBAR BAKHRAMOVA | ($526.59) |
| 12/15/2023 | Check 3064 MEKHRIDIN BAKHRAMOV | ($526.59) |
| 12/15/2023 | Check 3065 MUKHRIDDIN BAKHRAMOV | ($954.99) |
| 12/29/2023 | Check 3068 DILBAR BAKHRAMOVA | ($526.59) |
| 12/29/2023 | Check 3070 MEKHRIDIN BAKHRAMOV | ($526.59) |
| 12/29/2023 | Check 3071 MUKHRIDDIN BAKHRAMOV | ($955.00) |
| 01/12/2024 | Check 3078 DILBAR BAKHRAMOVA | ($526.43) |
| 01/12/2024 | Check 3080 MEKHRIDIN BAKHRAMOV | ($526.43) |
| 01/12/2024 | Check 3081 MUKHRIDDIN BAKHRAMOV | ($956.38) |
| 01/26/2024 | Check 3084 DILBAR BAKHRAMOVA | ($526.45) |
| 01/26/2024 | Check 3086 MEKHRIDIN BAKHRAMOV | ($526.45) |
| 01/26/2024 | Check 3087 MUKHRIDDIN BAKHRAMOV | ($956.36) |
| 02/09/2024 | Check 3090 DILBAR BAKHRAMOVA | ($526.43) |
| 02/09/2024 | Check 3095 DURDONA ABDURAKHMONOVA | ($1,195.36) |
| 02/09/2024 | Check 3093 MEKHRIDIN BAKHRAMOV | ($526.43) |
| 02/09/2024 | Check 3094 MUKHRIDDIN BAKHRAMOV | ($956.38) |
| 02/26/2024 | Check 3098 DILBAR BAKHRAMOVA | ($526.45) |
| 02/26/2024 | Check 3099 DURDONA ABDURAKHMONOVA | ($1,103.14) |
| 02/26/2024 | Check 3100 MEKHRIDIN BAKHRAMOV | ($526.45) |
| 02/26/2024 | Check 3101 MUKHRIDDIN BAKHRAMOV | ($1,460.00) |
| 03/01/2024 | Check 3104 DILBAR BAKHRAMOVA | ($262.80) |

| SOFA: Part 2 Question 4 Payments To Or On Behalf Of Other Insiders (Payroll) | | |
|---|---|---|
| Date | Recipient | Amount |
| 03/01/2024 | Check 3105 DURDONA ABDURAKHMONOVA | ($726.44) |
| 03/01/2024 | Check 3106 MEKHRIDIN BAKHRAMOV | ($262.80) |
| 03/01/2024 | Check 3107 MUKHRIDDIN BAKHRAMOV | ($730.00) |
| 03/08/2024 | Check 3110 DILBAR BAKHRAMOVA | ($262.80) |
| 03/08/2024 | Check 3111 DURDONA ABDURAKHMONOVA | ($726.44) |
| 03/08/2024 | Check 3112 MEKHRIDIN BAKHRAMOV | ($262.80) |
| 03/08/2024 | Check 3113 MUKHRIDDIN BAKHRAMOV | ($730.00) |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: <u>2049 Century Park East, Suite 2600, Los Angeles, CA 90067.</u>

A true and correct copy of the foregoing document entitled (specify): **<u>Debtor's Submission of: (1) Schedules of Assets and Liabilities; and (2) Statement of Financial Affairs</u>** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>March 15, 2024</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner    kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com**
- **Russell Clementson    russell.clementson@usdoj.gov**
- **John-Patrick McGinnis Fritz (TR)    jpftrustee@lnbyg.com, jpf@trustesolutions.net**
- **Amitkumar Sharma    amit.sharma@aisinfo.com**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/15/2024 | Cynthia Miller Watkins | */s/ Cynthia Miller Watkins* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                **F 9013-3.1.PROOF.SERVICE**

54814-00002/5106068.1