BRIAN L. DAVIDOFF (SBN 354027)
BDavidoff@ggfirm.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:    310-553-3610
Facsimile:    310-553-0687

General Counsel for Debtor and Debtor-in-Possession
Marchey Group, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:24-bk-10326-MB |
| MARCHEY GROUP, INC., | Chapter 11 |
| Debtor and Debtor-in-Possession. | **NOTICE OF: (1) FURTHER HEARING ON CASH COLLATERAL MOTION; AND (2) SUBMISSION OF NEW 13-WEEK BUDGET IN CONNECTION THEREWITH** |
| | Date:    May 28, 2024<br>Time:    1:30 p.m.<br>Place:   Courtroom 303<br>         21041 Burbank Boulevard<br>         Woodland Hills, CA 91367 |
| | -Or by ZoomGov: |
| | Meeting URL:<br>   https://cacb.zoomgov.com/j/1603903929<br>Meeting ID: 160 390 3929<br>Password: 302398<br>Telephone: 1 (669) 254 5252 or<br>           1 (646) 828 7666 |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, ALL PARTIES-IN-INTEREST HEREIN, AND THEIR RESPECTIVE COUNSEL:**

54814-00002/5161276.2

NOTICE

**PLEASE TAKE NOTICE** that on March 1, 2024, the Debtor and Debtor in Possession Marchey Group, Inc., (the "Debtor") filed a voluntary petition for relief pursuant to subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that on March 4, 2024 the Debtor filed, among other "first day" motions, its *Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtor to Use Cash Collateral; and (II) Granting Related Relief* [Docket No. 6] (the "Cash Collateral Motion").

**PLEASE TAKE FURTHER NOTICE** that on March 7, 2024 at 1:30 p.m. the Court held an initial emergency hearing on the Cash Collateral Motion; and on March 8, 2024 the Court entered its *Interim Order:(I) Authorizing the Debtor to Use Cash Collateral; and (II) Granting Related Relief* [Docket No. 20] (the "Initial Interim Order") authorizing the Debtor to use cash collateral on an interim basis pursuant to its initial 13-week budget (as amended, the "Initial Budget").

**PLEASE TAKE FURTHER NOTICE** that on April 9, 2024 at 1:30 p.m. the Court held a further hearing on the Cash Collateral Motion; and on April 10, 2024 the Court entered a further *Interim Order:(I) Authorizing the Debtor to Use Cash Collateral; and (II) Granting Related Relief* [Docket No. 53] (the "Further Interim Order") authorizing the Debtor's continued use of cash collateral pursuant to its Initial Budget.  The Further Interim Order also authorized the Debtor to file a new budget for the 13-week period subsequent to the period set forth in the Initial Budget and set forth a briefing schedule to consider the Debtor's further use of cash collateral with respect thereto.

**PLEASE TAKE FURTHER NOTICE** as authorized under the Court's Further Interim Order, attached hereto as <u>Exhibit 1</u> is a new budget setting forth the Debtor's use of cash collateral for the 13-week period subsequent to the period set forth in the Initial Budget, commencing on "Week 14" (i.e., the week of June 2, 2024) (the "New Budget").

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a further hearing to consider the relief requested in the Motion for the time period set forth in the New Budget on **May 28, 2024 at 1:30 p.m.** (the "Hearing").

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

1   **PLEASE TAKE FURTHER NOTICE** that any parties not otherwise served with a

2   copy of the Motion, the declarations in support thereof or any related filings wishing to obtain

3   copies should contact counsel for the Debtor, Greenberg Glusker Fields Claman & Machtinger

4   LLP, 2049 Century Park E #2600, Los Angeles, CA 90067, Attention: Keith Patrick Banner,

5   Esq., Telephone (310) 201-7469; e-mail: kbanner@greenbergglusker.com

6   **PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion or objection to

7   the Debtor's continued use of cash collateral under the New Budget must be filed with the Court

8   and served on counsel to the Debtor, Greenberg Glusker LLP, 2049 Century Park East, Suite

9   2600, Los Angeles, CA 90067 Attn: Brian L. Davidoff (bdavidoff@greenbergglusker.com) and

10  Keith Patrick Banner (kbanner@greenbergglusker.com) and (b) the Office of the United States

11  Trustee for the Central District of California, 915 Wilshire Blvd., Suite 1850. Los Angeles,

12  California 90017 on or before **May 7, 2024**.  The Debtor may file a reply to any opposition or

13  objection no later than **May 21, 2024**.

