BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

General Bankruptcy Counsel for
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>MARCHEY GROUP, INC.,<br><br>    Debtor and Debtor in Possession. | Case No. 1:24-bk-10326-MB<br><br>Chapter 11<br><br>**NOTICE OF SUBMISSION OF BALLOTS IN CONNECTION WITH DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION**<br><br><u>**Confirmation Hearing**</u><br>Date:    July 30, 2024<br>Time:    1:30 p.m.<br>Place:    Courtroom 303<br>           21041 Burbank Boulevard<br>           Woodland Hills, CA 91367<br><br>-Or by ZoomGov:<br><br>Meeting URL:<br>   https://cacb.zoomgov.com/j/1616305462<br>Meeting ID: 161 630 5462<br>Password:   524393<br>Telephone:  1 (669) 254 5252 or<br>               1 (646) 828 7666 |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, ALL PARTIES-IN-INTEREST HEREIN, AND THEIR RESPECTIVE COUNSEL:**

**PLEASE TAKE NOTICE** that on June 11, 2024, the Debtor and Debtor-in-Possession Marchey Group, Inc., (the "Debtor") filed *Debtor's Subchapter V Plan of Reorganization* [Docket No. 76 ] (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that in connection with the Plan, attached hereto as Exhibit 1 is a copy of the Ballot delivered to holders of Claims in Class 2 (Secured Claim of BMW).

**PLEASE TAKE FURTHER NOTICE** that in connection with the Plan, attached hereto as Exhibit 2 is a copy of the Ballot delivered to holders of Class 4 (General Unsecured Claims) that, to the extent they qualify, may also opt into treatment under Class 3 (Settling Guaranty Claims).

DATED:  June 11, 2024

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/Keith Patrick Banner*
BRIAN L. DAVIDOFF
KEITH PATRICK BANNER
General Bankruptcy Counsel for Debtor and Debtor in Possession Marchey Group Inc.

# EXHIBIT 1

Exhibit 1 Page 0003

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY**

In re:

MARCHEY GROUP, INC.,

        Debtor and Debtor-in-Possession.

Case No. 1:24-bk-10326-MB

Chapter 11

### BALLOT FOR HOLDERS OF CLAIMS IN CLASS 2 (SECURED CLAIM OF BMW)

PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.

PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ACCEPTANCE OR REJECTION OF THE PLAN OF REORGANIZATION (AS MAY BE AMENDED OR MODIFIED, THE "PLAN") PROPOSED BY THE ABOVE-CAPTIONED DEBTOR AND DEBTOR IN POSSESSION (THE "DEBTOR"). ALL CAPITALIZED TERMS NOT DEFINED HEREIN HAVE THE MEANINGS ASCRIBED TO THEM IN THE PLAN AND SUCH DEFINITIONS ARE INCORPORATED HEREIN BY REFERENCE.

THIS FORM DOES NOT CONSTITUTE A PROOF OF CLAIM AND MUST NOT BE USED TO FILE A CLAIM OR TO INCREASE ANY AMOUNT LISTED IN THE DEBTOR'S SCHEDULES.

**Item 1.**   **Type of Claim**

The undersigned is a creditor holding a Claim as indicated below.

| TYPE OF CLAIM | CLASS IN PLAN |
|---|---|
| Secured Claim of BMW | Class 2 |

**Item 2.**   **Voting on the Plan**

The holder of the Claim set forth in Item 1 votes (please check one):

____ To Accept the Plan      ____ To Reject the Plan

**Item 3.**   By signing this Ballot, the undersigned creditor hereby certifies that it has been provided with a copy of the Debtor's Plan and it is the holder of the Claim set forth in Item 1 and has full power and authority to vote to accept or reject the Plan.

    Creditor Name:_ _____
    Signature:_____
    Name of Signatory:_____
                  (Please Print or Type Name)
    Address:_____
    City, State & Zip Code:_____
    Phone No.:_____Date:_____

Ballots must be received by **5:00 p.m. Prevailing Pacific Time on July 9, 2024** (the "Voting Deadline"). If a Ballot is received after the Voting Deadline, it will not be counted.

