BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

General Bankruptcy Counsel for
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| In re: | Case No. 1:24-bk-10326-MB |
|---|---|
| MARCHEY GROUP, INC., | Chapter 11 |
| Debtor and Debtor in Possession. | **NOTICE OF: (I) HEARING ON CONFIRMATION OF DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION; (II) CONTINUED STATUS CONFERENCE; AND (III) AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO FOR REMOTE APPEARANCE IN CONNECTION THEREWITH** |
| | **Confirmation Hearing** |
| | Date:    July 30, 2024 |
| | Time:   1:30 p.m. |
| | Place:   Courtroom 303 |
| |           21041 Burbank Boulevard |
| |           Woodland Hills, CA 91367 |
| | -Or by ZoomGov: |
| | Meeting URL: |
| |    https://cacb.zoomgov.com/j/1616305462 |
| | Meeting ID: 161 630 5462 |
| | Password:  524393 |
| | Telephone:  1 (669) 254 5252 or |
| |                 1 (646) 828 7666 |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, ALL PARTIES-IN-INTEREST HEREIN, AND THEIR RESPECTIVE COUNSEL:**

**PLEASE TAKE NOTICE** that on June 11, 2024, the Debtor and Debtor-in-Possession Marchey Group, Inc., (the "Debtor") filed *Debtor's Subchapter V Plan of Reorganization* [Docket No. 76 ] (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that a hearing on confirmation of the Plan will be held on **July 30, 2024 at 1:30 p.m.** (the "Confirmation Hearing").

**PLEASE TAKE FURTHER NOTICE** that any ballots submitted by creditors with respect to the Debtor's Plan must be *received* by counsel for the Debtor no later **July 9, 2024, at 5:00 p.m.** (prevailing Pacific Time) (the "Voting Deadline"). Ballots may be transmitted to counsel for the Debtor via electronic mail or mailed to counsel for the Debtor (but must be received no later than the Voting Deadline), at:

> Keith Patrick Banner, Esq.
> GREENBERG GLUSKER FIELDS CLAMAN
> & MACHTINGER LLP
> 2049 Century Park East, Ste. 2600
> Los Angeles, California 90067-4590
> Telephone: 310.553.3610
> Facsimile: 310.553.0687
> Email: kbanner@GreenbergGlusker.com

**PLEASE TAKE FURTHER NOTICE** that any ballot received after the Voting Deadline may be disregarded by the Debtor, in its discretion.

**PLEASE TAKE FURTHER NOTICE** that any objection to the confirmation of the Plan must be filed and served on the Debtor's counsel no later than **July 9, 2024**.

**PLEASE TAKE FURTHER NOTICE** that appropriate ballots are only being provided to members of Impaired Classes (Classes 2, 3, and 4). A claimant that has not received a ballot has been sent this notice because either they (i) are a holder of a non-voting claim, or (ii) are being sent this notice for informational purposes only.

/ / /

/ / /

**PLEASE TAKE FURTHER NOTICE** that your failure to object or oppose confirmation of the Plan may be deemed by the Court to constitute consent to the confirmation thereof.

**PLEASE TAKE FURTHER NOTICE** that the Court has set a deadline of **July 23, 2024** for the Debtor to file a ballot summary and any reply with respect to confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Court has continued the status conference in the chapter 11 case to **July 30, 2024 at 1:30 p.m.** (the "Continued Status Conference").

**PLEASE TAKE FURTHER NOTICE** that the Court will conduct the Confirmation Hearing and the Status Conference from Courtroom 303, located at 21041 Burbank Boulevard, Woodland Hills, CA 91367.

**PLEASE TAKE FURTHER NOTICE** that in addition to appearing in person, parties in interest (and their counsel) may appear remotely using ZoomGov audio and video. Information on how to appear at the Hearing remotely using ZoomGov is provided below:

**(1)    Parties in interest (and their counsel) may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).**

**(2)    The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.**

**(3)    Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited. In the case of a trial or evidentiary hearing, no audio access will be provided. However, members of the public and the press may observe all proceedings in person.**

**(4)    Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the Hearing, and no pre-registration is required. The use of ZoomGov is free of charge to participants.**

54814-00002/5211041.2

**(5)** The audio portion of the Hearing will be recorded electronically by the Court and constitute its official record.

