1    BRIAN L. DAVIDOFF (SBN 102654)
     BDavidoff@GreenbergGlusker.com
2    KEITH PATRICK BANNER (SBN 259502)
     KBanner@GreenbergGlusker.com
3    GREENBERG GLUSKER FIELDS CLAMAN
     & MACHTINGER LLP
4    2049 Century Park East, Suite 2600
     Los Angeles, California 90067
5    Telephone:  310.553.3610
     Fax:  310.553.0687
6
7    General Bankruptcy Counsel for
     Debtor and Debtor in Possession
8
9                 UNITED STATES BANKRUPTCY COURT
10                CENTRAL DISTRICT OF CALIFORNIA
11                SAN FERNANDO VALLEY DIVISION
12

| 13 | In re: | Case No. 1:24-bk-10326-MB |
| 14 | MARCHEY GROUP, INC., | Chapter 11 |
| 15 | Debtor and Debtor in Possession. | **NOTICE OF: (I) FILING OF DEBTOR'S FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION; (II) SUBMISSION OF REDLINE COMPARISON AGAINST DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION; (III) HEARING ON CONFIRMATION OF DEBTOR'S FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION; (IV) CONTINUED STATUS CONFERENCE; AND (V) AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO FOR REMOTE APPEARANCE IN CONNECTION THEREWITH** |

**Confirmation Hearing**
Date:        July 30, 2024
Time:        1:30 p.m.
Place:       Courtroom 303
             21041 Burbank Boulevard
             Woodland Hills, CA 91367

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

16
17
18
19
20
21
22
23
24
25
26
27
28

1

NOTICE

-Or by ZoomGov:

Meeting URL:
    https://cacb.zoomgov.com/j/1616305462
Meeting ID: 161 630 5462
Password:    524393
Telephone:   1 (669) 254 5252 or
                    1 (646) 828 7666

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, ALL PARTIES-IN-INTEREST HEREIN, AND THEIR RESPECTIVE COUNSEL:**

**PLEASE TAKE NOTICE** that on June 11, 2024, the Debtor and Debtor-in-Possession Marchey Group, Inc., (the "Debtor") filed and served *Debtor's Subchapter V Plan of Reorganization* [Docket No. 76 ] (the "Original Plan").

**PLEASE TAKE FURTHER NOTICE** that on June 14, 2024, the Debtor filed and served *Debtor's First Amended Subchapter V Plan of Reorganization* [Docket No. 81] (the "Amended Plan") as permitted under 11 U.S.C. § 1127(a).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>Exhibit 1</u> is a redline comparison of the Amended Plan against the Original Plan showing only those pages that were amended.

**PLEASE TAKE FURTHER NOTICE** that, as reflected in the attached redline comparison, the Amended Plan clarifies and amends the treatment of Class 3 Settling Guaranty Claims. Specifically, the Amended Plan provides, among other things, that treatment of Class 3 Settling Guaranty Claims is conditioned upon 75% of the dollar amount of eligible Class 3 Settling Guaranty Claims affirmatively opting into treatment under Class 3 (estimated $1,286,326.24), or such lesser amount as the Debtor agrees to in its discretion, defined therein as the "Class 3 Claim Threshold".

**PLEASE TAKE FURTHER NOTICE** that a hearing on confirmation of the Amended Plan will be held on **July 30, 2024 at 1:30 p.m.** (the "Confirmation Hearing").

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

NOTICE

54814-00002/5212675.1

**PLEASE TAKE FURTHER NOTICE** that any ballots submitted by creditors with respect to the Debtor's Amended Plan must be ***received*** by counsel for the Debtor no later **July 9, 2024, at 5:00 p.m.** (prevailing Pacific Time) (the "Voting Deadline"). Ballots may be transmitted to counsel for the Debtor via electronic mail or mailed to counsel for the Debtor (but must be received no later than the Voting Deadline), at:

> Keith Patrick Banner, Esq.
> GREENBERG GLUSKER FIELDS CLAMAN
> & MACHTINGER LLP
> 2049 Century Park East, Ste. 2600
> Los Angeles, California 90067-4590
> Telephone: 310.553.3610
> Facsimile: 310.553.0687
> Email: kbanner@GreenbergGlusker.com

**PLEASE TAKE FURTHER NOTICE** that any ballot received after the Voting Deadline may be disregarded by the Debtor, in its discretion.

