BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

General Bankruptcy Counsel for
Debtor and Debtor in Possession

**FILED & ENTERED**

**JUN 24 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re:

MARCHEY GROUP, INC.,

  Debtor and Debtor in Possession.

Case No. 1:24-bk-10326-MB

Chapter 11

**FINAL ORDER:**

**(I) AUTHORIZING THE DEBTOR TO USE CASH COLLATERAL; AND**

**(II) GRANTING RELATED RELIEF**

<u>Final Hearing</u>
Date: May 28, 2024
Time: 1:30 p.m.
Place: Courtroom 303
   21041 Burbank Boulevard
   Woodland Hills, CA 91367

On the above captioned date and time, the court held a final hearing on the *Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtor to Use Cash Collateral; and (II) Granting Related Relief* [Docket No. 6] (the "Motion") filed by Debtor and Debtor in Possession Marchey Group, Inc. (the "Debtor") pursuant to sections 105(a), 361 and 363 of title 11 of the United States Code (the "Bankruptcy Code") and rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Unless otherwise defined herein, capitalized

1

FINAL ORDER ON
CASH COLLATERAL MOTION

54814-00002/5194385.1

terms have the meaning ascribed to them in the Motion.

Based upon the Court's review of the Motion, the First Day Declaration, the evidentiary record, and argument of counsel; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; no party in interest having filed an opposition or raised an objection to the Motion and the use of cash collateral requested therein; and after due deliberation and good cause appearing therefor, based upon findings of fact and conclusions of law stated in open court pursuant to Rule 52(a) of the Federal Rules of Civil Procedure, as incorporated into Bankruptcy Rule 7052 and applied to contested matters by Bankruptcy Rule 9014(c),

**IT IS ORDERED THAT:**

1. The Motion is **GRANTED** on a final basis as set forth herein.

2. Except as provided herein, the Debtor is authorized to use cash collateral as defined under section 363(a) of the Bankruptcy Code to pay the expenditures set forth in the budget attached hereto as <u>Exhibit 1</u> (the "Budget"), through December 31, 2024.

3. In accordance with the Budget, and to satisfy the right of Amazon Capital Services, Inc. ("ACS") to adequate protection of its first-priority security interest in the Debtor's cash collateral, the Debtor shall make adequate protection payments to ACS in the amount of the contractually owed monthly loan payments under the Debtor's three loan agreements with ACS as set forth in the Budget. To satisfy any right of undersecured creditor SellersFunding International Portfolio Ltd. ("SellersFunding) to adequate protection, the Debtor is authorized to make adequate protection payments to Sellers Funding in the amount of $1,000 per week.

4. The Court does not authorize the Debtor to make any adequate protection payments except those set forth in paragraph 3 hereof. Specifically, the Court does not authorize any adequate protection payments to creditors FundingCircle, NewCo Capital Group LLC, or LG Capital Investment.

5. To further satisfy the rights of ACS to adequate protection of its interest in the Debtor's cash collateral, ACS is hereby granted, pursuant to Section 361, 363, and 552(b) of the

1  Bankruptcy Code, valid, attached, choate, enforceable, perfected, post-petition security interests

2  and liens in and against all post-petition assets of the Debtor of the same character and type, to the

3  same nature, extent, validity, and priority that existed prepetition, to the extent of diminution in

4  value of the ACS's collateral caused by the Debtor's use of cash collateral.

