BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

General Bankruptcy Counsel for
Debtor and Debtor in Possession

**FILED & ENTERED**

**JUN 24 2024**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Pgarcia    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>MARCHEY GROUP, INC.,<br><br>    Debtor and Debtor in Possession. | Case No. 1:24-bk-10326-MB<br><br>Chapter 11<br><br>**FINAL ORDER:**<br><br>**(I) AUTHORIZING CONTINUED USE OF EXISTING CASH MANAGEMENT SYSTEM AND ACCOUNTS; AND**<br><br>**(II) GRANTING RELATED RELIEF**<br><br>Final Hearing<br>Date:   May 28, 2024<br>Time:   1:30 p.m.<br>Place:  Courtroom 303<br>          21041 Burbank Boulevard<br>          Woodland Hills, CA 91367 |

On the above captioned date and time, the court held a final hearing on the *Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing Continued Use of Cash Management System and Accounts; and (II) Related Relief* [Docket No. 4] (the "Motion") filed by Debtor and Debtor in Possession Marchey Group, Inc. (the "Debtor") as to which the Court previously entered the following interim orders (collectively, the "Interim Orders"): (a) *Interim Order: (I) Authorizing Continued Use of Existing Cash Management System and Accounts; and (II) Granting Related Relief* [Docket No. 19]; and (b) *Further Interim Order: (I) Authorizing*

*Continued Use of Existing Cash Management System and Accounts; and (II) Granting Related Relief* [Docket No. 54].

Based upon the Court's review of the Motion, the First Day Declaration, the evidentiary record, and argument of counsel; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; and after due deliberation and good cause appearing therefor, based upon findings of fact and conclusions of law stated in open court pursuant to Rule 52(a) of the Federal Rules of Civil Procedure, as incorporated into Bankruptcy Rule 7052 and applied to contested matters by Bankruptcy Rule 9014(c),

**IT IS ORDERED THAT:**

1. The interim relief granted in the Interim Orders is hereby granted on a final basis.

2. In light of the fact that the Debtor has, as of the date of this Order, transitioned all its pre-petition bank accounts to "Debtor-in-Possession" bank accounts, no further relief beyond that already granted in the Interim Orders is required regarding the Debtor's use of pre-petition bank accounts and the establishment of "Debtor-in-Possession" accounts.

3. Except as provided in paragraph 2 hereof, the balance of relief granted in the Interim Orders is hereby granted on a final basis for the duration of this chapter 11 bankruptcy case.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

###

Date: June 24, 2024

Martin R Barash
United States Bankruptcy Judge