BRIAN L. DAVIDOFF (SBN 102654)
BDavidoff@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Counsel for the Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. 1:24-bk-10326-MB |
| MARCHEY GROUP, INC., | Chapter 11 |
| Reorganized Debtor, Former Debtor and Debtor in Possession. | **NOTICE OF OCCURRENCE OF EFFECTIVE DATE UNDER DEBTOR'S FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION** |
| | <u>Confirmation Hearing</u><br>Date: July 30, 2024<br>Time: 1:30 p.m.<br>Place: Courtroom 303<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, ALL PARTIES-IN-INTEREST HEREIN, AND THEIR RESPECTIVE COUNSEL:**

**PLEASE TAKE NOTICE** that on June 11, 2024, the Reorganized Debtor Marchey Group, Inc., (the "Debtor" or the "Reorganized Debtor") filed and served *Debtor's Subchapter V Plan of Reorganization* [Docket No. 76] (the "Original Plan").

**PLEASE TAKE NOTICE** that on June 14, 2024, the Debtor filed and served *Debtor's First Amended Subchapter V Plan of Reorganization* [Docket No. 81] (the "Plan") as permitted under section 1127(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that on August 9, 2024, the Court entered its *Order Confirming Debtor's First Amended Subchapter V Plan of Reorganization* [Docket No. 103] (the "Confirmation Order"), pursuant to which the Court confirmed the Plan pursuant to sections 1129 and 1191(a) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on **August 26, 2024**, with all conditions set forth in Section VI(B) of the Plan having been satisfied or waived as of such date.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Confirmation Order and Section V(A) of the Plan, on the Effective Date, the Debtor paid all unclassified claims entitled to payment on the Effective Date, consisting of the priority unsecured claims of the Internal Revenue Service (Claim No. 5) and the Franchise Tax Board (Claim No. 16).

**PLEASE TAKE FURTHER NOTICE** that, among other things, the following events have occurred and/or deadlines have been set upon the occurrence of the Effective Date:

a. **Reorganized Debtor.** As of the Effective Date, the Debtor became the Reorganized Debtor pursuant to Section VI(C) of the Plan. The management of the Reorganized Debtor remains the same as the Debtor.

b. **Administrative Claims Bar Date.** As provided in Section VI(I) of the Plan, any party asserting an administrative claim, other than the claims of estate professionals or administrative claims arising in the ordinary course, must file a request for payment of such administrative claim with the Court no later than **September 25, 2024** (i.e., 30 days following the Effective Date) or be forever barred from asserting or receiving any distribution on an administrative claim against the Debtor or the Reorganized Debtor.

c. **Assumption of Executory Contracts and Unexpired Leases.** On the Effective Date, all of the Debtor's executory contracts and unexpired leases which had not previously been assumed or rejected by the Debtor were deemed to be assumed by the Reorganized Debtor pursuant to section 365 of the Bankruptcy Code and became valid and binding executory contracts and unexpired leases of the Reorganized Debtor.

d. **Revesting of Property.** On the Effective Date, each of the following occurred: (i) all of the property of the estate revested in the Reorganized Debtor; (ii) all of the claims against and interests in third parties that constitute property of the estate revested in the Reorganized Debtor; (iii) the Reorganized Debtor obtained the absolute authority to prosecute, waive, adjust or settle any claims without the need for approval by the Bankruptcy Court; and (iv) the Reorganized Debtor obtained the authority to employ such professionals as it deems necessary to prosecute or defend such claims asserted without the need for approval by the Bankruptcy Court.

e. **Disbursing Agent.** As of the Effective Date, the Reorganized Debtor was deemed the "Disbursing Agent" under the Plan for the purpose of making all distributions to all classes pursuant to the applicable provisions of the Plan.

f. **Discharge.** Pursuant to Section VII(D) of the Plan, on the Effective Date, the Debtor and the Reorganized Debtor, to the fullest extent permitted by sections 1141 and 1192 of the Bankruptcy Code, were deemed discharged and released from all claims and interests including, without limitation, demands, liabilities, claims, and interests that arose before the Effective Date and all debts of the kind specified in sections 502(g), 502(h), or 502(i) of the Bankruptcy Code regardless of whether: (1) a proof of claim or proof of interest based on such debt or interest is filed or deemed filed; (2) a claim or interest based on such a debt or interest is allowable under section 502 of the Bankruptcy Code; or (3) the person or entity holding the claim or interest based on such debt or interest has voted to accept the Plan. Upon such discharge, all claims were deemed forever satisfied, discharged and released in full,

and all holders of claims and interests shall be forever precluded from asserting claims or interests against the Debtor, the Reorganized Debtor, and their property and assets. Any litigation pending prepetition and/or initiated postpetition against the Debtor or its property or assets in any court, other than the Court where relief from stay was not obtained from, shall be deemed discharged upon the occurrence of the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Debtor's *Notice of: (I) Entry of Order Confirming Debtor's First Amended Subchapter V Plan of Reorganization; and (II) Projected Date of Substantial Consummation of the Confirmed Plan* [Docket No. 107], the Debtor estimates that substantial consummation of the Plan will occur on or about September 23, 2024 – the date upon which the Debtor estimates that it will make its first $15,000 monthly payment to Class 4 General Unsecured Claims.