14  **PLEASE TAKE FURTHER NOTICE** that your failure to oppose the Motion or object

15  to the use of cash collateral pursuant to the New Budget may be deemed by the Court to

16  constitute consent to the relief requested in the Motion and consent to the Debtor's continued use

17  of cash collateral.

18  **PLEASE TAKE FURTHER NOTICE** that the Court will conduct the Hearing from

19  Courtroom 303, located at 21041 Burbank Boulevard, Woodland Hills, CA 91367.

20  **PLEASE TAKE FURTHER NOTICE** that in addition to appearing in person, parties in

21  interest (and their counsel) may appear remotely using ZoomGov audio and video. Information

22  on how to appear at the Hearing remotely using ZoomGov is provided below:

23  (1)     Parties in interest (and their counsel) may connect by ZoomGov audio and video

24  using a personal computer (equipped with camera, microphone and speaker), or a handheld

25  mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad,

26  Android phone or Android tablet).

27  (2)     The connection can be initiated by entering the "Meeting URL" into a web

28  browser on any of these devices, provided the device is connected to the Internet. Individuals

connecting in this manner will be prompted for the Meeting ID and Password shown below.

(3) Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited. In the case of a trial or evidentiary hearing, no audio access will be provided. However, members of the public and the press may observe all proceedings in person.

(4) Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the Hearing, and no pre-registration is required. The use of ZoomGov is free of charge to participants.

(5) The audio portion of the Hearing will be recorded electronically by the Court and constitute its official record.

(6) All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

(7) Any party in interest or counsel that elects to appear remotely by ZoomGov bears the risk of malfunction or disconnection from the Hearing.

(8) The following is the unique ZoomGov connection information for the above referenced Hearing:

    Meeting URL: https://cacb.zoomgov.com/j/1603903929

    Meeting ID: 160 390 3929

    Password: 302398

    Telephone: 1 (669) 254 5252 or 1 (646) 828 7666

(9) More information on using ZoomGov to participate in this Hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants

1  DATED:  April 23, 2024                    GREENBERG GLUSKER FIELDS CLAMAN &
                                             MACHTINGER LLP
2

3
                                             By: */s/ Keith Patrick Banner*
4                                                BRIAN L. DAVIDOFF (SBN 354027)
                                                 KEITH PATRICK BANNER (SBN 259502)
5                                                General Counsel for Debtor and Debtor-in-
                                                 Possession Marchey Group, Inc.
6

# EXHIBIT 1

# MARCHEY GROUP INC

## Cash Flow Budget

| | Week 14 | Week 15 | Week 16 | Week 17 | Week 18 | Week 19 | Week 20 |
|---|---|---|---|---|---|---|---|
| | 6/2/2024 - 6/8/2024 | 6/9/2024 - 6/15/2024 | 6/16/2024 - 6/22/2024 | 6/23/2024 - 6/29/2024 | 6/30/2024 - 7/6/2024 | 7/7/2024 - 7/13/2024 | 7/14/2024 - 7/20/2024 |
| **Cash Receipts** | | | | | | | |
| **Receipts** | | | | | | | |
| Merchandise Sales | $ 120,000 | $ 200,000 | $ 120,000 | $ 200,000 | $ 120,000 | $ 200,000 | $ 120,000 |
| AMZ eBay Marketpalce Fees | $ (21,000) | $ (35,000) | $ (21,000) | $ (35,000) | $ (21,000) | $ (35,000) | $ (21,000) |
| AMZ eBay Marketpalce Taxes | $ (7,392) | $ (12,320) | $ (7,392) | $ (12,320) | $ (7,392) | $ (12,320) | $ (7,392) |
| Returns/Refunds | $ (12,000) | $ (20,000) | $ (12,000) | $ (20,000) | $ (12,000) | $ (20,000) | $ (12,000) |
| Returns/Refunds COG Recover | $ 6,000 | $ 10,000 | $ 6,000 | $ 10,000 | $ 6,000 | $ 10,000 | $ 6,000 |
| Sublet Rental Payments | $ - | $ - | $ - | $ - | $ 6,500 | | |
| **Total Receipts** | $ 85,608 | $ 142,680 | $ 85,608 | $ 142,680 | $ 92,108 | $ 142,680 | $ 85,608 |
| AMZ Lending Loan Repayments | $ - | $ - | $ - | $ - | $ - | $ - | $ (12,672) |
| COG Purchases - Resale Items | $ (64,798) | $ (107,996) | $ (64,798) | $ (107,996) | $ (64,798) | $ (107,996) | $ (64,798) |
| **Net Cash Receipts** | $ 20,810 | $ 34,684 | $ 20,810 | $ 34,684 | $ 27,310 | $ 34,684 | $ 8,138 |
| **Cash Disbursements** | | | | | | | |
| Operating Expense | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) |
| Payroll Expenses (non-insider) | $ - | $ (8,400) | $ - | $ (8,400) | $ - | $ (8,400) | $ - |
| Independent Contractor | $ - | $ (1,000) | $ - | $ (1,000) | $ - | $ (1,000) | $ - |
| Insider Compensation | $ - | $ (7,000) | $ - | $ (8,000) | $ - | $ (7,000) | $ - |
| Insider Compensation-HELOC | $ - | $ - | $ - | $ (4,078) | $ - | $ - | $ - |
| Professional Fees Expense | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) |
| Postage and Delivery | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) |
| Occupancy Expenses | $ - | $ - | $ - | $ - | $ (13,230) | $ - | $ - |
| Shipping Supplies | $ - | $ (750) | $ - | $ (750) | $ - | $ (750) | $ - |
| Secured Lender Payments | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) |
| **Total Cash Disbursements** | $ (14,353) | $ (31,503) | $ (14,353) | $ (36,581) | $ (27,583) | $ (31,503) | $ (14,353) |
| **Net Cash Flow** | $ 6,457 | $ 3,181 | $ 6,457 | $ (1,897) | $ (273) | $ 3,181 | $ (6,215) |
| **Cumulative Net Cash Flow** | $ 6,457 | $ 9,638 | $ 16,096 | $ 14,199 | $ 13,926 | $ 17,107 | $ 10,892 |