# EXHIBIT 2

Exhibit 2 Page 0005

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SAN FERNANDO VALLEY**

| | |
|---|---|
| In re:<br>MARCHEY GROUP, INC.,<br><br>            Debtor and Debtor-in-Possession. | Case No. 1:24-bk-10326-MB<br><br>Chapter 11 |

**BALLOT FOR CREDITORS TO SELECT TREATMENT AS A HOLDER OF CLAIMS IN CLASS 3 (SETTLING GUARANTY CLAIMS) OR OF CLAIMS IN CLASS 4 (GENERAL UNSECURED CLAIMS)**

PLEASE READ AND FOLLOW THE ENCLOSED VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.  ALL CAPITALIZED TERMS NOT DEFINED HEREIN HAVE THE MEANINGS ASCRIBED TO THEM IN THE PLAN OF REORGANIZATION (AS MAY BE AMENDED OR MODIFIED, THE "PLAN") PROPOSED BY THE DEBTOR AND DEBTOR IN POSSESSION, MARCHEY GROUP, INC., (THE "DEBTOR"), AND SUCH DEFINITIONS ARE INCORPORATED HEREIN BY REFERENCE.

**YOU ARE RECEIVING THIS BALLOT BECAUSE YOUR CLAIM IS BEING TREATED AS A GENERAL UNSECURED CLAIM UNDER THE PLAN. UNDER THE PLAN, HOLDERS OF GENERAL UNSECURED CLAIMS MAY OPT INTO CLASS 3 SETTLING GUARANTY CLAIMS IF THEY SATISFY THE FOLLOWING CRITERIA: (I) THE CLAIMANT HOLDS AN ALLOWED UNSECURED CLAIM AGAINST THE ESTATE; (II) THE CLAIMANT MAY SEEK TO ENFORCE THE CLAIM AGAINST NON-DEBTOR MARUF (MARK) BAKHRAMOV PERSONALLY AS A CO-OBLIGOR, GUARANTOR, OR OTHERWISE PURSUANT TO THE PRE-PETITION AGREEMENT(S) RELATING TO SUCH CLAIM; (III) THE CLAIMANT HAS EXECUTED AND TIMELY DELIVERED A BALLOT VOTING IN FAVOR OF CONFIRMATION OF THE PLAN; AND (IV) THE CLAIMANT HAS EXECUTED AND TIMELY DELIVERED A BALLOT AFFIRMATIVELY ELECTING TO TREAT ITS ALLOWED CLAIM AS A CLASS 3 CLAIM (AND NOT AS A CLASS 4 CLAIM). PLEASE CHECK THE APPROPRIATE BOX BELOW TO INDICATE YOUR ELECTION. YOU CANNOT OPT INTO BOTH CLASSES.**