**(6)** All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.

**(7)** Any party in interest or counsel that elects to appear remotely by ZoomGov bears the risk of malfunction or disconnection from the Hearing.

**(8)** The following is the unique ZoomGov connection information for the above referenced Hearing:

    Meeting URL: https://cacb.zoomgov.com/j/1616305462

    Meeting ID: 161 630 5462

    Password: 524393

    Telephone: 1 (669) 254 5252 or 1 (646) 828 7666

**(9)** More information on using ZoomGov to participate in this Hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants

DATED: June 11, 2024      GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/Keith Patrick Banner*
    BRIAN L. DAVIDOFF
    KEITH PATRICK BANNER
    General Bankruptcy Counsel for Debtor and
    Debtor in Possession Marchey Group Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF: (I) HEARING ON CONFIRMATION OF DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION; (II) CONTINUED STATUS CONFERENCE; AND (III) AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO FOR REMOTE APPEARANCE IN CONNECTION THEREWITH** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 11, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jonathan Arias**   jarias@zwickerpc.com
- **Keith Patrick Banner**   kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com
- **Russell Clementson**   russell.clementson@usdoj.gov
- **Christopher Cramer**   secured@becket-lee.com
- **John-Patrick McGinnis Fritz (TR)**   jpftrustee@lnbyg.com, jpf@trustesolutions.net
- **Amitkumar Sharma**   amit.sharma@aisinfo.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) June 11, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 11, 2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/11/2024 | Cynthia Miller Watkins | /s/ Cynthia Miller Watkins |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                             **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

| | |
|---|---|
| Amazon Capital Services Inc.<br>c/o K&L Gates LLP<br>Attn: Brian T. Peterson<br>925 4th Avenue, Suite 2900<br>Seattle, WA 98104<br>***(POC #14 & #15) – No Ballot Provided*** | Attn: BMW Bank of North America Department<br>c/o AIS Portfolio Services, LLC<br>Account: XXXXXX7104<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br>***(POC #12) - Class 2 Ballot Provided*** |
| FC Marketplace LLC<br>c/o Becket and Lee LLP<br>PO BOX 3002<br>Malvern, PA 19355-0702<br>***(POC #4) - Class 3/4 Ballot Provided*** | LG Funding LLC<br>1218 Union Street<br>Brooklyn, NY 11225<br>***(POC #9) - Class 3/4 Ballot Provided*** |
| NewCo Capital Group LLC<br>1545 Route 202<br>Suite 101<br>Pomona, NY 10970<br>***(POC #1) - Class 3/4 Ballot Provided*** | SellersFunding Corp. d/b/a SellersFi<br>1290 Weston Road, Suite 306<br>Weston, FL 33326<br>***(POC #13) - Class 3/4 Ballot Provided*** |