**PLEASE TAKE FURTHER NOTICE** that any objection to the confirmation of the Amended Plan must be filed and served on the Debtor's counsel no later than **July 9, 2024**.

**PLEASE TAKE FURTHER NOTICE** that new ballots will not be issued or served in connection with the Amended Plan. Those claimants that previously received a ballot in connection with the Original Plan (impaired Classes 2, 3, and 4)) must use such ballots to vote on the Amended Plan. Claimants that require a new ballot should contact counsel for the Debtor.

**PLEASE TAKE FURTHER NOTICE** that your failure to object or oppose confirmation of the Amended Plan may be deemed by the Court to constitute consent to the confirmation thereof.

**PLEASE TAKE FURTHER NOTICE** that the Court has set a deadline of **July 23, 2024** for the Debtor to file a ballot summary and any reply with respect to confirmation of the Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that the Court has continued the status conference in the chapter 11 case to **July 30, 2024 at 1:30 p.m.** (the "Continued Status Conference").

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

NOTICE

**PLEASE TAKE FURTHER NOTICE** that the Court will conduct the Confirmation Hearing and the Status Conference from Courtroom 303, located at 21041 Burbank Boulevard, Woodland Hills, CA 91367.

**PLEASE TAKE FURTHER NOTICE** that in addition to appearing in person, parties in interest (and their counsel) may appear remotely using ZoomGov audio and video. Information on how to appear at the Hearing remotely using ZoomGov is provided below:

**(1)** **Parties in interest (and their counsel) may connect by ZoomGov audio and video using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device with an integrated camera, microphone and speaker (such as an iPhone, iPad, Android phone or Android tablet).**

**(2)** **The connection can be initiated by entering the "Meeting URL" into a web browser on any of these devices, provided the device is connected to the Internet. Individuals connecting in this manner will be prompted for the Meeting ID and Password shown below.**

**(3)** **Members of the public and the press may only connect to the zoom audio feed, and only by telephone. Access to the video feed by these individuals is prohibited. In the case of a trial or evidentiary hearing, no audio access will be provided. However, members of the public and the press may observe all proceedings in person.**

**(4)** **Neither a Zoom nor a ZoomGov account is necessary to participate in or observe the Hearing, and no pre-registration is required. The use of ZoomGov is free of charge to participants.**

**(5)** **The audio portion of the Hearing will be recorded electronically by the Court and constitute its official record.**

**(6)** **All persons are strictly prohibited from making any other recording of court proceedings, whether by video, audio, "screenshot," or otherwise. Violation of this prohibition may result in the imposition of monetary and non-monetary sanctions.**

**(7)** **Any party in interest or counsel that elects to appear remotely by ZoomGov bears the risk of malfunction or disconnection from the Hearing.**

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

4

NOTICE

**(8)**    **The following is the unique ZoomGov connection information for the above referenced Hearing:**

   **Meeting URL: https://cacb.zoomgov.com/j/1616305462**

   **Meeting ID: 161 630 5462**

   **Password: 524393**

   **Telephone: 1 (669) 254 5252 or 1 (646) 828 7666**

**(9)**    **More information on using ZoomGov to participate in this Hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-and-training-participants**

DATED:  June 14, 2024                    GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP


                                         By: */s/Keith Patrick Banner*
                                              BRIAN L. DAVIDOFF
                                              KEITH PATRICK BANNER
                                              General Bankruptcy Counsel for Debtor and
                                              Debtor in Possession Marchey Group Inc.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

NOTICE

# EXHIBIT 1

Exhibit 1 Page 0006

1    BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@ggfirm.com
2    KEITH PATRICK BANNER (SBN 259502)
KBanner@ggfirm.com
3    COLE F. NICHOLAS (SBN 354027)
CNicholas@ggfirm.com
4    GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
5    2049 Century Park East, Suite 2600
Los Angeles, California  90067
6    Telephone:    310-553-3610
Facsimile:    310-553-0687
7
Attorneys for Debtor and Debtor-in-Possession
8    MARCHEY GROUP, INC.