5        6.    The Debtor conducts sales to third-party customers through the Amazon.com online

6  store (the "Amazon Store"). Amazon.com Services, LLC ("Amazon") and the Debtor are parties to

7  the Business Solutions Agreement (the "BSA"), which governs the Debtor's ability to sell

8  products to customers on the Amazon Store. According to the terms of the BSA, the Debtor's sale

9  proceeds are held by Amazon through the Debtor's seller's portal (the "Seller's Portal").  In the

10  ordinary course of the Debtor's business before the Petition Date, and under the terms of the BSA,

11  Amazon was authorized to net fees, expenses, and reimbursements from the Debtor's sales

12  proceeds through the Seller's Portal and remit, to the Debtor's bank account, the Debtor's net

13  proceeds. Amazon and the Debtor are authorized to continue to transact with respect to such fees,

14  expenses and reimbursements in the ordinary course, and Amazon is further authorized to net fees,

15  expenses, and other charges from the Debtor's Amazon Store sales proceeds in the Amazon Seller

16  Account and remit, to the Debtor, the Debtor's net proceeds less the adequate protection payments

17  owed to ACS hereunder.

18        7.    In addition, ACS shall hold allowed administrative claims under Section 507(b) of

19  the Bankruptcy Code with respect to the adequate protection obligations of the Debtor to the

20  extent that the replacement liens and post-petition collateral do not adequately protect the

21  diminution in value of the interests of ACS in its prepetition collateral. The administrative claims

22  shall be payable from and have recourse to all prepetition and post-petition property of the Debtor

23  and all proceeds thereof. The liens on post-petition collateral shall be in addition to any prepetition

24  liens held by ACS, and shall remain in full force and effect notwithstanding any subsequent

25  conversion or dismissal of this case.

26        8.    Nothing contained herein shall be deemed a waiver by ACS from seeking further or

27  additional adequate protection of their collateral, asserting objections to the Debtor's further use of

28  cash collateral, filing any motions or objections to the use of cash collateral in the event that the

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

terms of this Order are violated by the Debtor, or pursuing any other rights or remedies available to them under law or equity.

9. Nothing contained herein shall prevent the Debtor, a creditor or other party in interest from contesting the validity, perfection and enforceability, or priority of a secured party's liens, or from raising any defenses, offsets, deductions or counterclaims thereto.

10. If any or all of the provisions of this Order are hereafter modified, vacated or stayed by any subsequent order of this Court or any other court, such stay, modification or vacation shall not affect the validity or enforceability of any lien or priority authorized or created hereby prior to the effective date of such modification, stay, vacation or final order to the extent that said lien or priority is valid, perfected, enforceable and otherwise non-avoidable as of the Petition Date. The validity and enforceability of all liens and priorities authorized or created in this Order shall survive the conversion of this case to a proceeding under chapter 7 of the Bankruptcy Code or the dismissal of this proceeding.

11. Any proposed payment by the Debtor's account debtors directly to any Lender (except for ACS as permitted pursuant to the pre-petition agreements between the Debtor and ACS), on account of any pre-petition actions taken by any Lender to exercise control over the Debtor's receivables, including but not limited to letters and demands to the Debtor's various account debtors demanding that they direct any payment due to the Debtor be redirected to them, are hereby deemed void and unenforceable and such counterparties and account debtors are hereby directed to remit their payments to the Debtor in the ordinary course.

12. As of the Petition Date, no Lender, including but not limited to CMA Lenders (but excluding ACS as permitted pursuant to the pre-petition agreement between the Debtor and ACS), may seek to exercise control over the Debtor's assets including but not limited to the Debtor's receivables, bank accounts and cash, including but not limited to sending letters and demands to the Debtor's various account debtors and contract counterparties demanding that they direct any payment due to the Debtor be redirected to them, or any other actions whereby such Lenders, including CMA Lenders, seek to execute on or otherwise obtain possessions of the Debtor's

1  receivables, bank accounts and cash, and all such actions shall be stayed pursuant to Bankruptcy

2  Code Section 362.

3      13.    Nothing in the Motion or this Order, nor the Debtor's implementation of the relief

4  granted in this Order, shall be construed as: (i) an admission as to the validity of any claim against

5  the Debtor or the existence and/or avoidability of any lien against the Debtor's assets; (ii) a waiver

6  of the Debtor's rights to dispute any claim or lien on any grounds; (iii) a promise to pay any claim;

7  (iv) an implication or admission that any particular claim would constitute an allowed claim; (v)

8  an assumption or rejection of any executory contract or unexpired lease pursuant to section 365 of

9  the Bankruptcy Code; or (vi) a limitation on the Debtor's right under section 365 of the

10  Bankruptcy Code to assume or reject any executory contract with any party subject to the Interim

11  and Final Orders.