**PLEASE TAKE FURTHER NOTICE** that, as required under the Confirmation Order and Local Bankruptcy Rule 3020-2(b)(2), no later than fourteen (14) days after the Plan has been substantially consummated, the Reorganized Debtor will file a notice of substantial consummation and serve such notice on the subchapter V trustee, the U.S. Trustee, and all creditors.

**PLEASE TAKE FURTHER NOTICE** that nothing contained in this Notice shall be construed as intending to limit, amend, or modify any provision of the Plan and/or the Confirmation Order. To the extent that any of the information contained herein is inconsistent with any provision of the Plan and/or the Confirmation Order, the Plan or the Confirmation Order, as applicable, shall control.

DATED: August 27, 2024                GREENBERG GLUSKER FIELDS CLAMAN &
                                      MACHTINGER LLP


                                      By: */s/Keith Patrick Banner*
                                          BRIAN L. DAVIDOFF
                                          KEITH PATRICK BANNER
                                          Counsel for the Reorganized Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: <u>2049 Century Park East, Suite 2600, Los Angeles, CA 90067.</u>

A true and correct copy of the foregoing document entitled (specify): **NOTICE OF OCCURRENCE OF EFFECTIVE DATE UNDER DEBTOR'S FIRST AMENDED SUBCHAPTER V PLAN OF REORGANIZATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>August 27, 2024</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jonathan Arias**   jarias@zwickerpc.com
- **Keith Patrick Banner**   kbanner@greenbergglusker.com, calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com
- **Russell Clementson**   russell.clementson@usdoj.gov
- **Christopher Cramer**   secured@becket-lee.com
- **John-Patrick McGinnis Fritz (TR)**   jpftrustee@lnbyg.com, jpf@trustesolutions.net
- **Alan Craig Hochheiser**   ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- **Valerie Bantner Peo**   vbantnerpeo@buchalter.com
- **Amitkumar Sharma**   amit.sharma@aisinfo.com
- **Michael D Sobkowiak**   msobkowiak@flg-law.com, jfriedman@flg-law.com;jmartinez@flg-law.com;cbryant@flg-law.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Larry D Webb**   Webblaw@gmail.com, larry@webblaw.onmicrosoft.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>August 27, 2024</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>August 27, 2024</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/27/2024 | Cynthia Miller Watkins | */s/ Cynthia Miller Watkins* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:

Secured Creditors

| | |
|---|---|
| Amazon Capital Services Inc.<br>c/o K&L Gates LLP<br>Attn: Brian T. Peterson<br>925 4th Avenue, Suite 2900<br>Seattle, WA 98104<br>***(POC #14 & #15)*** | Attn: BMW Bank of North America Department<br>c/o AIS Portfolio Services, LLC<br>Account: XXXXXX7104<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br>***(POC #12)*** |
| FC Marketplace LLC<br>c/o Becket and Lee LLP<br>PO BOX 3002<br>Malvern, PA 19355-0702<br>***(POC #4)*** | LG Funding LLC<br>1218 Union Street<br>Brooklyn, NY 11225<br>***(POC #9)*** |
| NewCo Capital Group LLC<br>1545 Route 202<br>Suite 101<br>Pomona, NY 10970<br>***(POC #1)*** | SellersFunding Corp. d/b/a SellersFi<br>1290 Weston Road, Suite 306<br>Weston, FL 33326<br>***(POC #13)*** |