# MARCHEY GROUP INC

## Cash Flow Budget

| | Week 21<br>7/21/2024 - 7/27/2024 | Week 22<br>7/28/2024 - 8/3/2024 | Week 23<br>8/4/2024 - 8/10/2024 | Week 24<br>8/11/2024 - 8/17/2024 | Week 25<br>8/18/2024 - 8/24/2024 | Week 26<br>8/25/2024 - 8/31/2024 |
|---|---:|---:|---:|---:|---:|---:|
| **Cash Receipts** | | | | | | |
| **Receipts** | | | | | | |
| Merchandise Sales | $ 200,000 | $ 120,000 | $ 200,000 | $ 120,000 | $ 200,000 | $ 120,000 |
| AMZ eBay Marketpalce Fees | $ (35,000) | $ (21,000) | $ (35,000) | $ (21,000) | $ (35,000) | $ (21,000) |
| AMZ eBay Marketpalce Taxes | $ (12,320) | $ (7,392) | $ (12,320) | $ (7,392) | $ (12,320) | $ (7,392) |
| Returns/Refunds | $ (20,000) | $ (12,000) | $ (20,000) | $ (12,000) | $ (20,000) | $ (12,000) |
| Returns/Refunds COG Recover | $ 10,000 | $ 6,000 | $ 10,000 | $ 6,000 | $ 10,000 | $ 6,000 |
| Sublet Rental Payments | | $ 6,500 | | | | |
| **Total Receipts** | $ 142,680 | $ 92,108 | $ 142,680 | $ 85,608 | $ 142,680 | $ 85,608 |
| AMZ Lending Loan Repayments | $ - | $ - | $ - | $ - | $ (12,672) | $ - |
| COG Purchases - Resale Items | $ (107,996) | $ (64,798) | $ (107,996) | $ (64,798) | $ (107,996) | $ (64,798) |
| **Net Cash Receipts** | $ 34,684 | $ 27,310 | $ 34,684 | $ 20,810 | $ 22,012 | $ 20,810 |
| **Cash Disbursements** | | | | | | |
| Operating Expense | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) |
| Payroll Expenses (non-insider) | $ (8,400) | $ - | $ (8,400) | $ - | $ (8,400) | $ - |
| Independent Contractor | $ (1,000) | $ - | $ (1,000) | $ - | $ (1,000) | $ - |
| Insider Compensation | $ (8,000) | $ - | $ (7,000) | $ - | $ (8,000) | $ - |
| Insider Compensation-HELOC | $ (4,078) | $ - | $ - | $ - | $ - | $ (4,078) |
| Professional Fees Expense | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) |
| Postage and Delivery | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) |
| Occupancy Expenses | $ - | $ (13,230) | $ - | $ - | $ - | $ - |
| Shipping Supplies | $ (750) | $ - | $ (750) | $ - | $ 750 | $ - |
| Secured Lender Payments | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) |
| **Total Cash Disbursements** | $ (36,581) | $ (27,583) | $ (31,503) | $ (14,353) | $ (31,003) | $ (18,431) |
| **Net Cash Flow** | $ (1,897) | $ (273) | $ 3,181 | $ 6,457 | $ (8,991) | $ 2,379 |
| **Cumulative Net Cash Flow** | $ 8,995 | $ 8,723 | $ 11,904 | $ 18,361 | $ 9,369 | $ 11,749 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (specify): **Notice of: (1) Further Hearing on Cash Collateral Motion; and (2) Submission of New 13-Week Budget in Connection therewith** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 23, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jonathan Arias    jarias@zwickerpc.com**
- **Keith Patrick Banner    kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com**
- **Russell Clementson    russell.clementson@usdoj.gov**
- **Christopher Cramer    secured@becket-lee.com**
- **John-Patrick McGinnis Fritz (TR)    jpftrustee@lnbyg.com, jpf@trustesolutions.net**
- **Amitkumar Sharma    amit.sharma@aisinfo.com**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 23, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 23, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/23/2024 | Cynthia Miller Watkins | */s/ Cynthia Miller Watkins* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