**Item 1.**       **Class 3 or Class 4 Election – YOU MUST CHECK ONE OF THE BLANK BOXES BELOW TO REFLECT YOUR ELECTION**

> ☐       By checking this box, the undersigned party ("Creditor") hereby absolutely, unconditionally and irrevocably elects to opt into **Class 3 (Settling Guaranty Claims)**, have its Claim receive the treatment under Article V(B)(3) of the Plan, and agrees to the following terms and conditions.
>
>     (i)       Voting on the Plan: Creditor votes to ACCEPT THE PLAN.
>
>     (ii)      Class 3 Release: Claimant acknowledges and agrees that by electing to treat its claim as a Class 3 claim under the Plan, claimants irrevocably agrees to the following:  Except for the treatment of its claim under Class 3 of the Plan, effective as of the Effective Date, each claimant electing to treatment under Class 3 of the Plan (a "Class 3 Creditor"), for itself and its respective predecessors, successors, assigns, subsidiaries, affiliates, and current and former agents, in consideration of the payments to be made to such Class 3 Creditor including the additional contribution by Mr.  Bakhramov, hereby agrees to irrevocably release (the "Class 3 Release") Mr. Bakhramov, and his successors, assigns, subsidiaries and affiliates, and each of the foregoing party's respective current and former agents (the "Released Parties"), from any and all claims, obligations, rights, suits, damages, causes of action, and liabilities, whether known or unknown, foreseen or unforeseen, existing or hereafter arising, arising prior to the Effective Date, except for any payments to such Class 3 Creditor as provided for in the Plan.  As part of the Class 3 Release, each Class 3 Creditor, for itself and its respective successors, assigns, subsidiaries, affiliates, and current and former agents, shall acknowledge that it is familiar with California Civil Code section 1542, which provides that:
>
>> **1542. A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY**
>
> Each Class 3 Creditor, for itself and its respective predecessors, successors, assigns, subsidiaries, affiliates, and current and former agents, hereby waives and relinquishes all rights and benefits that each party has or may have under California Civil Code section 1542 or any similar law; each such party expressly assumes the risk that the facts or law may be different than it now believes them to be, and each party agrees that this release shall be effective notwithstanding any such differences.
>
> To the extent that any Class 3 Creditor has commenced any action or proceeding against the Released Parties for a claim, debt or liability released hereunder, such Class 3 Creditor shall take all appropriate actions to dismiss such action or proceeding no later than 14 days following the Effective Date.

54814-00002/5211231.1

Exhibit 2 Page 0006

> As of the Effective Date, all entities that have held, currently hold or may hold a claim, debt or liability that is extinguished pursuant to the foregoing release are permanently enjoined from taking any of the following actions against the Released Parties: (i) commencing or continuing, in any manner or in any place, any action or other proceeding; (ii) enforcing, attaching, collecting or recovering in any manner any judgment, award, decree or order; (iii) creating, perfecting or enforcing any lien or encumbrance; (iv) asserting a setoff, right of subrogation or recoupment of any kind against any debt, liability or obligation due to the Released Parties; and (v) commencing or continuing any action in any manner, in any place, that does not comply with or is inconsistent with the provisions of the foregoing release. By accepting a Class 3 distribution under this Plan, each holder of an allowed claim receiving a Class 3 distribution pursuant to this Plan shall be deemed to have specifically consented to the injunctions set forth herein.

*OR*:

> ☐    By checking this box, the undersigned party ("Creditor") hereby absolutely, unconditionally and irrevocably elects into Class 4 (General Unsecured Claims), and have its Claim treated under Article V(B)(4) of the Plan.
>
> - Voting on the Plan: Creditor votes (please check one):
>
> ____ To Accept the Plan       ____ To Reject the Plan

**Item 2:** By signing this Ballot, the undersigned Creditor hereby certifies that it has been provided with a copy of the Debtor's Plan and it is the holder of the Claim set forth in Item 1 and has full power and authority to make the elections above (including the releases described above, if applicable) and to vote to accept or reject the Plan.

Creditor Name:_ _____
Signature:_____
Name of Signatory:_____
                           (Please Print or Type Name)
Address:_____
City, State & Zip Code:_____
Phone No.: _____ Date:_____

Ballots must be received by **5:00 p.m. Prevailing Pacific Time on July 9, 2024** (the "Voting Deadline"). If a Ballot is received after the Voting Deadline, it will not be counted.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF SUBMISSION OF BALLOTS IN CONNECTION WITH DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 11, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jonathan Arias**    jarias@zwickerpc.com
- **Keith Patrick Banner**    kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Christopher Cramer**    secured@becket-lee.com
- **John-Patrick McGinnis Fritz (TR)**    jpftrustee@lnbyg.com, jpf@trustesolutions.net
- **Amitkumar Sharma**    amit.sharma@aisinfo.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Larry D Webb**    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 11, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/11/2024 | Cynthia Miller Watkins | */s/ Cynthia Miller Watkins* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                    **F 9013-3.1.PROOF.SERVICE**