| | |
|---|---|
| Alliance Funding Group<br>17542 17th Street<br>Suite 200<br>Tustin, CA 92780<br>***(POC #2) - Class 3/4 Ballot Provided*** | American Express National Bank<br>c/o Becket and Lee<br>PO BOX 3001<br>Malvern, PA 19355-0701<br>(***POC #7 & #8) - Class 3/4 Ballot Provided*** |
| Bank of America NA<br>PO BOX 660441<br>Dallas, TX 75266-0441<br>***(Schedule E/F) - Class 3/4 Ballot Provided*** | American Express National Bank, AENB<br>c/o Zwicker & Associates P.C.<br>PO BOX 9043<br>Andover, MA 01810<br>***(POC #11) - Class 3/4 Ballot Provided*** |
| Capital One, N.A.<br>by American Infosource as agent<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118<br>***(POC #10) - Class 3/4 Ballot Provided*** | Encompass Supply<br>Chain Solutions<br>775 Tipton Industrial Drive<br>Lawrenceville, GA 30046<br>***(Schedule E/F) - Class 3/4 Ballot Provided*** |
| Fundation Group LLC<br>11501 Sunset Hills Road, Suite 400<br>Reston, VA 20190<br>***(Schedule E/F) - Class 3/4 Ballot Provided*** | Goldman Sachs Bank USA<br>PO BOX 45400<br>Salt Lake City, UT 84145-0400<br>***(Schedule E/F) - Class 3/4 Ballot Provided*** |
| Marcone Supply<br>One City Place<br>Suite 400,<br>Saint Louis, MO 63141<br>***(Schedule E/F) - Class 3/4 Ballot Provided*** | Reliable Parts Inc.<br>19111 N. Dallas Parkway<br>Interchange Office Center<br>Suite 240<br>Dallas, TX 75284<br>***(Schedule E/F) - Class 3/4 Ballot Provided*** |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Robertshaw Controls Company<br>1222 Hamilton Parkway<br>Itasca, IL 60143<br>***(Schedule E/F) - Class 3/4 Ballot Provided*** | WebBank<br>2211 North First Street<br>San Jose, CA 95131-2021<br>***(Schedule E/F) - Class 3/4 Ballot Provided*** |
| Citi Bank NA<br>PO Box 790046<br>Saint Louis, MO 63179-0046<br>***(Schedule E/F) - Class 3/4 Ballot Provided*** | Wells Fargo Bank, N.A.<br>PO BOX 29482<br>MAC S4101-08C<br>Phoenix, AZ 85038<br>***(POC #3) - Class 3/4 Ballot Provided*** |
| Department of the Treasury<br>Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346<br>***(POC #5) – No Ballot Provided*** | JPMC c/o National Bankruptcy Services, LLC<br>PO BOX 9013<br>Addison, TX 75001<br>(***POC #6) - Class 3/4 Ballot Provided*** |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952<br>***(POC #16) – No Ballot Provided*** | Los Angeles County Tax Collector<br>Attn: Bankruptcy Unit<br>PO BOX 54110<br>Los Angeles, CA 90054-0110<br>***(Schedule E/F) – No Ballot Provided*** |
| Fred Doctorovich<br>21451 Salamanca Ave.<br>Woodland Hills, CA 91364<br>***(Schedule E/F) - Class 3/4 Ballot Provided*** | Maruf Bakhramov<br>8421 Canoga Ave.<br>Canoga Park, CA 91304<br>***(Schedule E/F) – No Ballot Provided*** |
| Vladislav Fedorenko<br>20877 Plummer Street<br>Chatsworth, CA 91311<br>***(Schedule E/F) - Class 3/4 Ballot Provided*** | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**

3. **SERVED BY EMAIL**

| Lender Name | Email Address |
|---|---|
| FundingCircle: *Class 3/4 Ballot Provided* | proofofclaim@becket-lee.com (***POC #4***) |
| SellersFunding: *Class 3/4 Ballot Provided* | legal@sellersFi.com (***POC #13***) |
| Alliance Funding Group: *Class 3/4 Ballot Provided* | Brian Knox – bknox@afg.com (***POC #2***) |
| NewCo Capital Group LLC: *Class 3/4 Ballot Provided* | Ariel Bouskila, Esq. – ari@bblawpllc.com (***POC #1***) |
| LG Funding LLC: *Class 3/4 Ballot Provided* | Joe Lieberman - joe@landklegal.com<br>Gene Rosen gene@generosen.com (***POC #9***) |
| Amazon: *No Ballot Provided* | Brian T. Peterson – Brian.Peterson@klgates.com (***POC #14 & #15***) |
| American Express National Bank: *Class 3/4 Ballot Provided* | proofofclaim@becket-lee.com (***POC #7 & #8***)<br>bkproofofclaim@zwickerpc.com (***POC #11***) |
| BMW Bank of North America *Class 2 Ballot Provided* | ECFNotices@aisinfo.com (***POC #12***) |
| Capital One, N.A. *Class 3/4 Ballot Provided* | POC_AIS@aisinfo.com (***POC #10***) |
| Wells Fargo Bank, N.A. *Class 3/4 Ballot Provided* | sblbkinquiry@wellsfargo.com (***POC #3***) |
| Internal Revenue Service *No Ballot Provided* | K. Ivory- Kerry.R.Ivory@irs.gov (***POC #5***) |
| JPMC (JP Morgan Chase) *Class 3/4 Ballot Provided* | pocquestions@nbsdefaultservices.com (***POC #6***) |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**