9                    UNITED STATES BANKRUPTCY COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11                    SAN FERNANDO VALLEY

12

13    In re:                                    Case No. 1:24-bk-10326-MB

14    MARCHEY GROUP, INC.,                       Chapter 11

15              Debtor and Debtor-in-Possession.   **DEBTOR'S <u>FIRST AMENDED</u>
SUBCHAPTER V PLAN OF**
16                                               **REORGANIZATION**

17                                               <u>**Confirmation Hearing**</u>
18                                               Date:      July 30, 2024
Time:      1:30 p.m.
19                                               Place:     Courtroom 303
21041 Burbank Boulevard
20                                               Woodland Hills, CA 91367

21                                               -Or by ZoomGov:

22                                               Meeting URL:
https://cacb.zoomgov.com/j/1616305462
23                                               Meeting ID: 161 630 5462
Password:    524393
24                                               Telephone:   1 (669) 254 5252 or
1 (646) 828 7666
25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 CENTURY PARK EAST, SUITE 2600
LOS ANGELES, CALIFORNIA

Debtor and debtor in possession Marchey Group Inc., (the "Debtor"), hereby submits this First Amended Subchapter V Plan of Reorganization (this "Plan") in connection with the above captioned subchapter V chapter 11 bankruptcy case.[1]

## I.    GENERAL DISCLAIMERS

THIS PLAN AND THE ATTACHED EXHIBITS ("COLLECTIVELY, THE "PLAN DOCUMENTS") SHOULD BE READ CAREFULLY. THEY EXPLAIN THE TREATMENT THAT CREDITORS AND INTEREST HOLDERS CAN EXPECT TO RECEIVE UNDER THE PLAN, IF THE PLAN IS CONFIRMED BY THE COURT.  PRIOR TO DECIDING WHETHER AND HOW TO VOTE ON THE PLAN, EACH HOLDER OF A CLAIM OR INTEREST THAT IS ENTITLED TO VOTE SHOULD CONSIDER CAREFULLY ALL OF THE INFORMATION IN THE PLAN DOCUMENTS, INCLUDING THE RISK FACTORS DESCRIBED HEREIN.

THE DEBTOR'S PROJECTIONS AND OTHER FINANCIAL DATA RELIED ON TO FORMULATE THIS PLAN ARE CONTAINED IN THE PLAN EXHIBITS.  THE DEBTOR HAS UNDERTAKEN EFFORTS TO CONFIRM THAT EACH OF THE ASSUMPTIONS UNDERPINNING THE PROJECTIONS ARE REASONABLE AND SUPPORTED BY RELIABLE ECONOMIC DATA.  HOWEVER, THERE HAS BEEN NO INDEPENDENT AUDIT OF THE FINANCIAL INFORMATION CONTAINED IN THE PLAN DOCUMENTS. THE PLAN DOCUMENTS WERE COMPILED FROM INFORMATION OBTAINED FROM NUMEROUS SOURCES BELIEVED TO BE ACCURATE TO THE BEST OF THE DEBTOR'S KNOWLEDGE, INFORMATION AND BELIEF.  FURTHER, ALTHOUGH THE DEBTOR HAS UNDERTAKEN REASONABLE EFFORTS TO ASCERTAIN THAT EACH OF THE STATEMENTS MADE IN THE PLAN DOCUMENTS IS TRUE AND CORRECT IN EVERY MATERIAL RESPECT, NO ASSURANCE CAN BE GIVEN THAT THE STATEMENTS ARE WITHOUT ERROR.

NO GOVERNMENTAL AUTHORITY HAS PASSED ON, CONFIRMED OR DETERMINED THE ACCURACY OR ADEQUACY OF THE INFORMATION CONTAINED

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

---

[1] The Debtor filed a voluntary petition on March 1, 2024 (the "Petition Date") commencing this subchapter V bankruptcy case.

C.      **Plan Projections**

The Debtor's three-year financial projections (i.e., the time period applicable to this Plan) are attached as **Exhibit 2** hereto (the "Projections").  The Projections are based on the Debtor's historical operations and performance and, although the Debtor believes the Projections are reasonable and based on reliable data, the projections are forward-looking and therefore there can be no assurance that such projections will reflect actual outcomes.

IV.    **PLAN SUMMARY**

This Plan will be funded by a combination of (1) the Debtor's cash on hand on the Effective Date (estimated at $50,000); and (2) the Debtor's projected disposable income (as defined in section 1191(d) of the Bankruptcy Code).  In addition, to fund distributions to the Class 3 Settling Guaranty Claims (as defined and discussed below), the Debtor's sole shareholder, officer and director Maruf Bakhramov ("Mr. Bakhramov")~~,~~**,** will contribute the following to Class 3: (1) ~~on the Effective Date,~~ he will personally fund ~~the lesser of (i) $100,000; or (ii) the total amount of Class 3 Settling Guaranty Claims~~$100,000 on the Effective Date, on the condition that the Class 3 Claim Threshold (as defined and discussed below) has been met; and (2) Mr. Bakhramov has agreed to voluntarily reduce his salary by $5,000 per month during the Plan period, with such amount being paid to Class 3 Settling Guaranty Claims.