12      14.    Nothing contained in this Order shall be deemed to increase, decrease, reclassify,

13  elevate to an administrative expense status, or otherwise affect the priority or validity of any claim

14  in this chapter 11 bankruptcy case.

15      15.    The Court finds and determines that the requirements of Bankruptcy Rule 6003 are

16  satisfied and that the relief requested is necessary to avoid immediate and irreparable harm.

17      16.    Notwithstanding Bankruptcy Rule 6004(h), this Order shall be effective and

18  enforceable immediately upon entry hereof.

19  ///

20

21  ///

22

23  ///

24

25  ///

26

27  ///

28

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

17. The Debtor is authorized to take all actions necessary to implement the relief granted in this Order.

18. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

###

Date: June 24, 2024

Martin R Barash
United States Bankruptcy Judge

# EXHIBIT 1

# MARCHEY GROUP INC

## Cash Flow Budget

| | Week 14 | Week 15 | Week 16 | Week 17 | Week 18 |
|---|---:|---:|---:|---:|---:|
| | 6/2/2024 - 6/8/2024 | 6/9/2024 - 6/15/2024 | 6/16/2024 - 6/22/2024 | 6/23/2024 - 6/29/2024 | 6/30/2024 - 7/6/2024 |
| **Cash Receipts** | | | | | |
|   **Receipts** | | | | | |
|     Merchandise Sales | $ 120,000 | $ 200,000 | $ 120,000 | $ 200,000 | $ 120,000 |
|     AMZ eBay Marketpalce Fees | $ (21,000) | $ (35,000) | $ (21,000) | $ (35,000) | $ (21,000) |
|     AMZ eBay Marketpalce Taxes | $ (7,392) | $ (12,320) | $ (7,392) | $ (12,320) | $ (7,392) |
|     Returns/Refunds | $ (12,000) | $ (20,000) | $ (12,000) | $ (20,000) | $ (12,000) |
|     Returns/Refunds COG Recover | $ 6,000 | $ 10,000 | $ 6,000 | $ 10,000 | $ 6,000 |
|     Sublet Rental Payments | $ - | $ - | $ - | $ - | $ 6,500 |
|   **Total Receipts** | $ 85,608 | $ 142,680 | $ 85,608 | $ 142,680 | $ 92,108 |
|     AMZ Lending Loan Repayments | $ - | $ - | $ - | $ - | $ - |
|     COG Purchases - Resale Items | $ (64,798) | $ (107,996) | $ (64,798) | $ (107,996) | $ (64,798) |
| **Net Cash Receipts** | $ 20,810 | $ 34,684 | $ 20,810 | $ 34,684 | $ 27,310 |
|   **Cash Disbursements** | | | | | |
|     Operating Expense | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) |
|     Payroll Expenses (non-insider) | $ - | $ (8,400) | $ - | $ (8,400) | $ - |
|     Independent Contractor | $ - | $ (1,000) | $ - | $ (1,000) | $ - |
|     Insider Compensation | $ - | $ (7,000) | $ - | $ (8,000) | $ - |
|     Insider Compensation-HELOC | $ - | $ - | $ - | $ (4,078) | $ - |
|     Professional Fees Expense | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) |
|     Postage and Delivery | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) |
|     Occupancy Expenses | $ - | $ - | $ - | $ - | $ (13,230) |
|     Shipping Supplies | $ - | $ (750) | $ - | $ (750) | $ - |
|     Secured Lender Payments | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) |
|   **Total Cash Disbursements** | $ (14,353) | $ (31,503) | $ (14,353) | $ (36,581) | $ (27,583) |
| **Net Cash Flow** | $ 6,457 | $ 3,181 | $ 6,457 | $ (1,897) | $ (273) |
| **Cumulative Net Cash Flow** | $ 6,457 | $ 9,638 | $ 16,096 | $ 14,199 | $ 13,926 |