20 Largest Unsecured Creditors

| | |
|---|---|
| Alliance Funding Group<br>17542 17th Street<br>Suite 200<br>Tustin, CA 92780<br>***(POC #2)*** | American Express National Bank<br>c/o Becket and Lee<br>PO BOX 3001<br>Malvern, PA 19355-0701<br>(***POC #7 & #8)*** |
| Bank of America NA<br>PO BOX 660441<br>Dallas, TX 75266-0441<br>***(Schedule E/F)*** | American Express National Bank, AENB<br>c/o Zwicker & Associates P.C.<br>PO BOX 9043<br>Andover, MA 01810<br>***(POC #11)*** |
| Capital One, N.A.<br>by American Infosource as agent<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118<br>***(POC #10)*** | Encompass Supply<br>Chain Solutions<br>775 Tipton Industrial Drive<br>Lawrenceville, GA 30046<br>***(Schedule E/F)*** |
| Fundation Group LLC<br>11501 Sunset Hills Road, Suite 400<br>Reston, VA 20190<br>***(POC # 17)*** | Goldman Sachs Bank USA<br>PO BOX 45400<br>Salt Lake City, UT 84145-0400<br>***(Schedule E/F)*** |
| Marcone Supply<br>One City Place<br>Suite 400,<br>Saint Louis, MO 63141<br>***(Schedule E/F)*** | Reliable Parts Inc.<br>19111 N. Dallas Parkway<br>Interchange Office Center<br>Suite 240<br>Dallas, TX 75284<br>***(Schedule E/F)*** |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                       **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| Robertshaw Controls Company<br>1222 Hamilton Parkway<br>Itasca, IL 60143<br>***(Schedule E/F)*** | WebBank<br>2211 North First Street<br>San Jose, CA 95131-2021<br>***(Schedule E/F)*** |

Other Interested Parties

| | |
|---|---|
| Citi Bank NA<br>PO Box 790046<br>Saint Louis, MO 63179-0046<br>***(Schedule E/F)*** | Wells Fargo Bank, N.A.<br>PO BOX 29482<br>MAC S4101-08C<br>Phoenix, AZ 85038<br>***(POC #3) (Schedule E/F)*** |
| Department of the Treasury<br>Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346<br>***(POC #5) – No Ballot Provided*** | JPMC c/o National Bankruptcy Services, LLC<br>PO BOX 9013<br>Addison, TX 75001<br>(***POC #6) (Schedule E/F)*** |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952<br>***(POC #16)*** | Los Angeles County Treasurer and Tax Collector<br>Attn: Bankruptcy Unit<br>PO BOX 54110<br>Los Angeles, CA 90054-0110<br>***(Schedule E/F)*** |
| Fred Doctorovich<br>21451 Salamanca Ave.<br>Woodland Hills, CA 91364<br>***(Schedule E/F)*** | Maruf Bakhramov<br>8421 Canoga Ave.<br>Canoga Park, CA 91304<br>***(Schedule E/F)*** |
| Vladislav Fedorenko<br>20877 Plummer Street<br>Chatsworth, CA 91311<br>***(Schedule E/F)*** | C & E Investment<br>41606 Date St Suite 203A<br>Murrieta, CA 92562-7090 |
| COGENCY GLOBAL INC<br>1325 J St.<br>Suite 1550<br>Sacramento, CA 95814-2976 | CSC - Lawyers Incorporating Service<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA 95833-3502 |
| Fabric of the Universe, Inc<br>5755 Valentine Road<br>Suite 215<br>Ventura, CA 93003-7467 | Maxville Group Inc<br>17783 Merridy St<br>Northridge, CA 91325-1327 |
| Randall Hall Senter<br>8431 Canoga Ave Suite C<br>Canoga Park, CA 91304-2607 | Vcorp Agent Services Inc<br>330 N Brand Blvd<br>Glendale, CA 91203-2308 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**

3. **SERVED BY EMAIL**

| Lender Name | Email Address |
|---|---|
| FundingCircle: | proofofclaim@becket-lee.com (*POC #4*) |
| SellersFunding: | legal@sellersFi.com (*POC #13*)<br>Alan C. Hochheiser, Esq. ahochheiser@mauricewutscher.com **(Addt'l Notice Party)** |
| Alliance Funding Group: | Brian Knox – bknox@afg.com (*POC #2*) |
| NewCo Capital Group LLC: | Ariel Bouskila, Esq. – ari@bblawpllc.com (*POC #1*) |
| LG Funding LLC: | Joe Lieberman - joe@landklegal.com<br>Gene Rosen gene@generosen.com (*POC #9*) |
| Amazon: | Brian T. Peterson – Brian.Peterson@klgates.com (*POC #14 & #15*) |
| American Express National Bank: | proofofclaim@becket-lee.com (*POC #7 & #8*)<br>bkproofofclaim@zwickerpc.com (*POC #11*) |
| BMW Bank of North America | ECFNotices@aisinfo.com (*POC #12*) |
| Capital One, N.A. | POC_AIS@aisinfo.com (*POC #10*) |
| Wells Fargo Bank, N.A. | sblbkinquiry@wellsfargo.com (*POC #3*) |
| JPMC (JP Morgan Chase) | pocquestions@nbsdefaultservices.com (*POC #6*) |
| Fundation Group LLC: | cayla.williamson@fundation.com (*POC #17*) |
| Internal Revenue Service | K. Ivory- Kerry.R.Ivory@irs.gov (*POC #5*) |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**