**Secured Creditors**

| | |
|---|---|
| Amazon Capital Services Inc<br>410 Terry Avenue North<br>Seattle, WA 98109-5210 | Attn: BMW Financial Services NA, LLC Department<br>AIS Portfolio Services, LLC<br>Account: XXXXXX8344<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 |
| Attn: BMW Bank of North America Department<br>AIS Portfolio Services, LLC<br>Account: XXXXXX7104<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | FC Marketplace LLC<br>707 17th Street, Suite 2200<br>Denver, CO 80202 |
| LG Funding LLC<br>1218 Union Street<br>Brooklyn, NY 11225 | NewCo Capital Group LLC<br>1545 Route 202<br>Suite 101<br>Pomona, NY 10970 |
| SellersFunding International Portfolio Ltd.<br>1290 Weston Road, Suite 306<br>Weston, FL 33326 | |

**20 Largest Unsecured Creditors**

| | |
|---|---|
| Alliance Funding Group<br>17542 17th Street<br>Suite 200<br>Tustin, CA 92780 | American Express<br>PO BOX 981535<br>El Paso, TX 79998-1535 |
| American Express National Bank<br>c/o Zwicker & Associates, P.C.<br>80 Minuteman Road<br>Andover, MA 01810-1041 | Bank of America NA<br>PO BOX 660441<br>Dallas, TX 75266-0441 |
| Capital One Financial Corporation<br>PO BOX 30285<br>Salt Lake City, UT 84130-0285 | Encompass Supply<br>Chain Solutions<br>775 Tipton Industrial Drive<br>Lawrenceville, GA 30046 |
| Fundation Group LLC<br>11501 Sunset Hills Road, Suite 100<br>Reston, VA 20190<br>RTS 3/15/2024 | Fundation Group LLC<br>11501 Sunset Hills Road, Suite 400<br>Reston, VA 20190 |
| Goldman Sachs Bank USA<br>PO BOX 45400<br>Salt Lake City, UT 84145-0400 | Marcone Supply<br>One City Place<br>Suite 400,<br>Saint Louis, MO 63141 |
| Reliable Parts Inc.<br>19111 N. Dallas Parkway<br>Interchange Office Center<br>Suite 240<br>Dallas, TX 75284 | Robertshaw Controls Company<br>1222 Hamilton Parkway<br>Itasca, IL 60143 |
| WebBank<br>2211 North First Street<br>San Jose, CA 95131-2021 | WebBank<br>3505 Silverside Rd.<br>Wilmington, DE 19810<br>RTS 3/18/24 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL:**

Via Email

| Lender Name | Email Address |
|---|---|
| FundingCircle: | Crystal Jones Oswald - cjones@becket-lee.com |
| SellersFunding: | Fawad Khan - fawad@sellersfi.com<br>Collections US - collectionsus@sellersfi.com<br>Fernando Navarrete - fernando.navarrete@sellersfi.com<br>Legal Collections - legalcollections@sellersfi.com<br>Christine Caldwell - christine@sellersfi.com |
| Alliance Funding Group: | Brian Knox - bknox@afg.com |
| NewCo Capital Group LLC: | Ariel Bouskila, Esq.  - ari@bblawpllc.com |
| LG Funding LLC: | Joe Lieberman  - joe@landklegal.com |
| Amazon: | Brian T. Peterson - Brian.Peterson@klgates.com<br>Mike Gearin - Mike.Gearin@klgates.com<br>Denise A. Lentz - Denise.Lentz@klgates.com |
| American Express National Bank: | bknotices@zwickerpc.com |
| BMW Financial Services NA, LLC<br>BMW Bank of North America | ECFNotices@aisinfo.com |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                      F 9013-3.1.PROOF.SERVICE