| CLASS AND/OR CLAIM TYPE | TREATMENT | IMPAIRED STATUS/ VOTING STATUS |
|---|---|---|
| Unclassified Claims | Paid in full on the later of (i) the Effective Date; (ii) the date the Court enters an order allowing such claim; or (iii) such other date as agreed to by the Holder of such claim (*See* Section V(A), below for detail). | Not Entitled to Vote |
| Class 1<br><br>Senior Secured Loan of ACS | Class 1 consists of the secured claim of Amazon Capital Services, Inc. ("ACS").  The secured claim of ACS will be paid post-petition in the ordinary course pursuant to the terms of the Debtor's pre-petition agreement with ACS in the amounts set forth in the Projections. | Unimpaired<br>Not Entitled to Vote |
| Class 2 | Class 2 consists of the secured claim of BMW | Impaired |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

| CLASS AND/OR CLAIM TYPE | TREATMENT | IMPAIRED STATUS/ VOTING STATUS |
|---|---|---|
| Secured Claim of BMW | Bank of North America ("BMW") regarding the 2023 BMW XM vehicle used by co-obligor, Mr. Bakhramov.  Mr. Bakhramov will pay BMW from his own salary for all payments due under the underlying pre-petition agreement with BMW.  There will be no distributions made by the Debtor to Class 2. | Entitled to Vote |
| Class 3<br><br>Settling Guaranty Claims | Class 3 Settling Guaranty Claims (as , in the event the Class 3 Claim Threshold has been met, (as the foregoing terms are defined and discussed below) will receive: (i) a pro rata share of $100,000 on the Effective Date funded by Mr. Bakhramov, or such lesser amount equaling the aggregate of all Class 3 Settling Guaranty Claims; and, as applicable (ii) a pro rata share of $10,000 per month ($5,000 of which is payable from Mr. Bakhramov's voluntary reduction of salary) during the three-year Plan term.  The projected total to Class 3 Settling Guaranty Claims is $460,000.  In the event that the Class 3 Claim Threshold is not met, or such lesser amount equaling the aggregate of all Class 3 Settling Guaranty Claims.  Any portion of the $10,000 per month payment allocated to Class 3 Settling Guaranty Claims that exceeds the aggregate amount of Class 3 Settling Guaranty Claims will be distributed to Class 4 general unsecured claims. | Impaired Entitled to Vote |
| Class 4<br><br>General Unsecured Claims | Class 4 consists of holders of general unsecured claims that do not qualify for or have not opted into the Class 3 Settling Guaranty Claims.  Holders of Class 4 claims will receive a pro rata share of $5,000 per month during the three-year Plan term (projected total of $180,000), plus any portion of, in the event that the Class 3 Claim Threshold is not met, the $10,000 per month payment allocated to Class 3 that exceeds the aggregate amount of Class 3 Settling Guaranty Claims. | Impaired Entitled to Vote |
| Class 5<br><br>Interest Holders | Class 5 consists of the equity interests of Mr. Bakhramov in the Debtor.  Mr. Bakhramov will retain his interest in the Debtor post-confirmation. | Unimpaired Not Entitled to Vote |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

**and relinquishes all rights and benefits that each party has or may have under California Civil Code section 1542 or any similar law; each such party expressly assumes the risk that the facts or law may be different than it now believes them to be, and each party agrees that this release shall be effective notwithstanding any such differences.**

**To the extent that any Class 3 Creditor has commenced any action or proceeding against the Released Parties for a claim, debt or liability released hereunder, such Class 3 Creditor shall take all appropriate actions to dismiss such action or proceeding no later than 14 days following the Effective Date.**

**As of the Effective Date, all entities that have held, currently hold or may hold a claim, debt or liability that is extinguished pursuant to the foregoing release are permanently enjoined from taking any of the following actions against the Released Parties: (i) commencing or continuing, in any manner or in any place, any action or other proceeding; (ii) enforcing, attaching, collecting or recovering in any manner any judgment, award, decree or order; (iii) creating, perfecting or enforcing any lien or encumbrance; (iv) asserting a setoff, right of subrogation or recoupment of any kind against any debt, liability or obligation due to the Released Parties; and (v) commencing or continuing any action in any manner, in any place, that does not comply with or is inconsistent with the provisions of the foregoing release. By accepting a Class 3 distribution under this Plan, each holder of an allowed claim receiving a Class 3 distribution pursuant to this Plan shall be deemed to have specifically consented to the injunctions set forth herein.**

### b. *Impairment and Voting*

Class 3 is impaired and entitled to vote on this Plan.