# MARCHEY GROUP INC

## Cash Flow Budget

| | Week 19 | Week 20 | Week 21 | Week 22 | Week 23 |
|---|---:|---:|---:|---:|---:|
| | 7/7/2024 - 7/13/2024 | 7/14/2024 - 7/20/2024 | 7/21/2024 - 7/27/2024 | 7/28/2024 - 8/3/2024 | 8/4/2024 - 8/10/2024 |
| **Cash Receipts** | | | | | |
|   **Receipts** | | | | | |
|     Merchandise Sales | $ 200,000 | $ 120,000 | $ 200,000 | $ 120,000 | $ 200,000 |
|     AMZ eBay Marketpalce Fees | $ (35,000) | $ (21,000) | $ (35,000) | $ (21,000) | $ (35,000) |
|     AMZ eBay Marketpalce Taxes | $ (12,320) | $ (7,392) | $ (12,320) | $ (7,392) | $ (12,320) |
|     Returns/Refunds | $ (20,000) | $ (12,000) | $ (20,000) | $ (12,000) | $ (20,000) |
|     Returns/Refunds COG Recover | $ 10,000 | $ 6,000 | $ 10,000 | $ 6,000 | $ 10,000 |
|     Sublet Rental Payments | | | | $ 6,500 | |
|   **Total Receipts** | $ 142,680 | $ 85,608 | $ 142,680 | $ 92,108 | $ 142,680 |
|     AMZ Lending Loan Repayments | $ - | $ (12,672) | $ - | $ - | $ - |
|     COG Purchases - Resale Items | $ (107,996) | $ (64,798) | $ (107,996) | $ (64,798) | $ (107,996) |
| **Net Cash Receipts** | $ 34,684 | $ 8,138 | $ 34,684 | $ 27,310 | $ 34,684 |
|   **Cash Disbursements** | | | | | |
|     Operating Expense | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) |
|     Payroll Expenses (non-insider) | $ (8,400) | $ - | $ (8,400) | $ - | $ (8,400) |
|     Independent Contractor | $ (1,000) | $ - | $ (1,000) | $ - | $ (1,000) |
|     Insider Compensation | $ (7,000) | $ - | $ (8,000) | $ - | $ (7,000) |
|     Insider Compensation-HELOC | $ - | $ - | $ (4,078) | $ - | $ - |
|     Professional Fees Expense | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) |
|     Postage and Delivery | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) |
|     Occupancy Expenses | $ - | $ - | $ - | $ (13,230) | $ - |
|     Shipping Supplies | $ (750) | $ - | $ (750) | $ - | $ (750) |
|     Secured Lender Payments | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) |
|   **Total Cash Disbursements** | $ (31,503) | $ (14,353) | $ (36,581) | $ (27,583) | $ (31,503) |
| **Net Cash Flow** | $ 3,181 | $ (6,215) | $ (1,897) | $ (273) | $ 3,181 |
| **Cumulative Net Cash Flow** | $ 17,107 | $ 10,892 | $ 8,995 | $ 8,723 | $ 11,904 |