### c. *Estimated Plan Distribution (%)*

~~30~~27% - ~~100~~36%. The Debtor estimates that approximately $1~~.5 million~~,715,101.65 in claims are eligible to opt into the Class 3 Settling Guaranty Claims. ~~As such~~In the event that the Class 3 Claim Threshold (as defined below) has been met, the Debtor estimates that Class 3 Creditors will receive a minimum distribution of ~~30~~27% during the term of the Plan, which may increase up to ~~100~~36% depending upon how many eligible claimants opt into Class 3.

### d. *Treatment*

~~Immediately~~ Conditioned upon 75% of the dollar amount of eligible Class 3 Settling Guaranty Claims affirmatively opting into treatment under Class 3 (estimated $1,286,326.24), or such lesser amount as the Debtor agrees to in its discretion (the "Class 3 Claim Threshold"), then immediately on or before the Effective Date of the Plan, Mr. Bakhramov will contribute ~~the lesser~~

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

1  of the following $100,000 to Class 3 Settling Guaranty Claims (the "Class 3 Settlement Payment"):

2  (i) $100,000; or (ii) the total amount of Class 3 Settling Guaranty Claims.  Mr. Bakhramov's

3  funding of the $100,000 Class 3 Settlement Payment will be further conditioned upon the

4  following: (i) the Court entering an order approving the Plan in substantially similar terms as set

5  forth herein; (ii) the occurrence of the Effective Date.

6       In addition to a pro rata share of the Class 3 Settlement Payment holder, holders of Class

7  3 Settling Guaranty Claims will receive a pro rata share of $10,000 per month ($5,000 of which is

8  payable from Mr. Bakhramov's voluntary reduction of salary) during the three-year plan term

9  (the "Class 3 Plan Payments").

10      The projected total distribution to Class 3 Settling Guaranty Claims (i.e., the aggregate of

11  the Class 3 Settlement Plan Payment and Class 3 Plan Payments) is $460,000, or such lesser

12  amount equaling the aggregate of all Class 3 Settling Guaranty Claims. .

13      Any portion of the In the event that the Debtor determines that Class 3 Claim Threshold

14  has not been met, then: (i) the Class 3 Settlement Payment will not be made; (ii) Class 3 Plan

15  Payments exceeding the aggregate amount of allowed Class 3 Settling Guaranty Claims will be

16  distributed to Class 4 general unsecured claims. Class 4 general unsecured claims will not

17  receive any portion of the Class 3 Settlement Payment.     ; (iii) any ballots submitted by

18  claimants opting into Class 3 will be null and void (including the release of Mr. Bakhramov

19  agreed to therein); and (iv) any claimants that submitted a ballot opting into Class 3 will be

20  treated as a nonvoting claimant and have their allowed claim treated as a Class 4 general

21  unsecured claim.

22          **4.    Class 4 – General Unsecured Claims**

23              *a.    Claims*

24       Class 4 consists of holders of general unsecured claims that have not opted into Class 3,

25  or otherwise do not qualify to opt into Class 3, or in the event that Class 3 Claim Threshold has

26  not been met, then all holders of general unsecured claims.

27              *b.    Impairment and Voting*

28       Class 4 is impaired and entitled to vote on this Plan.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

*c.*     ***Estimated Plan Distribution (%)***

~~18~~21% - ~~21~~ 22%.   In the event that all claims that the Debtor estimates are eligible to opt into the Class 3 Settling Guaranty Claims do elect to opt in, the remaining claims that are ineligible to opt into Class 3 total approximately $~~1 million~~800,637.04.  In that case, the Debtor estimates that Class 4 General Unsecured Claims will receive a ~~minimum~~ distribution of approximately ~~18~~22%.  If no eligible claims elect to opt into the Class 3 Settling Guaranty Claims, or if the Debtor determines in its discretion that Class 3 Claim Threshold has not been met, the Debtor estimates that Class 4 General Unsecured Claims will receive a ~~maximum~~ distribution of approximately 21%.[4]

*d.*     ***Treatment***

Holders of Class 4 claims will receive a pro rata share of $5,000 per month during the three-year plan term (projected total of $180,000), plus ~~any portion of~~, in the event that the Debtor determines in its discretion that Class 3 Claim Threshold has not been met, the Class 3 Plan Payments ~~exceeding the aggregate amount of allowed Class 3 Settling Guaranty Claims~~.