# MARCHEY GROUP INC

## Cash Flow Budget

| | Week 24<br>8/11/2024 - 8/17/2024 | Week 25<br>8/18/2024 - 8/24/2024 | Week 26<br>8/25/2024 - 8/31/2024 | Week 27<br>09/01/24 - 09/07/24 | Week 28<br>09/08/24 - 09/14/24 |
|---|---:|---:|---:|---:|---:|
| **Cash Receipts** | | | | | |
| **Receipts** | | | | | |
| Merchandise Sales | $ 120,000 | $ 200,000 | $ 120,000 | $ 200,000 | $ 120,000 |
| AMZ eBay Marketpalce Fees | $ (21,000) | $ (35,000) | $ (21,000) | $ (35,000) | $ (21,000) |
| AMZ eBay Marketpalce Taxes | $ (7,392) | $ (12,320) | $ (7,392) | $ (12,320) | $ (7,392) |
| Returns/Refunds | $ (12,000) | $ (20,000) | $ (12,000) | $ (20,000) | $ (12,000) |
| Returns/Refunds COG Recover | $ 6,000 | $ 10,000 | $ 6,000 | $ 10,000 | $ 6,000 |
| Sublet Rental Payments | | | | $ 6,500 | |
| **Total Receipts** | $ 85,608 | $ 142,680 | $ 85,608 | $ 149,180 | $ 85,608 |
| AMZ Lending Loan Repayments | $ - | $ (12,672) | $ - | $ - | $ - |
| COG Purchases - Resale Items | $ (64,798) | $ (107,996) | $ (64,798) | $ (107,996) | $ (64,798) |
| **Net Cash Receipts** | $ 20,810 | $ 22,012 | $ 20,810 | $ 41,184 | $ 20,810 |
| **Cash Disbursements** | | | | | |
| Operating Expense | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) |
| Payroll Expenses (non-insider) | $ - | $ (8,400) | $ - | $ (8,400) | $ - |
| Independent Contractor | $ - | $ (1,000) | $ - | $ (1,000) | $ - |
| Insider Compensation | $ - | $ (8,000) | $ - | $ (7,000) | $ - |
| Insider Compensation-HELOC | $ - | $ - | $ (4,078) | $ - | $ - |
| Professional Fees Expense | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) |
| Postage and Delivery | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) |
| Occupancy Expenses | $ - | $ - | $ - | $ (13,230) | $ - |
| Shipping Supplies | $ - | $ (750) | $ - | $ (750) | $ - |
| Secured Lender Payments | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) |
| **Total Cash Disbursements** | $ (14,353) | $ (32,503) | $ (18,431) | $ (44,733) | $ (14,353) |
| **Net Cash Flow** | $ 6,457 | $ (10,491) | $ 2,379 | $ (3,549) | $ 6,457 |
| **Cumulative Net Cash Flow** | $ 18,361 | $ 7,869 | $ 10,249 | $ 6,700 | $ 13,157 |

# MARCHEY GROUP INC

## Cash Flow Budget

| | Week 29<br>09/15/24 - 09/21/24 | Week 30<br>09/22/24 - 09/28/24 | Week 31<br>09/29/24 - 10/05/24 | Week 32<br>10/06/24 - 10/12/24 | Week 33<br>10/13/24 - 10/19/24 |
|---|---:|---:|---:|---:|---:|
| **Cash Receipts** | | | | | |
| **Receipts** | | | | | |
| Merchandise Sales | $ 200,000 | $ 120,000 | $ 200,000 | $ 120,000 | $ 200,000 |
| AMZ eBay Marketpalce Fees | $ (35,000) | $ (21,000) | $ (35,000) | $ (21,000) | $ (35,000) |
| AMZ eBay Marketpalce Taxes | $ (12,320) | $ (7,392) | $ (12,320) | $ (7,392) | $ (12,320) |
| Returns/Refunds | $ (20,000) | $ (12,000) | $ (20,000) | $ (12,000) | $ (20,000) |
| Returns/Refunds COG Recover | $ 10,000 | $ 6,000 | $ 10,000 | $ 6,000 | $ 10,000 |
| Sublet Rental Payments | | | $ 6,500 | | |
| **Total Receipts** | $ 142,680 | $ 85,608 | $ 149,180 | $ 85,608 | $ 142,680 |
| AMZ Lending Loan Repayments | $ (12,672) | $ - | $ - | $ - | $ (12,672) |
| COG Purchases - Resale Items | $ (107,996) | $ (64,798) | $ (107,996) | $ (64,798) | $ (107,996) |
| **Net Cash Receipts** | $ 22,012 | $ 20,810 | $ 41,184 | $ 20,810 | $ 22,012 |
| **Cash Disbursements** | | | | | |
| Operating Expense | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) |
| Payroll Expenses (non-insider) | $ (8,400) | $ - | $ (8,400) | $ - | $ (8,400) |
| Independent Contractor | $ (1,000) | $ - | $ (1,000) | $ - | $ (1,000) |
| Insider Compensation | $ (8,000) | $ - | $ (7,000) | $ - | $ (8,000) |
| Insider Compensation-HELOC | $ - | $ - | $ - | $ - | $ - |
| Professional Fees Expense | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) |
| Postage and Delivery | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) |
| Occupancy Expenses | $ - | $ - | $ (13,230) | $ - | $ - |
| Shipping Supplies | $ (750) | $ - | $ (750) | $ - | $ (750) |
| Secured Lender Payments | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) |
| **Total Cash Disbursements** | $ (32,503) | $ (14,353) | $ (44,733) | $ (14,353) | $ (32,503) |
| **Net Cash Flow** | $ (10,491) | $ 6,457 | $ (3,549) | $ 6,457 | $ (10,491) |
| **Cumulative Net Cash Flow** | $ 2,666 | $ 9,123 | $ 5,574 | $ 12,032 | $ 1,540 |