**5.     Class 5 – Interest Holders**

*a.*     ***Claims***

Class 5 consists of the equity interests of Mr. Bakhramov in the Debtor.

*b.*     ***Impairment and Voting***

Class 5 is unimpaired and not entitled to vote on this Plan.

*c.*     ***Treatment***

Mr. Bakhramov will retain his interest in the Debtor post-confirmation.

**VI.    MEANS OF EFFECTUATING THIS PLAN AND IMPLEMENTATION OF THIS PLAN**

**A.     Funding for This Plan**

This Plan will be funded by a combination of:

(1) the Debtor's cash on hand on the Effective Date, estimated to total $50,000;

---

[4] In such scenario, the unsecured creditors pool would equal approximately $2.5 million and Class 4 claimants would be projected to receive a total of $540,000 during the Plan term, consisting of the $180,000 allocated to Class 4 and the projected $360,000 in Class 3 Plan Payments.  This would result in a total distribution of approximately 21%.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

(2) as to the Class 3 Settling Guaranty Claims only, conditioned upon the Class 3 Claim Threshold having been met, a contribution from Mr. Bakhramov in the amount of $100,000 to the Class 3 Settling Guaranty Claims; and

(3) the Debtor's projected disposable income (as defined in section 1191(d) of the Bankruptcy Code) in the three-year period beginning on the date that the first payment is due under this Plan, as such amounts are set forth in the Projections.

## B.    The Effective Date

The effective date (the "Effective Date") of the Plan shall be the first day after the Court enters an order confirming the Plan and all of the following conditions have been satisfied or waived as specified below: (1) all documents, instruments, and agreements to be executed in connection with the Plan shall have been executed and delivered by all parties to such documents, instructions, and agreements; (2) 14 days following the entry of the plan confirmation order shall have passed without an appeal of said order having been filed; (3) the Plan is not subject to an appeal or rehearing; and (4) there is no stay in effect with respect to the Plan confirmation order.  Conditions numbered (1) and (3) above can be waived by the Debtor in its sole discretion. Condition number (2) above can be waived by request of the Debtor with an order by the Bankruptcy Court pursuant to Bankruptcy Rule 3020(e).  Condition number (4) cannot be waived.

## C.    The Reorganized Debtor

Upon the occurrence of the Effective Date, the Debtor shall be known as the "Reorganized Debtor."  The management of the Reorganized Debtor will remain the same as the Debtor.

## D.    Disbursing Agent

Irrespective of whether the Plan is confirmed consensually pursuant to section 1191(a) of the Bankruptcy Code or nonconsensually pursuant to section 1191(b) of the Bankruptcy Code, the Reorganized Debtor, or its nominee, will act as the "Disbursing Agent" under this Plan for the purpose of making all distributions to all classes provided for under the Plan.  The Reorganized Debtor will not be compensated for any its services as Disbursing Agent under this Plan.

## E.    Distributions

Distributions to be made under the Plan shall commence after the Effective Date and shall

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

### 3. The Debtor May Not Meet the Projections

As addressed above, underlying the Projections are a number of estimates and assumptions that, although developed and considered reasonable by the Debtor, are inherently subject to economic, business and competitive uncertainties and contingencies beyond the Debtor's control. Specifically, the Projections are based, in part, on the Debtor's historical sales through online portals such as Amazon – a market which is difficult to predict and has shown recent volatility. In addition, the Debtor is unable to forecast the full effect the filing of the chapter 11 case will have on the Debtor's brand and customer base. Accordingly, there can be no assurance that the revenue figures projected in the Projections will be met.

### G. Final Decree

Once the bankruptcy estate has been deemed fully administered pursuant to Bankruptcy Rule 3022, the Reorganized Debtor will file a motion with the Court to obtain a final decree to close the Debtor's chapter 11 case.