# MARCHEY GROUP INC

## Cash Flow Budget

| | Week 34<br>10/20/24 - 10/26/24 | Week 35<br>10/27/24 - 11/02/24 | Week 36<br>11/03/24 - 11/09/24 | Week 37<br>11/10/24 - 11/16/24 | Week 38<br>11/17/24 - 11/23/24 |
|---|---:|---:|---:|---:|---:|
| **Cash Receipts** | | | | | |
| **Receipts** | | | | | |
| Merchandise Sales | $ 120,000 | $ 200,000 | $ 120,000 | $ 200,000 | $ 120,000 |
| AMZ eBay Marketpalce Fees | $ (21,000) | $ (35,000) | $ (21,000) | $ (35,000) | $ (21,000) |
| AMZ eBay Marketpalce Taxes | $ (7,392) | $ (12,320) | $ (7,392) | $ (12,320) | $ (7,392) |
| Returns/Refunds | $ (12,000) | $ (20,000) | $ (12,000) | $ (20,000) | $ (12,000) |
| Returns/Refunds COG Recover | $ 6,000 | $ 10,000 | $ 6,000 | $ 10,000 | $ 6,000 |
| Sublet Rental Payments | | $ 6,500 | | | |
| **Total Receipts** | $ 85,608 | $ 149,180 | $ 85,608 | $ 142,680 | $ 85,608 |
| AMZ Lending Loan Repayments | $ - | $ - | $ - | $ (12,672) | $ - |
| COG Purchases - Resale Items | $ (64,798) | $ (107,996) | $ (64,798) | $ (107,996) | $ (64,798) |
| **Net Cash Receipts** | $ 20,810 | $ 41,184 | $ 20,810 | $ 22,012 | $ 20,810 |
| **Cash Disbursements** | | | | | |
| Operating Expense | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) |
| Payroll Expenses (non-insider) | $ - | $ (8,400) | $ - | $ (8,400) | $ - |
| Independent Contractor | $ - | $ (1,000) | $ - | $ (1,000) | $ - |
| Insider Compensation | $ - | $ (7,000) | $ - | $ (8,000) | $ - |
| Insider Compensation-HELOC | $ - | $ - | $ - | $ - | $ - |
| Professional Fees Expense | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) |
| Postage and Delivery | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) |
| Occupancy Expenses | $ - | $ (13,230) | $ - | $ - | $ - |
| Shipping Supplies | $ - | $ (750) | $ - | $ (750) | $ - |
| Secured Lender Payments | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) |
| **Total Cash Disbursements** | $ (14,353) | $ (44,733) | $ (14,353) | $ (32,503) | $ (14,353) |
| **Net Cash Flow** | $ 6,457 | $ (3,549) | $ 6,457 | $ (10,491) | $ 6,457 |
| **Cumulative Net Cash Flow** | $ 7,997 | $ 4,448 | $ 10,906 | $ 414 | $ 6,872 |