DATED: June 1114, 2024                    GREENBERG GLUSKER FIELDS CLAMAN &
                                          MACHTINGER LLP


                                          By: */s/Keith Patrick Banner*
                                              BRIAN L. DAVIDOFF (SBN 102654)
                                              KEITH PATRICK BANNER (SBN 259502)
                                              COLE F. NICHOLAS (SBN 354027)
                                              Attorneys for Debtor and Debtor-in-Possession
                                              MARCHEY GROUP, INC.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: <u>2049 Century Park East, Suite 2600, Los Angeles, CA 90067.</u>

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF: (I) FILING OF DEBTOR'S FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION; (II) SUBMISSION OF REDLINE COMPARISON AGAINST DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION; (III) HEARING ON CONFIRMATION OF DEBTOR'S FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION; (IV) CONTINUED STATUS CONFERENCE; AND (V) AVAILABILITY OF ZOOMGOV AUDIO AND VIDEO FOR REMOTE APPEARANCE IN CONNECTION THEREWITH** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>June 14, 2024</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jonathan Arias    jarias@zwickerpc.com**
- **Keith Patrick Banner    kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com**
- **Russell Clementson    russell.clementson@usdoj.gov**
- **Christopher Cramer    secured@becket-lee.com**
- **John-Patrick McGinnis Fritz (TR)    jpftrustee@lnbyg.com, jpf@trustesolutions.net**
- **Amitkumar Sharma    amit.sharma@aisinfo.com**
- **United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov**
- **Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>June 14, 2024</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>June 14, 2024</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/14/2024 | Cynthia Miller Watkins | */s/ Cynthia Miller Watkins* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**:

| | |
|---|---|
| Amazon Capital Services Inc.<br>c/o K&L Gates LLP<br>Attn: Brian T. Peterson<br>925 4th Avenue, Suite 2900<br>Seattle, WA 98104<br>***(POC #14 & #15) – No Ballot Provided*** | Attn: BMW Bank of North America Department<br>c/o AIS Portfolio Services, LLC<br>Account: XXXXXX7104<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br>***(POC #12) - Class 2 Ballot Provided 6/11/24*** |
| FC Marketplace LLC<br>c/o Becket and Lee LLP<br>PO BOX 3002<br>Malvern, PA 19355-0702<br>***(POC #4) - Class 3/4 Ballot Provided 6/11/24*** | LG Funding LLC<br>1218 Union Street<br>Brooklyn, NY 11225<br>***(POC #9) - Class 3/4 Ballot Provided 6/11/24*** |
| NewCo Capital Group LLC<br>1545 Route 202<br>Suite 101<br>Pomona, NY 10970<br>***(POC #1) - Class 3/4 Ballot Provided 6/11/24*** | SellersFunding Corp. d/b/a SellersFi<br>1290 Weston Road, Suite 306<br>Weston, FL 33326<br>***(POC #13) - Class 3/4 Ballot Provided 6/11/24*** |

| | |
|---|---|
| Alliance Funding Group<br>17542 17th Street<br>Suite 200<br>Tustin, CA 92780<br>***(POC #2) - Class 3/4 Ballot Provided 6/11/24*** | American Express National Bank<br>c/o Becket and Lee<br>PO BOX 3001<br>Malvern, PA 19355-0701<br>***(POC #7 & #8) - Class 3/4 Ballot Provided 6/11/24*** |
| Bank of America NA<br>PO BOX 660441<br>Dallas, TX 75266-0441<br>***(Schedule E/F) - Class 3/4 Ballot Provided 6/11/24*** | American Express National Bank, AENB<br>c/o Zwicker & Associates P.C.<br>PO BOX 9043<br>Andover, MA 01810<br>***(POC #11) - Class 3/4 Ballot Provided 6/11/24*** |
| Capital One, N.A.<br>by American Infosource as agent<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118<br>***(POC #10) - Class 3/4 Ballot Provided 6/11/24*** | Encompass Supply<br>Chain Solutions<br>775 Tipton Industrial Drive<br>Lawrenceville, GA 30046<br>***(Schedule E/F) - Class 3/4 Ballot Provided 6/11/24*** |
| Fundation Group LLC<br>11501 Sunset Hills Road, Suite 400<br>Reston, VA 20190<br>***(Schedule E/F) - Class 3/4 Ballot Provided 6/11/24*** | Goldman Sachs Bank USA<br>PO BOX 45400<br>Salt Lake City, UT 84145-0400<br>***(Schedule E/F) - Class 3/4 Ballot Provided 6/11/24*** |
| Marcone Supply<br>One City Place<br>Suite 400,<br>Saint Louis, MO 63141<br>***(Schedule E/F) - Class 3/4 Ballot Provided 6/11/24*** | Reliable Parts Inc.<br>19111 N. Dallas Parkway<br>Interchange Office Center<br>Suite 240<br>Dallas, TX 75284<br>***(Schedule E/F) - Class 3/4 Ballot Provided 6/11/24*** |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Robertshaw Controls Company<br>1222 Hamilton Parkway<br>Itasca, IL 60143<br>***(Schedule E/F) - Class 3/4 Ballot Provided 6/11/24*** | WebBank<br>2211 North First Street<br>San Jose, CA 95131-2021<br>***(Schedule E/F) - Class 3/4 Ballot Provided 6/11/24*** |