# MARCHEY GROUP INC

## Cash Flow Budget

| | Week 39<br>11/24/24 - 11/30/24 | Week 40<br>12/01/24 - 12/07/24 | Week 41<br>12/08/24 - 12/14/24 | Week 42<br>12/15/24 - 12/21/24 | Week 43<br>12/22/24 - 12/28/24 | Week 44<br>12/29/24 - 01/04/25 |
|---|---:|---:|---:|---:|---:|---:|
| **Cash Receipts** | | | | | | |
|   Receipts | | | | | | |
|     Merchandise Sales | $ 200,000 | $ 120,000 | $ 200,000 | $ 120,000 | $ 200,000 | $ 120,000 |
|     AMZ eBay Marketpalce Fees | $ (35,000) | $ (21,000) | $ (35,000) | $ (21,000) | $ (35,000) | $ (21,000) |
|     AMZ eBay Marketpalce Taxes | $ (12,320) | $ (7,392) | $ (12,320) | $ (7,392) | $ (12,320) | $ (7,392) |
|     Returns/Refunds | $ (20,000) | $ (12,000) | $ (20,000) | $ (12,000) | $ (20,000) | $ (12,000) |
|     Returns/Refunds COG Recover | $ 10,000 | $ 6,000 | $ 10,000 | $ 6,000 | $ 10,000 | $ 6,000 |
|     Sublet Rental Payments | | $ 6,500 | | | | $ 6,500 |
|   **Total Receipts** | $ 142,680 | $ 92,108 | $ 142,680 | $ 85,608 | $ 142,680 | $ 92,108 |
|     AMZ Lending Loan Repayments | $ - | $ - | $ - | $ - | $ - | $ - |
|     COG Purchases - Resale Items | $ (107,996) | $ (64,798) | $ (107,996) | $ (64,798) | $ (107,996) | $ (64,798) |
| **Net Cash Receipts** | $ 34,684 | $ 27,310 | $ 34,684 | $ 20,810 | $ 34,684 | $ 27,310 |
| **Cash Disbursements** | | | | | | |
|   Operating Expense | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) | $ (1,353) |
|   Payroll Expenses (non-insider) | $ (8,400) | $ - | $ (8,400) | $ - | $ (8,400) | $ - |
|   Independent Contractor | $ (1,000) | $ - | $ (1,000) | $ - | $ (1,000) | $ - |
|   Insider Compensation | $ (7,000) | $ - | $ (8,000) | $ - | $ (7,000) | $ - |
|   Insider Compensation-HELOC | $ - | $ - | $ - | $ - | $ - | $ - |
|   Professional Fees Expense | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) | $ (5,000) |
|   Postage and Delivery | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) | $ (7,000) |
|   Occupancy Expenses | $ - | $ (13,230) | $ - | $ - | $ - | $ (13,230) |
|   Shipping Supplies | $ (750) | $ - | $ (750) | $ - | $ (750) | $ - |
|   Secured Lender Payments | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) | $ (1,000) |
|   **Total Cash Disbursements** | $ (31,503) | $ (27,583) | $ (32,503) | $ (14,353) | $ (31,503) | $ (27,583) |
| **Net Cash Flow** | $ 3,181 | $ (273) | $ 2,181 | $ 6,457 | $ 3,181 | $ (273) |
| **Cumulative Net Cash Flow** | $ 10,053 | $ 9,780 | $ 11,961 | $ 18,419 | $ 21,600 | $ 21,327 |