| | |
|---|---|
| Citi Bank NA<br>PO Box 790046<br>Saint Louis, MO 63179-0046<br>***(Schedule E/F) - Class 3/4 Ballot Provided 6/11/24*** | Wells Fargo Bank, N.A.<br>PO BOX 29482<br>MAC S4101-08C<br>Phoenix, AZ 85038<br>***(POC #3) - Class 3/4 Ballot Provided 6/11/24*** |
| Department of the Treasury<br>Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346<br>***(POC #5) – No Ballot Provided*** | JPMC c/o National Bankruptcy Services, LLC<br>PO BOX 9013<br>Addison, TX 75001<br>***(POC #6) - Class 3/4 Ballot Provided 6/11/24*** |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952<br>***(POC #16) – No Ballot Provided*** | Los Angeles County Tax Collector<br>Attn: Bankruptcy Unit<br>PO BOX 54110<br>Los Angeles, CA 90054-0110<br>***(Schedule E/F) – No Ballot Provided*** |
| Fred Doctorovich<br>21451 Salamanca Ave.<br>Woodland Hills, CA 91364<br>***(Schedule E/F) - Class 3/4 Ballot Provided 6/11/24*** | Maruf Bakhramov<br>8421 Canoga Ave.<br>Canoga Park, CA 91304<br>***(Schedule E/F) – No Ballot Provided*** |
| Vladislav Fedorenko<br>20877 Plummer Street<br>Chatsworth, CA 91311<br>***(Schedule E/F) - Class 3/4 Ballot Provided 6/11/24*** | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                      **F 9013-3.1.PROOF.SERVICE**

**3.  SERVED BY EMAIL**

| Lender Name | Email Address |
|---|---|
| FundingCircle:<br>*Class 3/4 Ballot Provided 6/11/24* | proofofclaim@becket-lee.com (*POC #4*) |
| SellersFunding:<br>*Class 3/4 Ballot Provided 6/11/24* | legal@sellersFi.com *(POC #13)* |
| Alliance Funding Group:<br>*Class 3/4 Ballot Provided 6/11/24* | Brian Knox – bknox@afg.com (*POC #2*) |
| NewCo Capital Group LLC:<br>*Class 3/4 Ballot Provided 6/11/24* | Ariel Bouskila, Esq.  – ari@bblawpllc.com  (*POC #1*) |
| LG Funding LLC:<br>*Class 3/4 Ballot Provided 6/11/24* | Joe Lieberman  - joe@landklegal.com<br>Gene Rosen gene@generosen.com (*POC #9*) |
| Amazon:<br>*No Ballot Provided* | Brian T. Peterson – Brian.Peterson@klgates.com *(POC #14 & #15)* |
| American Express National Bank:<br>*Class 3/4 Ballot Provided 6/11/24* | proofofclaim@becket-lee.com (*POC #7 & #8*)<br>bkproofofclaim@zwickerpc.com (*POC #11*) |
| BMW Bank of North America<br>*Class 2 Ballot Provided 6/11/24* | ECFNotices@aisinfo.com *(POC #12)* |
| Capital One, N.A.<br>*Class 3/4 Ballot Provided 6/11/24* | POC_AIS@aisinfo.com (*POC #10*) |
| Wells Fargo Bank, N.A.<br>*Class 3/4 Ballot Provided 6/11/24* | sblbkinquiry@wellsfargo.com (*POC #3*) |
| Internal Revenue Service<br>*No Ballot Provided* | K. Ivory- Kerry.R.Ivory@irs.gov (*POC #5*) |
| JPMC (JP Morgan Chase)<br>*Class 3/4 Ballot Provided 6/11/24* | pocquestions@nbsdefaultservices.com  (*POC #6*) |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                            **F 9013-3.1.PROOF.SERVICE**